UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

LAWRENCE P. CIUFFITELLI, et al.,

        Plaintiff(s),

v.

DELOITTE & TOUCHE LLP, et al.

        Defendant(s).

Civil Case No. 3:16-cv-00580-AC

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

Attorney **Brad D. Brian** requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: **Brian**, **Brad**, **D.**
    (Last Name) (First Name) (MI) (Suffix)

Firm or Business Affiliation: Munger Tolles & Olson LLP

Mailing Address: 355 South Grand Avenue, 35th Floor

City: Los Angeles    State: CA    Zip: 90071

Phone Number: 213-683-9100    Fax Number: _____

Business E-mail Address: Brad.Brian@mto.com

(2) **BAR ADMISSIONS INFORMATION:**

    (a)    State bar admission(s), date(s) of admission, and bar ID number(s):
CA Supreme Court, 12/30/1977, 79001

    (b)    Other federal court admission(s), date(s) of admission, and bar ID number(s):
Supreme Court of the United States, 4/28/1986
US Court of Appeals (3rd Cir.), 6/5/1978
See attached sheet

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a)    ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b)    ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

Per LR 83-3(a)(3), I have professional liability insurance, or financial responsibility equivalent to liability insurance, that meets the insurance requirements of the Oregon State Bar for attorneys practicing in this District, and that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:

Sidley Austin LLP

**(6) CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this 22nd day of April, 2016

_____
(Signature of Pro Hac Counsel)

Brad D. Brian
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 26th day of April, 2016

_____
(Signature of Local Counsel)

Name: Colton (Last Name)    Chad (First Name)    M (MI)    (Suffix)

Oregon State Bar Number: 065774

Firm or Business Affiliation: Markowitz Herbold PC

Mailing Address: 1211 SW Fifth Avenue, Suite 3000

City: Portland    State: OR    Zip: 97204

Phone Number: 503-295-3085    Business E-mail Address: chadcolton@markowitzherbold.com

---

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge

## FEDERAL COURT ADMISSIONS

| Court: | Admitted: |
|---|---|
| U. S. Court of Appeals (4th Cir) | 12/05/1994 |
| U. S. Court of Appeals (5th Cir) | 10/31/1991 |
| U. S. Court of Appeals (9th Cir) | 05/04/1979 |
| U. S. Court of Appeals (11th Cir) | 01/14/2004 |
| U. S. District Court, Central Dist. of CA | 8/22/1978 |
| U. S. District Court, Eastern Dist. of CA | 10/09/1984 |
| U. S. District Court, Southern Dist. of CA | 10/08/1997 |
| U. S. District Court, Northern Dist. of CA | 09/27/2002 |