**Keith A. Ketterling,** OSB No. 913368
Email: kketterling@stollberne.com
**Timothy S. DeJong,** OSB No. 940662
Email: tdejong@stollberne.com
**Jacob S. Gill**, OSB No. 033238
Email: jgill@stollberne.com
**Nadia H. Dahab,** OSB No. 125630
Email:ndahab@stollberne.com
STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. Oak Street, Fifth Floor
Portland, Oregon 97204
Telephone:     (503) 227-1600
Facsimile:     (503) 227-6840

**Steve W. Berman** (admitted *pro hac vice*)
Email: steve@hbsslaw.com
**Karl P. Barth** (to be admitted *pro hac vice*)
Email: karlb@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone:     (206) 623-7292
Facsimile:     (206) 623-0594

**Attorneys For Plaintiffs**
[Additional Counsel of Record Listed on Signature Page]


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


| | |
|---|---|
| LAWRENCE P. CIUFFITELLI, for himself and as Trustee of CIUFFITELLI REVOCABLE TRUST; GREG and ANGELA JULIEN; JAMES and SUSAN MACDONALD, as Co-Trustees of the MACDONALD FAMILY TRUST; R.F. MACDONALD CO.; ANDREW NOWAK, for himself and as Trustee of the | Case No. 3:16-cv-00580-AC<br><br>**STIPULATION CONCERNING DEADLINES FOR FILING NOTICES OF APPEARANCE AND PLEADINGS AND SCHEDULING RULE 26(f) CONFERENCE** |

ANDREW NOWAK REVOCABLE LIVING
TRUST U/A 2/20/2002; and WILLIAM
RAMSTEIN, individually and on behalf of all
others similarly situated,

        Plaintiffs,

  v.

DELOITTE & TOUCHE LLP;
EISNERAMPER LLP; SIDLEY AUSTIN LLP,
and TONKON TORP LLP,

        Defendants.

      The parties have met and conferred and stipulate to the following concerning deadlines for filing notices of appearance, responding to Plaintiffs' complaint, and setting a Rule 26(f) conference in the above-captioned matter:

      1.    Each Defendant in the above-captioned matter will file a notice of appearance at the time this Stipulation Concerning Deadlines for Filing Notices of Appearance and Pleadings and Scheduling Rule 26(f) Conference ("Stipulation") is filed.

      2.    Each Defendant will respond to Plaintiffs' Complaint by June 10, 2016, or within 14 days of the filing of any amended complaint, whichever is later. Defendants reserve their right to seek additional time, beyond 14 days, to respond to Plaintiffs' amended complaint, if doing so is reasonably necessary as a result of Plaintiffs' amended allegations.

      3.    If Plaintiffs do not file an amended complaint, all parties agree that the Rule 26(f) conference for this matter will take place no later than July 1, 2016. If an amended complaint is filed, Defendants agree to participate in a Rule 26(f) conference no later than July 1, 2016, or within 21 days of the filing of the amended complaint, whichever is later. Defendants further reserve their right to seek additional time, beyond 21 days, if doing so is reasonably necessary as

PAGE 1 **-** STIPULATION CONCERNING DEADLINES FOR FILING NOTICES OF
APPEARANCE AND PLEADINGS AND SCHEDULING RULE 26(f) CONFERENCE
STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840

a result of Plaintiffs' amended allegations.  Defendants reserve all rights and objections available at the time of the Rule 26(f) conference.

Consented and agreed to by the following parties:

DATED this 26th day of April, 2016.

STOLL STOLL BERNE LOKTING
& SHLACHTER P.C.

By:  s/ Timothy S. DeJong
   **Keith A. Ketterling**, OSB No. 913368
   **Timothy S. DeJong**, OSB No. 940662
   **Jacob S. Gill**, OSB No. 033238
   **Nadia H. Dahab,** OSB No. 125630

209 SW Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840
Email: kketterling@stollberne.com
       tdejong@stollberne.com
       jgill@stollberne.com
       ndahab@stollberne.com

-And-

**Steve W. Berman**
**Karl P. Barth**
HAGENS BERMAN SOBOL & SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone:     (206) 623-7292
Facsimile:      (206) 623-0594
Email: steve@hbsslaw.com
       karlb@hbsslaw.com

-And-

GARVEY SCHUBERT BARER

By  s/ Gary I Grenley
   **Robert C. Weaver, Jr.**, OSB No. 801350
   **Gary I. Grenley**, OSB No. 75138
   **Paul H. Trinchero**, OSB No. 014397

121 SW Morrison Street, 11th Floor
Portland, OR 97204
Telephone:  (503) 228-3939
Facsimile:  (503) 226-0259
Email:  rweaver@gsblaw.com
       ggrenley@gsblaw.com
       ptrinchero@gsblaw.com

-And –

**Peter A. Wald,** admitted *pro hac vice*
**Gavin M. Masuda,** admitted *pro hac vice*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone:     (415) 391-0600
Email:  peter.wald@lw.com
       gavin.masuda@lw.com

**Attorneys for Defendant Deloitte & Touche LLP**

**Robert S. Banks, Jr.**, OSB No. 821862
Email: bbanks@SamuelsLaw.com
**Darlene D. Pasieczny,** OSB No. 124172
Email: darlenep@SamuelsLaw.com
SAMUELS YOELIN KANTOR LLP
Attorneys at Law
111 SW 5th Ave., Suite 3800
Portland, Oregon 97204-3642
Telephone (503) 226-2966
Facsimile (503) 222-2937

**Attorneys For Plaintiffs**


MARKOWITZ HERBOLD PC


By:  s/ Chad M. Colton
    **David B. Markowitz**, OSB No. 742046
    **Chad M. Colton**, OSB No. 065774

3000 Pacwest Center
1211 SW Fifth Avenue
Portland, OR 97204
Telephone: (503) 295-3085
Facsimile: (503) 323-9105
Email:
davidmarkowitz@markowitzherbold.com
chadcolton@markowitzherbold.com

-And-

**Bruce A. Abbott,** to be admitted *pro hac vice*
**Michael R. Doyen,** to be admitted *pro hac vice*
**Brad D. Brian,** to be admitted *pro hac vice*
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071
Telephone:    (213) 683-9100
Email: bruce.abbott@mto.com
       michael.doyen@mto.com
       brad.brian@mto.com

**Attorneys for Sidley Austin LLP**

K&L GATES LLP

By:  s/ Philip S. Van Der Weele
    **Philip S. Van Der Weele,** OSB No. 863650
    **B. John Casey**, OSB No. 120025
    **Adam W. Holbrook**, OSB No. 145494

One SW Columbia Street, Suite 1900
Portland, OR 97258
Telephone: (503) 228-3200
Email:  phil.vanderweele@klgates.com
        john.casey@klgates.com
        adam.holbrook@klgates.com

**Attorneys for Tonkon Torp LLP**

THE FERRANTI FIRM LLC


By  s/ William P. Ferranti
    **William P. Ferranti,** OSB No. 160069

1819 SW 5th Avenue, Suite 403
Portland, OR 97201
Telephone:  (503) 877-9220
Email:  wpf@ferrantiappeals.com

-And –

**Linda T. Coberly,** admitted *pro hac vice*
**Catherine W. Joyce,** admitted *pro hac vice*
**Joanna Rubin Travalini,** admitted *pro hac vice*
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Telephone:    (312) 558-5600
Email:  lcoberly@winston.com
        cjoyce@winston.com
        jtravalini@winston.com

**Attorneys for Defendant EisnerAmper LLP**

PAGE 3 **-** STIPULATION CONCERNING DEADLINES FOR FILING NOTICES OF APPEARANCE AND PLEADINGS AND SCHEDULING RULE 26(f) CONFERENCE

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840