IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| LAWRENCE P. CIUFFITELLI, for himself and as Trustee of CIUFFITELLI REVOCABLE TRUST; GREG and ANGELA JULIEN; JAMES and SUSAN MACDONALD, as Co-Trustees of the MACDONALD FAMILY TRUST; R.F. MACDONALD CO.; ANDREW NOWAK, for himself and as Trustee of the ANDREW NOWAK REVOCABLE LIVING TRUST U/A 2/20/2002; and WILLIAM RAMSTEIN, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br>v.<br><br>DELOITTE & TOUCHE LLP; EISNERAMPER LLP; SIDLEY AUSTIN LLP, and TONKON TORP LLP,<br><br>      Defendants. | Case No. 3:16-cv-00580-AC<br><br>[~~PROPOSED~~] ORDER ENTERING STIPULATION |

This matter came before this court on the parties' Joint Motion for Entry of Stipulation Concerning Deadlines for Filing Notices of Appearance and Pleadings and Scheduling Rule 26(f) Conference ("Stipulation"), attached hereto.

PAGE 1 – [~~PROPOSED~~] ORDER ENTERING STIPULATION

IT IS HEREBY ORDERED that:

1.  Each Defendant in the above-captioned matter has filed a Notice of Appearance with this court.

2.  Each Defendant will respond to Plaintiffs' Complaint by June 10, 2016, or within 14 days of the filing of any amended complaint, whichever is later. Defendants may seek additional time, beyond 14 days, to respond to Plaintiffs' amended complaint, if doing so is reasonably necessary as a result of Plaintiffs' amended allegations.

3.  If Plaintiffs do not file an amended complaint, the Rule 26(f) conference for this matter will take place no later than July 1, 2016. If an amended complaint is filed, Defendants will participate in a Rule 26(f) conference no later than July 1, 2016, or within 21 days of the filing of the amended complaint, whichever is later. Defendants may seek additional time, beyond 21 days, if doing so is reasonably necessary as a result of Plaintiffs' amended allegations. Defendants reserve all rights and objections available at the time of the Rule 26(f) conference.

IT IS SO ORDERED.

DATED this 27th day of April, 2016.

_____
Hon. John v. Acosta

PAGE 2 – [~~PROPOSED~~] ORDER ENTERING STIPULATION