**Robert C. Weaver, Jr.**, OSB #801350
E-Mail: rweaver@gsblaw.com
**Gary I. Grenley**, OSB #751380
E-Mail: ggrenley@gsblaw.com
**Paul H. Trinchero**, OSB #014397
E-Mail: ptrinchero@gsblaw.com
Garvey Schubert Barer
121 SW Morrison Street, Eleventh Floor
Portland, Oregon 97204-3141
Telephone: (503) 228-3939
Facsimile: (503) 226-0259

**Peter A. Wald (admitted *pro hac vice*)**
**Gavin M. Masuda (admitted *pro hac vice*)**
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, California 94111

**Attorneys for Defendant Deloitte & Touche LLP**

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| LAWRENCE P. CIUFFITELLI, for himself and as Trustee of CIUFFITELLI REVOCABLE TRUST, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DELOITTE & TOUCHE LLP; EISNERAMPER LLP; SIDLEY AUSTIN LLP; TONKON TORP LLP; TD AMERITRADE, INC.; and INTEGRITY BANK & TRUST,<br><br>Defendants. | Case No. 3:16-cv-00580-AC<br><br>**DELOITTE & TOUCHE LLP'S NOTICE OF ITS WITHDRAWAL OF MOTION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF DELOITTE'S MOTION TO DISMISS AND CERTAIN EXHIBITS IN SUPPORT OF DEFENDANTS' MOTIONS TO DISMISS THE FIRST AMENDED COMPLAINT** |

Defendant Deloitte & Touche LLP ("Deloitte"), having received consent from the Receiver in the related case, No. 3:16-cv-00438-PK, hereby gives this Court and all counsel notice of its withdrawal of Motion for Leave to File Under Seal Portions of Deloitte's Motion to Dismiss and Certain Exhibits in Support of Defendants' Motions to Dismiss the First Amended Complaint (Dkt. 73), filed herein on June 10, 2016.

Tonkon Torp LLP has also withdrawn its request for sealing and has already provided Plaintiffs' counsel with unredacted copies of its PPMs.

Deloitte will file and serve all parties including Plaintiffs' counsel with unsealed, unredacted copies of its designated Exhibits and its Motion to Dismiss concurrently with the filing of the instant Motion. Deloitte suggests that the withdrawal of its Motion for Leave to File Under Seal renders moot all aspects of this Court's June 14, 2016 Order (Dkt. 83) as it relates to sealing issues, and there is no longer a need for: (i) supplemental briefing; (ii) "attorneys' eyes only" restriction on Plaintiffs' use of these documents; or (iii) Plaintiffs to provide Defendants copies of their own PPMs. Deloitte and Tonkon will, of course, take any further action requested by the Court with respect to the withdrawal of its Motion for Leave to File Under Seal.

Respectfully submitted this 16th day of June, 2016.

GARVEY SCHUBERT BARER

By s/ *Gary I. Grenley*
  **Robert C. Weaver, Jr.**, OSB No. 801350
  **Gary I. Grenley**, OSB No. 75138
  **Paul H. Trinchero**, OSB No. 014397

121 SW Morrison Street, 11th Floor
Portland, OR 97204
Telephone: (503) 228-3939
Facsimile: (503) 226-0259
Email: rweaver@gsblaw.com
     ggrenley@gsblaw.com
     ptrinchero@gsblaw.com

-And –

**Peter A. Wald**
**Gavin M. Masuda**
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Email: peter.wald@lw.com
     gavin.masuda@lw.com

**Attorneys for Defendant Deloitte & Touche LLP**