**Keith A. Ketterling,** OSB No. 913368
Email: kketterling@stollberne.com
**Timothy S. DeJong,** OSB No. 940662
Email: tdejong@stollberne.com
**Jacob S. Gill**, OSB No. 033238
Email: jgill@stollberne.com
**Nadia H. Dahab,** OSB No. 125630
Email:ndahab@stollberne.com
STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 SW Oak Street, Suite 500
Portland, Oregon 97204
Telephone:    (503) 227-1600
Facsimile:    (503) 227-6840

**Steve W. Berman** (admitted *pro hac vice*)
Email: steve@hbsslaw.com
**Karl P. Barth** (admitted *pro hac vice*)
Email: karlb@hbsslaw.com
**Lee M. Gordon** (admitted *pro hac vice*)
Email: lee@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone:    (206) 623-7292
Facsimile:    (206) 623-0594

**Attorneys For Plaintiffs**
[Additional Counsel of Record Listed on Signature Page]

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| LAWRENCE P. CIUFFITELLI, for himself and as Trustee of CIUFFITELLI REVOCABLE TRUST; GREG and ANGELA JULIEN; JAMES and SUSAN MACDONALD, as Co-Trustees of the MACDONALD FAMILY TRUST; R.F. MACDONALD CO.; ANDREW NOWAK, for himself and as Trustee of the ANDREW NOWAK REVOCABLE LIVING TRUST U/A 2/20/2002; WILLIAM RAMSTEIN; and | Case No. 3:16-cv-00580-AC<br><br>**PLAINTIFFS' OPPOSITION TO DEFENDANT DELOITTE & TOUCHE LLP'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION FOR PROTECTIVE ORDER** |

| | |
|---|---|
| GREG WARRICK, for himself and, with SUSAN WARRICK, as Co-Trustees of the WARRICK FAMILY TRUST, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br> v.<br><br>DELOITTE & TOUCHE LLP; EISNERAMPER LLP; SIDLEY AUSTIN LLP; TONKON TORP LLP; TD AMERITRADE, INC.; and INTEGRITY BANK & TRUST,<br><br>   Defendants. | |

  Plaintiffs are compelled to oppose this motion for leave because it is an abuse of discovery motion practice. Deloitte has not shown good cause for an exception to the rule that "a movant may not file a reply supporting a discovery motion." LR 26-3(c). Deloitte requested and was granted oral argument on the motion for protective order, and plaintiffs suggested that Deloitte make these arguments at the hearing on November 4. Deloitte gives no reason why it could not have done so. Instead, determined to make its written reply arguments whether or not it is granted leave, Deloitte sets forth in its motion for leave the arguments it asks the Court to allow it to make in expanded form in the proposed reply. Respectfully, if leave is granted in this instance, defendants are likely to request a reply brief on every discovery motion. The motion for leave should be denied.

  The principal reason for the proposed reply appears to be to accuse plaintiffs of making incorrect statements, which it characterizes in the proposed reply as misrepresentations. Deloitte claims that plaintiffs misrepresent the relief that Deloitte sought in its moving papers. If that is

PAGE 1 - **PLAINTIFFS' OPPOSITION TO DEFENDANT DELOITTE & TOUCHE LLP'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION FOR PROTECTIVE ORDER**

the case, it should be apparent from Deloitte's moving papers, and there is no need to deviate from the normal practice to allow a reply brief.

Deloitte also claims that plaintiffs have never offered to limit initial discovery from Deloitte to its audit workpapers. It is beyond dispute that plaintiffs made that very offer both at page 2 of the Joint Report of Parties' F.R.C.P. 26(c) Conference, filed more than two months before the motion for protective order, and in Plaintiffs' Opposition to Defendant Deloitte & Touche LLP's Motion for Protective Order. Plaintiffs also made this offer in conferences between the parties that are not reflected in writing. Regardless, this is an illusory issue. The salient point is that Deloitte refuses to produce its workpapers.

In light of the court rule prohibiting reply briefs on discovery motions, leave to submit a reply should be reserved for extraordinary circumstances. There are no extraordinary circumstances here, and the motion for leave should be denied.

DATED this 27th day of October, 2016.

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.

By: s/Timothy S. DeJong
**Keith A. Ketterling**, OSB No. 913368
**Timothy S. DeJong**, OSB No. 940662
**Jacob S. Gill**, OSB No. 033238
**Nadia H. Dahab,** OSB No. 125630

209 SW Oak Street, Suite 500
Portland, OR 97204
Telephone:    (503) 227-1600
Facsimile:    (503) 227-6840
Email:         kketterling@stollberne.com
               tdejong@stollberne.com
               jgill@stollberne.com
               ndahab@stollberne.com

-And-

PAGE 2 - **PLAINTIFFS' OPPOSITION TO DEFENDANT DELOITTE & TOUCHE LLP'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION FOR PROTECTIVE ORDER**

**Steve W. Berman** (admitted *pro hac vice*)
Email: steve@hbsslaw.com
**Karl P. Barth** (admitted *pro hac vice*)
Email: karlb@hbsslaw.com
**Lee M. Gordon** (admitted *pro hac vice)*
Email: lee@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone:     (206) 623-7292
Facsimile:      (206) 623-0594

-And-

**Robert S. Banks, Jr.**, OSB No. 821862
Email: bbanks@SamuelsLaw.com
**Darlene D. Pasieczny,** OSB No. 124172
Email: darlenep@SamuelsLaw.com
SAMUELS YOELIN KANTOR LLP
Attorneys at Law
111 SW 5th Avenue, Suite 3800
Portland, OR 97204-3642
Telephone:     (503) 226-2966
Facsimile:      (503) 222-2937

**Attorneys For Plaintiffs**

PAGE 3 -  **PLAINTIFFS' OPPOSITION TO DEFENDANT DELOITTE & TOUCHE LLP'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION FOR PROTECTIVE ORDER**