**David B. Markowitz, OSB No. 742046**
DavidMarkowitz@MarkowitzHerbold.com
**Chad M. Colton, OSB No. 065774**
ChadColton@MarkowitzHerbold.com
**Jeffrey M. Edelson, OSB No. 880407**
JeffEdelson@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR  97204-3730
Telephone:     (503) 295-3085
Fax:              (503) 323-9105

**Brad D. Brian (***admitted pro hac vice***)**
brad.brian@mto.com
**Bruce A. Abbott (***admitted pro hac vice***)**
bruce.abbott@mto.com
**Zachary M. Briers (***admitted pro hac vice***)**
zachary.briers@mto.com
**Kevin L. Brady (***admitted pro hac vice***)**
kevin.brady@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Ave., Fiftieth Floor
Los Angeles, CA  90071-3426
Telephone:     (213) 683-9100
Fax:              (213) 687-3702

Attorneys for Defendant Sidley Austin LLP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON,

PORTLAND DIVISION

| | |
|---|---|
| LAWRENCE P. CIUFFITELLI, for himself and as Trustee of CUIFFITELLI REVOCABLE TRUST, *et al.*,<br><br>           Plaintiffs,<br><br>     vs.<br><br>DELOITTE & TOUCHE LLP, *et al.*,<br><br>           Defendants. | Case No. 3:16-cv-00-580-AC<br><br>**AMENDED STATEMENT OF DEFENDANT SIDLEY AUSTIN LLP RELATING TO THE JOINT REPORT ON ESI DISCOVERY ISSUES** |

To assist the Court in reviewing the parties' Joint Report on ESI Discovery Issues [Dkt. No. 263], attached as Exhibit 1 is Defendant Sidley Austin LLP's ("Sidley") most recent search proposal to Plaintiffs regarding search terms and custodians.  As explained in Sidley's part of the Joint Report, this proposal includes 18 custodians and 26 search terms that are meant to identify additional emails that are responsive to the Court's February 21 protective order.  Sidley submitted this proposal to Plaintiffs on August 25, 2017.  Although Plaintiffs attached Sidley's initial (and later superseded) search proposal as an exhibit to the Joint Report, Sidley now respectfully submits its most recent proposal to ensure that the Court has a complete record.

DATED:  September 28, 2017        MUNGER, TOLLES & OLSON LLP

        BRAD D. BRIAN
        BRUCE A. ABBOTT
        KEVIN L. BRADY


By: *s/ Kevin L. Brady*
    KEVIN L. BRADY
Attorneys for Defendant SIDLEY AUSTIN LLP

# EXHIBIT 1

*Sidley's revised proposed search parameters for identifying emails and other ESI responsive to the Court's February 21, 2017 discovery order.*

**Search parameters for Items 1, 2, 4, 5, 6, and 8**

- *Custodians*:
  - Alexandria Glispie
  - Beth Quintana
  - Christian Pilhofer
  - Mark Whatley
  - Patrick Mellon
  - Peter Edgerton
- *Search terms*
  - ACOF
  - (Aequitas w/3 "Capital Opportunities")
  - ACOG
  - ("General Partner" AND ((Aequitas w/3 "Capital Opportunities") OR ACOF))
  - (GP AND ((Aequitas w/3 "Capital Opportunities") OR ACOF))
  - aequitas w/3 "general partner"
  - "Aequitas Merchant Bank"
  - "Merchant Fund"
  - Duff
  - hauck
  - woodcox
  - froude
  - ruh
- *Date range: 5/1/13 to 11/30/15*

**Additional search parameters for Items 6**

- *Additional custodians:*
  - Hardy Callcott
  - Brian Kaplowitz
  - Pam Martinson
  - Allison Satyr
  - Carla Teodoro
- *Additional search terms:*
  - "Aequitas Investment Management"
  - AIM
  - aequitas w/3 "investment advisor"
  - Jesenik
  - MacRitchie
  - Gillis
  - Oliver

- *Date range for additional terms: 2/1/12 to 2/28/16*

**Search parameters re Items 7**

- *Custodians:*
    - Carla Teodoro
    - Jennifer Gaspar
    - Miles Fuller
    - Sarah Hemmendinger
    - Stevie Kelly
    - Vikram Shah
    - Matthew Anderson
    - Nicole Ryan
    - Allison Satyr
    - Mark Whatley
    - Pamela Martinson
    - Hardy Callcott
- *Search terms*
    - "@sec.gov" AND aequitas
    - Buchholtz
    - Combs
    - Smyth
    - Snyder
    - Boodoo
- *Date range: 7/1/14 to 2/28/16*