# EXHIBIT 5

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| WALTER WURSTER, individually; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DELOITTE & TOUCHE, LLP, a Delaware limited liability partnership; et al.,<br><br>Defendants. | Case No. 16CV25920<br><br>Hon. Kathleen M. Dailey<br><br>ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT DELOITTE & TOUCHE, LLP'S MOTION TO COMPEL PLAINTIFFS TO PRODUCE DOCUMENTS |

This matter came before the Court at 8:30 a.m. on April 6, 2018, for argument on Defendant Deloitte & Touche LLP's ("Deloitte") Motion to Compel Plaintiffs to Produce Documents (the "Motion to Compel").  Peter A. Wald and Gavin M. Masuda argued on behalf of Deloitte.  Ian M. Christy and Bruce L. Campbell argued on behalf of plaintiffs.

Deloitte moved the Court for an order requiring Plaintiffs to produce all non-privileged documents responsive to Deloitte's Request for Production No. 13 in Deloitte's First Set of Requests for Production of Documents, which sought:

> Documents sufficient to show Your financial condition at the time of all of Your Transactions of any Aequitas Security or any other Transaction with any Aequitas Entity, including without limitation Your federal income tax returns from the two years prior to such Transaction, Your investment, bank or other account statements showing Your income, assets, or liabilities, or any other documentation sufficient to show Your income, assets, or liabilities.

Plaintiffs opposed Deloitte's Motion to Compel on the grounds that the request sought documents that are not relevant to the claims and defenses in this action and would impose an unnecessary burden on plaintiffs.

Page 1 -   Order Granting in Part and Denying in Part Defendant Deloitte & Touche, LLP's Motion to Compel Plaintiffs to Produce Documents

4820-1349-5137.7

The Court, having reviewed the record in this action, hearing all arguments, and being fully advised, hereby ORDERS:

1. Deloitte's Motion to Compel is GRANTED in part and DENIED WITH LEAVE TO LATER RENEW in part, in accordance with Paragraphs 2 and 3 below.

2. Deloitte's Motion to Compel is GRANTED as to account or brokerage statements reflecting the purchase, sale (if any), rollover (if any) and any amounts received on any security issued by any Aequitas entity for which plaintiffs claim damages, which Plaintiffs shall make reasonable efforts to identify and obtain (including from their financial advisors, brokers, accountants, bankers, or any other person from whom plaintiffs have the legal right to obtain such original documentation).  To the extent any Plaintiff does not possess or cannot obtain such account or brokerage statements, that Plaintiff will produce other original documentation sufficient to show the purchase, sale (if any), rollover (if any) and any amounts received on any security issued by any Aequitas entity for which plaintiffs claim damages, subject to Deloitte's right to confer in good faith with that Plaintiff about the production of further documentation and without waiving any right by Deloitte to move the Court for further relief.

3. In all other respects, Deloitte's Motion to Compel is DENIED WITH LEAVE TO LATER RENEW.

Page 2 -    Order Granting in Part and Denying in Part Defendant Deloitte & Touche, LLP's Motion to Compel Plaintiffs to Produce Documents

4820-1349-5137.7

1    4.    Plaintiffs shall produce the account or brokerage statements described in paragraph 2 above no later than June 4, 2018. To the extent any Plaintiff does not possess or cannot obtain such account or brokerage statements, that Plaintiff will produce other original documentation no later than July 5, 2018.

Signed: 5/10/2018 03:48 PM

_____
Circuit Court Judge Kathleen M. Dailey

Submitted by:

Ian M. Christy
OSB No. 160116
MILLER NASH GRAHAM & DUNN LLP
*Attorneys for Plaintiffs*

Page 3 -   Order Granting in Part and Denying in Part Defendant Deloitte & Touche, LLP's Motion to Compel Plaintiffs to Produce Documents

## CERTIFICATE OF READINESS

### (UTCR 5.100)

This proposed order or judgment is ready for judicial signature because:

**X**    1. Each party affected by this order or judgment has **stipulated** to or **approved** the order or judgment, as shown by the signature(s) on the document being submitted, or by written confirmation sent to me.

_____    2. I have served a copy of this order or judgment on all parties entitled to service and:

       _____    a. No objection has been served on me by counsel within 3 days prior to this submission

       _____    b. I received objections that I could not resolve with the opposing party despite reasonable efforts to do so.  I have filed with the court a copy of the objections I received and indicated which objections remain unresolved.

       _____    c. After conferring about objections, the other party agreed to independently file any remaining objection with the court.

_____    3. Service is not required pursuant to subsection (3) of this rule, or by statute, rule, or otherwise, because the other party has been found in **default**, or an order of default is being requested with this proposed judgment/order; because this judgment/order is submitted **ex parte** as allowed by statute or rule; or this judgment/order is being submitted in **open court** with all parties present.

_____    4. This is a proposed judgment that includes an award of punitive damages and notice has been served on the Director of Crime Victim's Assistance Section as required by subsection (4) of this rule.

DATED this 8th day of May, 2018.

           _s/ Ian M. Christy_
           Ian M. Christy, OSB No. 160116
           *Of Attorneys for Plaintiffs*

Page 1 -   Certificate of Readiness

4820-1349-5137.7

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 503.224.5858 $$ F: 503.224.0155
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

2    I hereby certify that I served the foregoing Order Granting in Part and Denying in

3   Part Defendant Deloitte & Touche LLP's Motion to Compel Plaintiffs to Produce Documents on

4   the attorney or party listed below on the date set forth below by the method(s) indicated:

| | | |
|---|---|---|
| 5 | Gary Grenley | ☐ First-class mail, postage prepaid |
| 6 | Robert C. Weaver | ☐ Facsimile, pursuant to ORCP 9 F |
|   | Paul H. Trinchero | ☐ Hand-delivery |
| 7 | Eryn Karpinski Hoerster | ☐ Overnight courier, delivery prepaid |
|   | Garvey Schubert Barer | ☐ E-mail, pursuant to ORCP 9 G |
| 8 | 121 S.W. Morrison Street, 11th Floor | ☒ E-mail copy, as a courtesy only |
|   | Portland, Oregon  97204 | ☒ OJD EFILING SYSTEM, if registered at the party's email address as recorded on the date of service in the eFiling system, pursuant to UTCR 21.100. |
| 9 | | |
| 10 | Peter Wald | |
|    | Gavin Masuda | |
| 11 | Latham & Watkins | ☐ Other |
|    | 505 Montgomery Street, Suite 2000 | |
| 12 | San Francisco, California  94111-6538 | |
| 13 | *Attorneys for Defendant Deloitte & Touche, LLP* | |
| 14 | Matthew Kalmanson | ☐ First-class mail, postage prepaid |
| 15 | Hart Wagner, LLP | ☐ Facsimile, pursuant to ORCP 9 F |
|    | 1000 S.W. Broadway, Suite 2000 | ☐ Hand-delivery |
| 16 | Portland, Oregon  97205 | ☐ Overnight courier, delivery prepaid |
|    | | ☐ E-mail, pursuant to ORCP 9 G |
| 17 | Bruce M. Bettigole | ☒ E-mail copy, as a courtesy only |
|    | Gail L. Westover | ☒ OJD EFILING SYSTEM, if registered at the party's email address as recorded on the date of service in the eFiling system, pursuant to UTCR 21.100. |
| 18 | Nicholas T. Christakos | |
| 19 | Eversheds Sutherland (US) LLP | |
|    | 700 Sixth Street, NW, Suite 700 | |
| 20 | Washington, DC 20001 | ☐ Other |
| 21 | *Attorneys for Defendant TD Ameritrade, Inc.* | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |

Page 1 -    Certificate of Service

4820-1349-5137.7

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 503.224.5858 $$ F: 503.224.0155
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

| | |
|---|---|
| William Ferranti<br>The Ferranti Firm LLC<br>1819 S.W. Fifth Avenue, #403<br>Portland, Oregon 97201<br><br>Linda Coberly<br>Winston & Strawn LLP<br>35 W. Wacker Drive<br>Chicago, Illinois 60601-9703<br><br>*Attorneys for Defendant EisnerAmper, LLP* | ☐ First-class mail, postage prepaid<br>☐ Facsimile, pursuant to ORCP 9 F<br>☐ Hand-delivery<br>☐ Overnight courier, delivery prepaid<br>☐ E-mail, pursuant to ORCP 9 G<br>☒ E-mail copy, as a courtesy only<br>☒ OJD EFILING SYSTEM, if registered at the party's email address as recorded on the date of service in the eFiling system, pursuant to UTCR 21.100.<br>☐ Other |
| David Markowitz<br>Chad Colton<br>Markowitz Herbold PC<br>1211 S.W. Fifth Avenue, Suite 3000<br>Portland, Oregon 97204<br><br>Bruce Abbott<br>Michael Doyen<br>Brad Brian<br>Zachary Briers<br>Kevin Brady<br>Trevor Templeton<br>Munger, Tolles & Olson LLP<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, California 90071<br><br>*Attorneys for Defendant Sidley Austin, LLP* | ☐ First-class mail, postage prepaid<br>☐ Facsimile, pursuant to ORCP 9 F<br>☐ Hand-delivery<br>☐ Overnight courier, delivery prepaid<br>☐ E-mail, pursuant to ORCP 9 G<br>☒ E-mail copy, as a courtesy only<br>☒ OJD EFILING SYSTEM, if registered at the party's email address as recorded on the date of service in the eFiling system, pursuant to UTCR 21.100.<br>☐ Other |

Page 2 -   Certificate of Service

4820-1349-5137.7

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 503.224.5858 $$ F: 503.224.0155
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

| | | |
|---|---|---|
| 1 | Sharon Rudnick | ☐ First-class mail, postage prepaid |
| 2 | William F. Gary | ☐ Facsimile, pursuant to ORCP 9 F |
|   | Harrang Long Gary Rudnick P.C. | ☐ Hand-delivery |
| 3 | 497 Oakway Road, Suite 380 | ☐ Overnight courier, delivery prepaid |
|   | Eugene, Oregon 97401 | ☐ E-mail, pursuant to ORCP 9 G |
| 4 | | ☒ E-mail copy, as a courtesy only |
| 5 | Stephen V. D'Amore | ☒ OJD EFILING SYSTEM, if registered at the party's email address as recorded on the date of service in the eFiling system, pursuant to UTCR 21.100. |
|   | Scott M. Ahmad | |
| 6 | Winston & Strawn LLP | |
|   | 35 W. Wacker Drive | |
| 7 | Chicago, Illinois 60601-9703 | ☐ Other |
| 8 | Andrew C. Nichols | |
|   | Winston & Strawn LLP | |
| 9 | 1700 K Street, N.W. | |
| 10 | Washington, D.C. 20006-3817 | |
| 11 | *Attorney for Duff & Phelps, LLC* | |

Page 3 -   Certificate of Service

4820-1349-5137.7

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 503.224.5858 $$ F: 503.224.0155
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

| | | |
|---|---|---|
| 1 | Milo Petranovich | ☐ First-class mail, postage prepaid |
| 2 | Peter D. Hawkes | ☐ Facsimile, pursuant to ORCP 9 F |
|   | SreeVamshi C. Reddy | ☐ Hand-delivery |
| 3 | Lane Powell | ☐ Overnight courier, delivery prepaid |
|   | 601 S.W. Second Avenue, Suite 2100 | ☐ E-mail, pursuant to ORCP 9 G |
| 4 | Portland, Oregon  97204 | ☒ E-mail copy, as a courtesy only |
|   |   | ☒ OJD EFILING SYSTEM, if registered at the party's email address as recorded on the date of service in the eFiling system, pursuant to UTCR 21.100. |
| 5 | *Attorneys for Integrity Bank & Trust* | |
| 6 | | |
| 7 | | ☐ Other |
| 8 | Philip S. Van Der Weele | ☐ First-class mail, postage prepaid |
|   | K&L Gates LLP | ☐ Facsimile, pursuant to ORCP 9 F |
| 9 | One S.W. Columbia Street, Suite 1900 | ☐ Hand-delivery |
|   | Portland, Oregon  97258 | ☐ Overnight courier, delivery prepaid |
| 10 | | ☐ E-mail, pursuant to ORCP 9 G |
|   | *Attorneys for Defendant Tonkon Torp, LLP* | ☒ E-mail copy, as a courtesy only |
| 11 | | ☒ OJD EFILING SYSTEM, if registered at the party's email address as recorded on the date of service in the eFiling system, pursuant to UTCR 21.100. |
| 12 | | |
| 13 | | ☐ Other |

DATED this 8th day of May, 2018.

*s/ Ian M. Christy*
Ian M. Christy, OSB No. 160116

*Attorney for Plaintiffs*

Page 4 -   Certificate of Service

4820-1349-5137.7

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 503.224.5858 $$ F: 503.224.0155
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204