**Robert C. Weaver, Jr.**, OSB #801350
E-Mail: rweaver@gsblaw.com
**Gary I. Grenley**, OSB #751380
E-Mail: ggrenley@gsblaw.com
**Paul H. Trinchero**, OSB #014397
E-Mail: ptrinchero@gsblaw.com
**Eryn Karpinski Hoerster**, OSB #106126
E-Mail: ehoerster@gsblaw.com
**Daniel L. Keppler**, OSB #923537
E-Mail: dkeppler@gsblaw.com
Garvey Schubert Barer
121 SW Morrison Street, Eleventh Floor
Portland, Oregon 97204-3141
Telephone: (503) 228-3939

**Peter A. Wald (admitted *pro hac vice*)**
E-Mail: peter.wald@lw.com
**Gavin M. Masuda (admitted *pro hac vice*)**
E-Mail: gavin.masuda@lw.com
**Nicole C. Valco (admitted *pro hac vice*)**
E-Mail: nicole.valco@lw.com
**Marcy C. Priedeman (admitted *pro hac vice*)**
E-Mail: marcy.priedeman@lw.com
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 391-0600

**Attorneys for Defendant Deloitte & Touche LLP**
*(Additional Counsel Listed on Signature Page)*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| LAWRENCE P. CIUFFITELLI, for himself and as Trustee of CIUFFITELLI REVOCABLE TRUST, *et al.*,<br><br>            Plaintiffs,<br>     v.<br><br>DELOITTE & TOUCHE LLP; EISNERAMPER LLP; SIDLEY AUSTIN LLP; TONKON TORP LLP; TD AMERITRADE, INC.; INTEGRITY BANK & TRUST; and DUFF & PHELPS, LLC<br><br>            Defendants. | Case No. 3:16-cv-00580-AC<br><br>**JOINT STIPULATION RESOLVING MOTION TO COMPEL (DKT. NO. 364) IN PART** |

JOINT STIPULATION RESOLVING
MOTION TO COMPEL IN PART

WHEREAS, on September 21, 2018, Deloitte filed a Motion to Compel Production of Documents ("Motion"), seeking to compel Plaintiffs to produce financial condition and damages documents (Dkt. No. 364);

WHEREAS, after Deloitte filed its Motion, and in an effort to resolve the damages document portion of the motion, Plaintiffs produced additional documents. Specifically, on September 20, 2018, October 10, 2018, and October 29, 2018, Plaintiffs made additional productions of account or brokerage statements reflecting the purchase, sale, rollover, and interest payments or other amounts received on the securities for which they claim damages against Deloitte (the "Additional Productions");

WHEREAS, the Additional Productions resolved the damages documents disputes described in the Motion with respect to Plaintiffs Lawrence Ciuffitelli and William Ramstein and significantly narrowed the dispute regarding Plaintiff Andrew Nowak;

WHEREAS, with respect to Mr. Nowak, Deloitte asserts that account statements reflecting three interest payments in 2015 and 2016 on claimed securities ("the Outstanding Interest Payments") are still outstanding;

WHEREAS, Deloitte asserts that the Outstanding Interest Payments would have been made to Mr. Nowak's US Bank Account in October 2015 and January 2016 and to Mr. Nowak's Charles Schwab Account in December 2015 or January 2016 ("the Additional Statements");

WHEREAS, although Mr. Nowak (who is in his 70's) has made efforts to obtain responsive documents, Deloitte asserts that he has not yet produced the Additional Statements;

WHEREAS, Mr. Nowak, through undersigned counsel, agrees to continue to make efforts to produce the Additional Statements by December 7, 2018;

WHEREAS, Mr. Nowak may petition this Court for an extension if he is unable to

comply by the December 7, 2018 date above;

WHEREAS, if Mr. Nowak is unable to provide documentation in the form of the Relevant Statements to confirm or deny the Outstanding Interest Payments by the date above or any extended date approved by this Court, the parties stipulate that Exhibit D to each of Mr. Nowak's Receiver Packets (NOWAK_0001260 and NOWAK 0001447-1448) will control for purposes of determining whether Mr. Nowak received the three interest payments;

WHEREAS, the parties have conferred and agree, based on the representations above, that the Court's intervention is not necessary to resolve the dispute regarding damages documents described in Deloitte's motion to compel;

THE PARTIES HEREBY AGREE AND STIPULATE THAT the portion of Deloitte's Motion to Compel (Dkt. 364) relating to Plaintiffs Damages Documents (Section III.B) is taken off the Court's November 13, 2018 calendar.

THE PARTIES HEREBY ALSO AGREE AND STIPULATE THAT the other dispute described in Deloitte's Motion to Compel (Dkt. 364) (Section III.A), relating to Plaintiffs' financial condition documents, remains unresolved, and therefore, the hearing on November 13, 2018 should continue as scheduled, as to those issues.

Dated: November 9, 2018

<div style="column-count:2">

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.

By: s/ *Timothy S. DeJong*
   **Keith A. Ketterling**, OSB No. 913368
   **Timothy S. DeJong**, OSB No. 940662
   **Jacob S. Gill**, OSB No. 033238
   **Jennifer S. Wagner**, OSB No. 024470
   **Nadia H. Dahab**, OSB No. 125630
   **Lydia Anderson-Dana**, OSB No. 166167
   209 SW Oak Street, Suite 500
   Portland, Oregon 97204
   Telephone: (503) 227-1600
   Email: kketterling@stollberne.com
          tdejong@stollberne.com
          jwagner@stollberne.com
          jgill@stollberne.com
          ndahab@stollberne.com

–And–

   **Steve W. Berman (admitted *pro hac vice*)**
   **Karl P. Barth (admitted *pro hac vice*)**
   **Jeniphr A.E. Breckenridge (admitted *pro hac vice*)**
   **Catherine Y.N. Gannon (admitted *pro hac vice*)**
   **Dawn Cornelius (admitted *pro hac vice*)**
   HAGENS BERMAN SOBOL SHAPIRO LLP
   1918 Eighth Avenue, Suite 3300
   Seattle, Washington 98101
   Telephone: (206) 623-7292
   Facsimile: (206) 623-0594
   Email: steve@hbsslaw.com
          karlb@hbsslaw.com
          jeniphr@hbsslaw.com
          catherine@hbsslaw.com
          dawn@hbsslaw.com

–And–

   **Robert S. Banks, Jr.**, OSB No. 821862
   BANKS LAW OFFICE, P.C.

LATHAM & WATKINS LLP

By: s/ *Peter A. Wald*
   **Peter A. Wald (admitted *pro hac vice*)**
   **Gavin M. Masuda (admitted *pro hac vice*)**
   **Nicole C. Valco (admitted *pro hac vice*)**
   **Marcy C. Priedeman (admitted *pro hac vice*)**
   505 Montgomery Street, Suite 2000
   San Francisco, CA 94111-6538
   Telephone: (415) 391-0600
   Email: peter.wald@lw.com
          gavin.masuda@lw.com
          nicole.valco@lw.com
          marcy.priedeman@lw.com

–And–

   **Nicholas J. Siciliano (admitted *pro hac vice*)**
   LATHAM & WATKINS LLP
   330 North Wabash Avenue, Suite 2800
   Chicago, IL 60611
   Telephone: (312) 876-7700
   Email: nicholas.siciliano@lw.com

–And–

   **Robert C. Weaver, Jr.**, OSB No. 801350
   **Gary I. Grenley**, OSB No. 751380
   **Paul H. Trinchero**, OSB No. 014397
   **Eryn Karpinski Hoerster**, OSB No. 106126
   **Daniel L. Keppler**, OSB No. 923537
   GARVEY SCHUBERT BARER
   121 SW Morrison Street, 11th Floor
   Portland, OR 97204
   Telephone: (503) 228-3939
   Facsimile: (503) 226-0259
   Email: rweaver@gsblaw.com
          ggrenley@gsblaw.com
          ptrinchero@gsblaw.com
          ehoerster@gsblaw.com
          dkeppler@gsblaw.com

**Attorneys for Defendant Deloitte & Touche LLP**

</div>

    1001 SW Fifth Avenue, Suite 1100
    Portland, OR 97204
    Telephone: (503) 222-7475
    Email: bob@bankslawoffice.com

**Attorneys for Plaintiffs**