**Matthew J. Kalmanson**, OSB No. 041280
Email: mjk@hartwagner.com
**Lindsay Howk Duncan**, OSB No. 120974
Email: lhd@hartwagner.com
**HART WAGNER LLP**
1000 SW Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Facsimile: (503) 222-2301

**Bruce M. Bettigole** (admitted *pro hac vice*)
Email: brucebettigole@eversheds-sutherland.com
**Nicholas T. Christakos** (admitted *pro hac vice*)
Email: nicholaschristakos@eversheds-sutherland.com
**Gail L. Westover** (admitted *pro hac vice*)
Email: gailwestover@eversheds-sutherland.com
**Adam C. Pollet** (admitted *pro hac vice*)
Email: adampollet@eversheds-sutherland.com
**EVERSHEDS SUTHERLAND (US) LLP**
700 Sixth Street NW, Suite 700
Washington, DC 20001
Telephone: (202) 383-0100
Facsimile: (202) 637-3593

Attorneys for Defendant TD Ameritrade, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| LAWRENCE P. CIUFFITELLI, for himself and as Trustee of CIUFFITELLI REVOCABLE TRUST; GREG and ANGELA JULIEN; JAMES and SUSAN MACDONALD, as Co-Trustees of the MACDONALD FAMILY TRUST; R.F. MACDONALD CO.; ANDREW NOWAK, for himself and as Trustee of the ANDREW NOWAK REVOCABLE LIVING TRUST U/A 2/20/2002; WILLIAM RAMSTEIN; and | No. 3:16-cv-00580-AC<br><br>**DEFENDANT TD AMERITRADE, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT** |

| | |
|---|---|
| GREG WARRICK, for himself and, with SUSAN WARRICK, as Co-Trustees of the WARRICK FAMILY TRUST, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DELOITTE & TOUCHE LLP; EISNERAMPER LLP; SIDLEY AUSTIN LLP; TONKON TORP LLP; TD AMERITRADE, INC.; and INTEGRITY BANK & TRUST,<br><br>Defendants. | |

Defendant TD Ameritrade, Inc. ("TD Ameritrade" or "Defendant") hereby answers the Second Amended Complaint as follows:[1]

**1.**

Paragraph 1 contains Plaintiffs' contentions and conclusions of law, and thus Defendant is not required to answer these allegations. Defendant denies, individually and as one of the collective Defendants, that it participated in or assisted in Plaintiffs' sales. Defendant lacks sufficient information to form a belief as to the truth of the remaining allegations in Paragraph 1 and therefore denies those allegations.

**2.**

Paragraph 2 contains Plaintiffs' contentions, conclusions of law, and the procedural posture of this case, and thus Defendant is not required to answer these allegations. Defendant denies, individually and as one of the collective Defendants, that it participated in or assisted in

[1] Unless otherwise noted, Defendant's Answer uses the terms as defined in the Second Amended Complaint.

the sales of Aequitas securities. Paragraph 2 also contains allegations regarding other defendants. As such, Defendant is not required to answer these allegations. Defendant furthermore denies that Defendant is jointly and severally liable. Defendant lacks sufficient information to form a belief as to the truth of the remaining allegations in Paragraph 2 and therefore denies those allegations.

**3.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 3 and therefore denies those allegations.

**4.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 4 and therefore denies those allegations.

**5.**

Defendant admits that the SEC filed a lawsuit against Aequitas and that the court appointed a receiver. Defendant lacks sufficient information to form a belief as to the truth of the remaining allegations in Paragraph 5 and therefore denies those allegations.

**6.**

Paragraph 6 contains Plaintiffs' contentions and conclusions of law, and thus Defendant is not required to answer these allegations. To the extent an answer is required, Defendant denies the allegations in Paragraph 6.

**7.**

Paragraph 7 contains Plaintiffs' contentions and conclusions of law, and thus Defendant is not required to answer these allegations. To the extent an answer is required, Defendant

denies, individually and as one of the collective Defendants, the allegations contained in Paragraph 7.

**8.**

Paragraph 8 contains Plaintiffs' contentions and conclusions of law, and thus Defendant is not required to answer these allegations. To the extent an answer is required, Defendant denies the allegations against TD Ameritrade contained in Paragraph 8. Paragraph 8 also contains allegations regarding other defendants. As such, Defendant is not required to answer these allegations.

**9.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 9 and therefore denies those allegations.

**10.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 10 and therefore denies those allegations.

**11.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 11 and therefore denies those allegations.

**12.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 12 and therefore denies those allegations.

**13.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 13 and therefore denies those allegations.

**14.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 14 and therefore denies those allegations.

**15.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 15 and therefore denies those allegations.

**16.**

Paragraph 16 contains allegations regarding another defendant. As such, Defendant is not required to answer these allegations. To the extent an answer is required, Defendant admits that the audited financial statements, offering documents, and Forms ADV speak for themselves, and denies any allegations regarding the content of the aforementioned documents that are inconsistent with them. Defendant lacks sufficient information to form a belief as to the truth of the remaining allegations in Paragraph 16 and therefore denies those allegations.

**17.**

Paragraph 17 contains allegations regarding another defendant. As such, Defendant is not required to answer these allegations. To the extent an answer is required, Defendant admits that the audited financial statements, offering documents, and Forms ADV speak for themselves, and denies any allegations regarding the content of the aforementioned documents that are inconsistent with them. Defendant lacks sufficient information to form a belief as to the truth of the remaining allegations in Paragraph 17 and therefore denies those allegations.

**18.**

Paragraph 18 contains allegations regarding another defendant. As such, Defendant is not required to answer these allegations. To the extent an answer is required, Defendant admits that

the offering documents speak for themselves, and denies any allegations regarding the content of the offering documents that are inconsistent with them. Defendant lacks sufficient information to form a belief as to the truth of the remaining allegations in Paragraph 18 and therefore denies those allegations.

**19.**

Paragraph 19 contains allegations regarding another defendant. As such, Defendant is not required to answer these allegations. To the extent an answer is required, Defendant admits that the offering documents speak for themselves, and denies any allegations regarding the content of the offering documents that are inconsistent with them. Defendant lacks sufficient information to form a belief as to the truth of the remaining allegations in Paragraph 19 and therefore denies those allegations.

**20.**

Defendant admits that TD Ameritrade is a New York corporation registered as a broker-dealer in Oregon. Defendant admits the existence of its AdvisorDirect program through which it referred certain customers to various independent registered investment advisers. Defendant admits TD Ameritrade acted as a custodian for certain Aequitas securities at certain times not specified in these allegations. Defendant denies all remaining allegations contained in Paragraph 20.

**21.**

Paragraph 21 contains allegations regarding another defendant. As such, Defendant is not required to answer these allegations. To the extent an answer is required, Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 21 and therefore denies those allegations.

**22.**

Paragraph 22 contains allegations regarding another defendant. As such, Defendant is not required to answer these allegations. To the extent an answer is required, Defendant lacks sufficient information to form a belief as to the truth of the remaining allegations in Paragraph 22 and therefore denies those allegations.

**23.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 23 and therefore denies those allegations.

**24.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 24 and therefore denies those allegations.

**25.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 25 and therefore denies those allegations.

**26.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 26 and therefore denies those allegations.

**27.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 27 and therefore denies those allegations.

**28.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 28 and therefore denies those allegations.

**29.**

Paragraph 29 contains conclusions of law, and thus Defendant is not required to answer these allegations. To the extent an answer is required, Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 29 and therefore denies those allegations.

**30.**

Paragraph 30 contains conclusions of law, and thus Defendant is not required to answer these allegations. To the extent an answer is required, Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 30 and therefore denies those allegations.

**31.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 31 and therefore denies those allegations.

**32.**

Paragraph 32 contains conclusions of law, and thus Defendant is not required to answer these allegations. To the extent an answer is required, Defendant denies the allegations in Paragraph 32.

**33.**

Paragraph 33 and its sub-paragraphs contain Plaintiffs' contentions and conclusions of law, and thus Defendant is not required to answer these allegations. To the extent an answer is required, Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 33 and its sub-paragraphs and therefore denies these allegations.

////

**34.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 34 and therefore denies those allegations.

**35.**

Paragraph 35 contains conclusions of law, and thus Defendant is not required to answer these allegations. To the extent an answer is required, Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 35 and therefore denies those allegations.

**36.**

Paragraph 36 and its sub-paragraphs contain conclusions of law, and thus Defendant is not required to answer these allegations. Paragraph 36 and its sub-paragraphs also contain allegations regarding another defendant. As such, Defendant is not required to answer these allegations. To the extent an answer is required, Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 36 and its sub-paragraphs and therefore denies these allegations.

**37.**

Paragraph 37 and its sub-paragraphs contain conclusions of law, and thus Defendant is not required to answer these allegations. To the extent an answer is required, Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 37 and its sub-paragraphs and therefore denies these allegations.

**38.**

Paragraph 38 and its sub-paragraphs contain conclusions of law, and thus Defendant is not required to answer these allegations. To the extent an answer is required, Defendant lacks

sufficient information to form a belief as to the truth of the allegations in Paragraph 38 and its sub-paragraphs and therefore denies these allegations.

**39.**

Paragraph 39 contains conclusions of law, and thus Defendant is not required to answer these allegations. To the extent an answer is required, Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 39 and therefore denies those allegations.

**40.**

Paragraph 40 contains conclusions of law, and thus Defendant is not required to answer these allegations. To the extent an answer is required, Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 40 and therefore denies those allegations.

**41.**

Paragraph 41 and its sub-paragraphs contain conclusions of law, and thus Defendant is not required to answer these allegations. To the extent an answer is required, Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 41 and its sub-paragraphs and therefore denies these allegations.

**42.**

Paragraph 42 and its sub-paragraphs contain conclusions of law, and thus Defendant is not required to answer these allegations. To the extent an answer is required, Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 42 and its sub-paragraphs and therefore denies these allegations.

/ / /

**43.**

Paragraph 43 and its sub-paragraphs contain conclusions of law, and thus Defendant is not required to answer these allegations. To the extent an answer is required, Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 43 and its sub-paragraphs and therefore denies these allegations.

**44.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 44 and therefore denies those allegations.

**45.**

Paragraph 45 contains conclusions of law, and thus Defendant is not required to answer these allegations. To the extent an answer is required, Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 45 and therefore denies those allegations.

**46.**

Paragraph 46 and its sub-paragraphs contain conclusions of law, and thus Defendant is not required to answer these allegations. To the extent an answer is required, Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 46 and its sub-paragraphs and therefore denies these allegations.

**47.**

Paragraph 47 and its sub-paragraphs contain conclusions of law, and thus Defendant is not required to answer these allegations. To the extent an answer is required, Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 47 and its sub-paragraphs and therefore denies these allegations.

**48.**

Paragraph 48 and its sub-paragraphs conclusions of law, and thus Defendant is not required to answer these allegations. To the extent an answer is required, Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 48 and its sub-paragraphs and therefore denies these allegations.

**49.**

Paragraph 49 contains conclusions of law, and thus Defendant is not required to answer these allegations. To the extent an answer is required, Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 49 and therefore denies those allegations.

**50.**

Paragraph 50 contains conclusions of law, and thus Defendant is not required to answer these allegations. To the extent an answer is required, Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 50 and therefore denies those allegations.

**51.**

Paragraph 51 and its sub-paragraphs contain conclusions of law, and thus Defendant is not required to answer these allegations. To the extent an answer is required, Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 51 and its sub-paragraphs and therefore denies these allegations.

**52.**

Paragraph 52 and its sub-paragraphs contain conclusions of law, and thus Defendant is not required to answer these allegations. To the extent an answer is required, Defendant lacks

sufficient information to form a belief as to the truth of the allegations in Paragraph 52 and its sub-paragraphs and therefore denies these allegations.

**53.**

Paragraph 53 and its sub-paragraphs contain conclusions of law, and thus Defendant is not required to answer these allegations. To the extent an answer is required, Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 53 and its sub-paragraphs and therefore denies these allegations.

**54.**

Paragraph 54 contains conclusions of law, and thus Defendant is not required to answer these allegations. To the extent an answer is required, Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 54 and therefore denies those allegations.

**55.**

Paragraph 55 contains conclusions of law, and thus Defendant is not required to answer these allegations. To the extent an answer is required, Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 55 and therefore denies those allegations.

**56.**

Paragraph 56 and its sub-paragraphs contain conclusions of law, and thus Defendant is not required to answer these allegations. Paragraph 56 and its sub-paragraphs also contain allegations regarding another defendant. As such, Defendant is not required to answer these allegations. To the extent an answer is required, Defendant lacks sufficient information to form

/ / /

a belief as to the truth of the allegations in Paragraph 56 and its sub-paragraphs and therefore denies these allegations.

**57.**

Paragraph 57 and its sub-paragraphs contain conclusions of law, and thus Defendant is not required to answer these allegations. To the extent an answer is required, Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 57 and its sub-paragraphs and therefore denies these allegations.

**58.**

Paragraph 58 and its sub-paragraphs contain conclusions of law, and thus Defendant is not required to answer these allegations. To the extent an answer is required, Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 58 and its sub-paragraphs and therefore denies these allegations.

**59.**

Paragraph 59 contains conclusions of law, and thus Defendant is not required to answer these allegations. To the extent an answer is required, Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 59 and therefore denies those allegations.

**60.**

Paragraph 60 contains conclusions of law, and thus Defendant is not required to answer these allegations. To the extent an answer is required, Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 60 and therefore denies those allegations.

/ / /

**61.**

Paragraph 61 and its sub-paragraphs contain conclusions of law, and thus Defendant is not required to answer these allegations. To the extent an answer is required, Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 61 and its sub-paragraphs and therefore denies these allegations.

**62.**

Paragraph 62 and its sub-paragraphs contain conclusions of law, and thus Defendant is not required to answer these allegations. To the extent an answer is required, Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 62 and its sub-paragraphs and therefore denies these allegations.

**63.**

Paragraph 63 and its sub-paragraphs contain conclusions of law, and thus Defendant is not required to answer these allegations. To the extent an answer is required, Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 63 and its sub-paragraphs and therefore denies these allegations.

**64.**

Paragraph 64 contains conclusions of law, and thus Defendant is not required to answer these allegations. To the extent an answer is required, Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 64 and therefore denies those allegations.

**65.**

Paragraph 65 contains conclusions of law, and thus Defendant is not required to answer these allegations. To the extent an answer is required, Defendant lacks sufficient information to

form a belief as to the truth of the allegations in Paragraph 65 and therefore denies those allegations.

**66.**

Paragraph 66 and its sub-paragraphs contain conclusions of law, and thus Defendant is not required to answer these allegations. To the extent an answer is required, Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 66 and its sub-paragraphs and therefore denies these allegations.

**67.**

Paragraph 67 and its sub-paragraphs contain conclusions of law, and thus Defendant is not required to answer these allegations. To the extent an answer is required, Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 67 and its sub-paragraphs and therefore denies these allegations.

**68.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 68 and therefore denies those allegations.

**69.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 69 and therefore denies those allegations.

**70.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 70 and therefore denies those allegations.

/ / /

/ / /

**71.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 71 and therefore denies those allegations.

**72.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 72 and therefore denies those allegations.

**73.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 73 and therefore denies those allegations.

**74.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 74 and therefore denies those allegations.

**75.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 75 and therefore denies those allegations.

**76.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 76 and therefore denies those allegations.

**77.**

Paragraph 77 contains allegations regarding other defendants. As such, Defendant is not required to answer these allegations. To the extent an answer is required, Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 77 and therefore denies these allegations.

**78.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 78 and therefore denies those allegations.

**79.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 79 and therefore denies those allegations.

**80.**

Paragraph 80 contains conclusions of law, and thus Defendant is not required to answer these allegations. To the extent an answer is required, Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 80 and therefore denies those allegations.

**81.**

Defendant admits that the private placement memoranda speak for themselves, and denies any allegations regarding the content of the private placement memoranda that are inconsistent with them. Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 81 and therefore denies those allegations.

**82.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 82 and therefore denies those allegations.

**83.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 83 and therefore denies those allegations.

/ / /

**84.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 84 and therefore denies those allegations.

**85.**

Defendant admits that GAAP, and specifically ASC 310, speak for themselves, and denies any allegations regarding the content of GAAP and ASC 310 that are inconsistent with them. Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 85 and therefore denies those allegations.

**86.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 86 and therefore denies those allegations.

**87.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 87 and therefore denies those allegations.

**88.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 88 and therefore denies those allegations.

**89.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 89 and therefore denies those allegations.

**90.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 90 and therefore denies those allegations.

**91.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 91 and therefore denies those allegations.

**92.**

Paragraph 92 contains conclusions of law, and thus Defendant is not required to answer these allegations. To the extent an answer is required, Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 92 and therefore denies those allegations.

**93.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 93 and therefore denies those allegations.

**94.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 94 and therefore denies those allegations.

**95.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 95 and therefore denies those allegations.

**96.**

Defendant admits that the 2012 financial statements speak for themselves, and denies any allegations regarding the content of the financial statements that are inconsistent with them. Paragraph 96 contains allegations regarding another defendant. As such, Defendant is not required to answer these allegations. To the extent an answer is required, Defendant lacks

/ / /

sufficient information to form a belief as to the truth of the allegations in Paragraph 96 and therefore denies these allegations.

**97.**

Defendant admits that the audited 2012 financial statements speak for themselves, and denies any allegations regarding the content of the financial statements that are inconsistent with them. Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 97 and therefore denies those allegations.

**98.**

Paragraph 98 contains conclusions of law, and thus Defendant is not required to answer these allegations. To the extent an answer is required, Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 98 and therefore denies those allegations.

**99.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 99 and therefore denies those allegations.

**100.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 100 and therefore denies those allegations.

**101.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 101 and therefore denies those allegations.

/ / /

/ / /

**102.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 102 and therefore denies those allegations.

**103.**

Defendant admits that the July 1, 2014 letter speaks for itself and denies any allegations regarding the content of the letter that are inconsistent with it. Defendant lacks sufficient information to form a belief as to the truth of the remaining allegations in Paragraph 103 and therefore denies those allegations.

**104.**

Defendant admits that the July 1, 2014 letter speaks for itself and denies any allegations regarding the content of the letter that are inconsistent with it. Defendant lacks sufficient information to form a belief as to the truth of the remaining allegations in Paragraph 104 and therefore denies those allegations.

**105.**

Defendant admits that the July 1, 2014 letter speaks for itself and denies any allegations regarding the content of the letter that are inconsistent with it. Defendant lacks sufficient information to form a belief as to the truth of the remaining allegations in Paragraph 105 and therefore denies those allegations.

**106.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 106 and therefore denies those allegations.

/ / /

/ / /

**107.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 107 and therefore denies those allegations.

**108.**

Defendant admits that 2014 audited financial statements speak for themselves, and denies any allegations regarding the content of the audited financial statements that are inconsistent with them. Defendant admits that GAAP, and specifically ASC 450, speak for themselves, and denies any allegations regarding the content of GAAP or ASC 450 that are inconsistent with them. Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 108 and therefore denies those allegations.

**109.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 109 and therefore denies those allegations.

**110.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 110 and therefore denies those allegations.

**111.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 111 and therefore denies those allegations.

**112.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 112 and therefore denies those allegations.

/ / /

**113.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 113 and therefore denies those allegations.

**114.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 114 and therefore denies those allegations.

**115.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 115 and therefore denies those allegations.

**116.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 116 and therefore denies those allegations.

**117.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 117 and therefore denies those allegations.

**118.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 118 and therefore denies those allegations.

**119.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 119 and therefore denies those allegations.

/ / /

/ / /

**120.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 120 and therefore denies those allegations.

**121.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 121 and therefore denies those allegations.

**122.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 122 and therefore denies those allegations.

**123.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 123 and therefore denies those allegations.

**124.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 124 and therefore denies those allegations.

**125.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 125 and therefore denies those allegations.

**126.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 126 and therefore denies those allegations.

/ / /

/ / /

**127.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 127 and therefore denies those allegations.

**128.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 128 and therefore denies those allegations.

**129.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 129 and therefore denies those allegations.

**130.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 130 and therefore denies those allegations.

**131.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 131 and therefore denies those allegations.

**132.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 132 and therefore denies those allegations.

**133.**

Paragraph 133 and its sub-paragraphs contain conclusions of law, and thus Defendant is not required to answer these allegations. To the extent an answer is required, Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 133 and its sub-paragraphs and therefore denies these allegations.

**134.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 134 and therefore denies those allegations.

**135.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 135 and therefore denies those allegations.

**136.**

Paragraph 136 and its sub-paragraphs contain conclusions of law, and thus Defendant is not required to answer these allegations. Paragraph 136 and its sub-paragraphs also contain allegations regarding another defendant. As such, Defendant is not required to answer these allegations. To the extent an answer is required, Defendant admits that the June 9, 2010 ACF PPM speaks for itself and denies any allegations regarding the content of the PPM that are inconsistent with it. Defendant lacks sufficient information to form a belief as to the truth of the remaining allegations in Paragraph 136 and its sub-paragraphs and therefore denies these allegations.

**137.**

Paragraph 137 and its sub-paragraphs contain conclusions of law, and thus Defendant is not required to answer these allegations. Paragraph 137 and its sub-paragraphs also contain allegations regarding other defendants. As such, Defendant is not required to answer these allegations. To the extent an answer is required, Defendant admits that the December 1, 2011 ACF PPM speaks for itself and denies any allegations regarding the content of the PPM that are inconsistent with it. Defendant lacks sufficient information to form a belief as to the truth of the

/ / /

remaining allegations in Paragraph 137 and its sub-paragraphs and therefore denies these allegations.

**138.**

Paragraph 138 and its sub-paragraphs contain conclusions of law, and thus Defendant is not required to answer these allegations. Paragraph 138 and its sub-paragraphs also contain allegations regarding other defendants. As such, Defendant is not required to answer these allegations. To the extent an answer is required, Defendant admits that the November 30, 2012 ACF PPM speaks for itself and denies any allegations regarding the content of the PPM that are inconsistent with it. Defendant lacks sufficient information to form a belief as to the truth of the remaining allegations in Paragraph 138 and its sub-paragraphs and therefore denies these allegations.

**139.**

Defendant admits that the March 1, 2013 Supplement No. 1 to the November 30, 2012 ACF PPM speaks for itself and denies any allegations regarding the content of the Supplement that are inconsistent with it. Defendant lacks sufficient information to form a belief as to the truth of the allegations referenced in Paragraph 139.

**140.**

Paragraph 140 and its sub-paragraphs contain conclusions of law, and thus Defendant is not required to answer these allegations. Paragraph 140 and its sub-paragraphs also contain allegations regarding other defendants. As such, Defendant is not required to answer these allegations. To the extent an answer is required, Defendant admits that the November 30, 2013 ACF PPM speaks for itself and denies any allegations regarding the content of the PPM that are inconsistent with it. Defendant lacks sufficient information to form a belief as to the truth of the

remaining allegations in Paragraph 140 and its sub-paragraphs and therefore denies these allegations.

**141.**

Defendant admits that the October 16, 2014 Supplement No. 1 to the November 30, 2013 ACF PPM speaks for itself and denies any allegations regarding the content of the Supplement that are inconsistent with it. Defendant lacks sufficient information to form a belief as to the truth of the allegations referenced in Paragraph 141.

**142.**

Paragraph 142 contains conclusions of law, and thus Defendant is not required to answer these allegations. Paragraph 142 also contains allegations regarding another defendant. As such, Defendant is not required to answer these allegations. To the extent an answer is required, Defendant admits that the May 9, 2015 ACF Consolidated Financial Statements for the years 2014 and 2013 speak for themselves and denies any allegations regarding the content of the Consolidated Financial Statements that are inconsistent with them. Defendant lacks sufficient information to form a belief as to the truth of the remaining allegations in Paragraph 142 and therefore denies these allegations.

**143.**

Defendant admits that the May 11, 2015 "Aequitas Capital's Investor Update" speaks for itself and denies any allegations regarding the content of the document that are inconsistent with it. Defendant lacks sufficient information to form a belief as to the truth of the allegations referenced in Paragraph 143.

/ / /

/ / /

**144.**

Paragraph 144 and its sub-paragraphs contain conclusions of law, and thus Defendant is not required to answer these allegations. Paragraph 144 and its sub-paragraphs also contain allegations regarding other defendants. As such, Defendant is not required to answer these allegations. To the extent an answer is required, Defendant admits that the September 9, 2015 ACF PPM speaks for itself and denies any allegations regarding the content of the PPM that are inconsistent with it. Defendant lacks sufficient information to form a belief as to the truth of the remaining allegations in Paragraph 144 and its sub-paragraphs and therefore denies these allegations.

**145.**

Defendant admits that the "Performance Summary" speaks for itself and denies any allegations regarding the content of the document that are inconsistent with it. Defendant lacks sufficient information to form a belief as to the truth of the allegations referenced in Paragraph 145.

**146.**

Paragraph 146 and its sub-paragraphs contain conclusions of law, and thus Defendant is not required to answer these allegations. Paragraph 146 and its sub-paragraphs also contain allegations regarding other defendants. As such, Defendant is not required to answer these allegations. To the extent an answer is required, Defendant admits that the October 27, 2015 ACF PPM speaks for itself and denies any allegations regarding the content of the PPM that are inconsistent with it. Defendant lacks sufficient information to form a belief as to the truth of the remaining allegations in Paragraph 146 and its sub-paragraphs and therefore denies these allegations.

**147.**

Paragraph 147 and its sub-paragraphs contain conclusions of law, and thus Defendant is not required to answer these allegations. Paragraph 147 and its sub-paragraphs also contain allegations regarding another defendant. As such, Defendant is not required to answer these allegations. To the extent an answer is required, Defendant admits that the July 1, 2011 AIOF PPM speaks for itself and denies any allegations regarding the content of the PPM that are inconsistent with it. Defendant lacks sufficient information to form a belief as to the truth of the remaining allegations in Paragraph 147 and its sub-paragraphs and therefore denies these allegations.

**148.**

Paragraph 148 and its sub-paragraphs contain conclusions of law, and thus Defendant is not required to answer these allegations. Paragraph 148 and its sub-paragraphs also contain allegations regarding other defendants. As such, Defendant is not required to answer these allegations. To the extent an answer is required, Defendant admits that the March 1, 2012 AIOF PPM speaks for itself and denies any allegations regarding the content of the PPM that are inconsistent with it. Defendant lacks sufficient information to form a belief as to the truth of the remaining allegations in Paragraph 148 and its sub-paragraphs and therefore denies these allegations.

**149.**

Paragraph 149 and its sub-paragraphs contain conclusions of law, and thus Defendant is not required to answer these allegations. Paragraph 149 and its sub-paragraphs also contain allegations regarding other defendants. As such, Defendant is not required to answer these allegations. To the extent an answer is required, Defendant admits that the December 31, 2012

AIOF PPM speaks for itself and denies any allegations regarding the content of the PPM that are inconsistent with it. Defendant lacks sufficient information to form a belief as to the truth of the remaining allegations in Paragraph 149 and its sub-paragraphs and therefore denies these allegations.

**150.**

Paragraph 150 and its sub-paragraphs contain conclusions of law, and thus Defendant is not required to answer these allegations. Paragraph 150 and its sub-paragraphs also contain allegations regarding other defendants. As such, Defendant is not required to answer these allegations. To the extent an answer is required, Defendant admits that the February 12, 2012 AIOF II PPM speaks for itself and denies any allegations regarding the content of the PPM that are inconsistent with it. Defendant lacks sufficient information to form a belief as to the truth of the remaining allegations in Paragraph 150 and its sub-paragraphs and therefore denies these allegations.

**151.**

Paragraph 151 and its sub-paragraphs contain conclusions of law, and thus Defendant is not required to answer these allegations. Paragraph 151 and its sub-paragraphs also contain allegations regarding other defendants. As such, Defendant is not required to answer these allegations. To the extent an answer is required, Defendant admits that the October 31, 2014 AIOF II PPM speaks for itself and denies any allegations regarding the content of the PPM that are inconsistent with it. Defendant lacks sufficient information to form a belief as to the truth of the remaining allegations in Paragraph 151 and its sub-paragraphs and therefore denies these allegations.

/ / /

**152.**

Paragraph 152 and its sub-paragraphs contain conclusions of law, and thus Defendant is not required to answer these allegations. Paragraph 152 and its sub-paragraphs also contain allegations regarding other defendants. As such, Defendant is not required to answer these allegations. To the extent an answer is required, Defendant admits that the October 31, 2014 AIOF II PPM speaks for itself and denies any allegations regarding the content of the PPM that are inconsistent with it. Defendant lacks sufficient information to form a belief as to the truth of the remaining allegations in Paragraph 152 and its sub-paragraphs and therefore denies these allegations.

**153.**

Paragraph 153 and its sub-paragraphs contain conclusions of law, and thus Defendant is not required to answer these allegations. Paragraph 153 and its sub-paragraphs also contain allegations regarding other defendants. As such, Defendant is not required to answer these allegations. To the extent an answer is required, Defendant admits that the February 2014 ACOF PPM speaks for itself and denies any allegations regarding the content of the PPM that are inconsistent with it. Defendant lacks sufficient information to form a belief as to the truth of the remaining allegations in Paragraph 153 and its sub-paragraphs and therefore denies these allegations.

**154.**

Defendant admits that the August 2014 First Supplement to the February 2014 ACOF PPM speaks for itself and denies any allegations regarding the content of the First Supplement that are inconsistent with it. Defendant lacks sufficient information to form a belief as to the truth of the allegations referenced in Paragraph 154 and therefore denies these allegations.

**155.**

Defendant admits that the November 2014 Second Supplement to the February 2014 ACOF PPM speaks for itself and denies any allegations regarding the content of the Second Supplement that are inconsistent with it. Defendant lacks sufficient information to form a belief as to the truth of the allegations referenced in Paragraph 155 and therefore denies these allegations.

**156.**

Defendant admits that the February 2015 Third Supplement to the February 2014 ACOF PPM speaks for itself and denies any allegations regarding the content of the Third Supplement that are inconsistent with it. Defendant lacks sufficient information to form a belief as to the truth of the allegations referenced in Paragraph 156 and therefore denies these allegations.

**157.**

Paragraph 157 and its sub-paragraphs contain conclusions of law, and thus Defendant is not required to answer these allegations. Paragraph 157 and its sub-paragraphs also contain allegations regarding other defendants. As such, Defendant is not required to answer these allegations. To the extent an answer is required, Defendant admits that the March 9, 2014 ACOF Fund Summary speaks for itself and denies any allegations regarding the content of the Fund Summary that are inconsistent with it. Defendant lacks sufficient information to form a belief as to the truth of the remaining allegations in Paragraph 157 and its sub-paragraphs and therefore denies these allegations.

**158.**

Paragraph 158 and its sub-paragraphs contain conclusions of law, and thus Defendant is not required to answer these allegations. Paragraph 158 and its sub-paragraphs also contain

allegations regarding other defendants. As such, Defendant is not required to answer these allegations. To the extent an answer is required, Defendant admits that the September 30, 2011 AIPF PPM speaks for itself and denies any allegations regarding the content of the PPM that are inconsistent with it. Defendant lacks sufficient information to form a belief as to the truth of the remaining allegations in Paragraph 158 and its sub-paragraphs and therefore denies these allegations.

**159.**

Paragraph 159 and its sub-paragraphs contain conclusions of law, and thus Defendant is not required to answer these allegations. Paragraph 159 and its sub-paragraphs also contain allegations regarding other defendants. As such, Defendant is not required to answer these allegations. To the extent an answer is required, Defendant admits that the December 14, 2011 AIPF PPM speaks for itself and denies any allegations regarding the content of the PPM that are inconsistent with it. Defendant lacks sufficient information to form a belief as to the truth of the remaining allegations in Paragraph 159 and its sub-paragraphs and therefore denies these allegations.

**160.**

Paragraph 160 and its sub-paragraphs contain conclusions of law, and thus Defendant is not required to answer these allegations. Paragraph 160 and its sub-paragraphs also contain allegations regarding other defendants. As such, Defendant is not required to answer these allegations. To the extent an answer is required, Defendant admits that the February 15, 2012 AIPF PPM speaks for itself and denies any allegations regarding the content of the PPM that are inconsistent with it. Defendant lacks sufficient information to form a belief as to the truth of the

/ / /

remaining allegations in Paragraph 160 and its sub-paragraphs and therefore denies these allegations.

**161.**

Paragraph 161 and its sub-paragraphs contain conclusions of law, and thus Defendant is not required to answer these allegations. Paragraph 161 and its sub-paragraphs also contain allegations regarding other defendants. As such, Defendant is not required to answer these allegations. To the extent an answer is required, Defendant admits that the June 1, 2012 AIPF PPM speaks for itself and denies any allegations regarding the content of the PPM that are inconsistent with it. Defendant lacks sufficient information to form a belief as to the truth of the remaining allegations in Paragraph 161 and its sub-paragraphs and therefore denies these allegations.

**162.**

Paragraph 162 and its sub-paragraphs contain conclusions of law, and thus Defendant is not required to answer these allegations. Paragraph 162 and its sub-paragraphs also contain allegations regarding other defendants. As such, Defendant is not required to answer these allegations. To the extent an answer is required, Defendant admits that the December 31, 2012 AIPF PPM speaks for itself and denies any allegations regarding the content of the PPM that are inconsistent with it. Defendant lacks sufficient information to form a belief as to the truth of the remaining allegations in Paragraph 162 and its sub-paragraphs and therefore denies these allegations.

**163.**

Paragraph 163 and its sub-paragraphs contain conclusions of law, and thus Defendant is not required to answer these allegations. Paragraph 163 and its sub-paragraphs also contain

allegations regarding other defendants. As such, Defendant is not required to answer these allegations. To the extent an answer is required, Defendant admits that the October 1, 2014 AEIF PPM speaks for itself and denies any allegations regarding the content of the PPM that are inconsistent with it. Defendant lacks sufficient information to form a belief as to the truth of the remaining allegations in Paragraph 163 and its sub-paragraphs and therefore denies these allegations.

**164.**

Paragraph 164 and its sub-paragraphs contain conclusions of law, and thus Defendant is not required to answer these allegations. Paragraph 164 and its sub-paragraphs also contain allegations regarding other defendants. As such, Defendant is not required to answer these allegations. To the extent an answer is required, Defendant admits that the January 1, 2015 AEIF PPM speaks for itself and denies any allegations regarding the content of the PPM that are inconsistent with it. Defendant lacks sufficient information to form a belief as to the truth of the remaining allegations in Paragraph 164 and its sub-paragraphs and therefore denies these allegations.

**165.**

Paragraph 165 and its sub-paragraphs contain conclusions of law, and thus Defendant is not required to answer these allegations. Paragraph 165 and its sub-paragraphs also contain allegations regarding other defendants. As such, Defendant is not required to answer these allegations. To the extent an answer is required, Defendant admits that the December 14, 2015 AEIF PPM speaks for itself and denies any allegations regarding the content of the PPM that are inconsistent with it. Defendant lacks sufficient information to form a belief as to the truth of the

/ / /

remaining allegations in Paragraph 165 and its sub-paragraphs and therefore denies these allegations.

**166.**

Paragraph 166 and its sub-paragraphs contain conclusions of law, and thus Defendant is not required to answer these allegations. Paragraph 166 and its sub-paragraphs also contain allegations regarding other defendants. As such, Defendant is not required to answer these allegations. To the extent an answer is required, Defendant admits that the July 31, 2015 APCF PPM speaks for itself and denies any allegations regarding the content of the PPM that are inconsistent with it. Defendant lacks sufficient information to form a belief as to the truth of the remaining allegations in Paragraph 166 and its sub-paragraphs and therefore denies these allegations.

**167.**

Paragraph 167 and its sub-paragraphs contain conclusions of law, and thus Defendant is not required to answer these allegations. To the extent an answer is required, Defendant admits that the Q4 2011 Performance Summary speaks for itself and denies any allegations regarding the content of the Performance Summary that are inconsistent with it. Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 167 and its sub-paragraphs and therefore denies these allegations.

**168.**

Paragraph 168 and its sub-paragraphs contain conclusions of law, and thus Defendant is not required to answer these allegations. To the extent an answer is required, Defendant admits that the Q2 2012 Performance Summary speaks for itself and denies any allegations regarding the content of the Performance Summary that are inconsistent with it. Defendant lacks sufficient

information to form a belief as to the truth of the allegations in Paragraph 168 and its sub-paragraphs and therefore denies these allegations.

**169.**

Paragraph 169 and its sub-paragraphs contain conclusions of law, and thus Defendant is not required to answer these allegations. To the extent an answer is required, Defendant admits that the Q3 2012 Performance Summary speaks for itself and denies any allegations regarding the content of the Performance Summary that are inconsistent with it. Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 169 and its sub-paragraphs and therefore denies these allegations.

**170.**

Paragraph 170 and its sub-paragraphs contain conclusions of law, and thus Defendant is not required to answer these allegations. To the extent an answer is required, Defendant admits that the Q4 2012 Performance Summary speaks for itself and denies any allegations regarding the content of the Performance Summary that are inconsistent with it. Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 170 and its sub-paragraphs and therefore denies these allegations.

**171.**

Paragraph 171 and its sub-paragraphs contain conclusions of law, and thus Defendant is not required to answer these allegations. To the extent an answer is required, Defendant admits that the Q1 2013 Performance Summary speaks for itself and denies any allegations regarding the content of the Performance Summary that are inconsistent with it. Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 171 and its sub-paragraphs and therefore denies these allegations.

**172.**

Paragraph 172 and its sub-paragraphs contain conclusions of law, and thus Defendant is not required to answer these allegations. To the extent an answer is required, Defendant admits that the Q2 2013 Performance Summary speaks for itself and denies any allegations regarding the content of the Performance Summary that are inconsistent with it. Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 172 and its sub-paragraphs and therefore denies these allegations.

**173.**

Paragraph 173 and its sub-paragraphs contain conclusions of law, and thus Defendant is not required to answer these allegations. To the extent an answer is required, Defendant admits that the Q3 2013 Performance Summary speaks for itself and denies any allegations regarding the content of the Performance Summary that are inconsistent with it. Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 173 and its sub-paragraphs and therefore denies these allegations.

**174.**

Paragraph 174 and its sub-paragraphs contain conclusions of law, and thus Defendant is not required to answer these allegations. To the extent an answer is required, Defendant admits that the Q4 2013 Performance Summary speaks for itself and denies any allegations regarding the content of the Performance Summary that are inconsistent with it. Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 174 and its sub-paragraphs and therefore denies these allegations.

/ / /

/ / /

**175.**

Paragraph 175 and its sub-paragraphs contain conclusions of law, and thus Defendant is not required to answer these allegations. To the extent an answer is required, Defendant admits that the Q1 2014 Performance Summary speaks for itself and denies any allegations regarding the content of the Performance Summary that are inconsistent with it. Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 175 and its sub-paragraphs and therefore denies these allegations.

**176.**

Paragraph 176 and its sub-paragraphs contain conclusions of law, and thus Defendant is not required to answer these allegations. To the extent an answer is required, Defendant admits that the Q2 2014 Performance Summary speaks for itself and denies any allegations regarding the content of the Performance Summary that are inconsistent with it. Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 176 and its sub-paragraphs and therefore denies these allegations.

**177.**

Paragraph 177 and its sub-paragraphs contain conclusions of law, and thus Defendant is not required to answer these allegations. To the extent an answer is required, Defendant admits that the Q3 2014 Performance Summary speaks for itself and denies any allegations regarding the content of the Performance Summary that are inconsistent with it. Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 177 and its sub-paragraphs and therefore denies these allegations.

/ / /

/ / /

**178.**

Paragraph 178 and its sub-paragraphs contain conclusions of law, and thus Defendant is not required to answer these allegations. To the extent an answer is required, Defendant admits that the Q4 2014 Performance Summary speaks for itself and denies any allegations regarding the content of the Performance Summary that are inconsistent with it. Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 178 and its sub-paragraphs and therefore denies these allegations.

**179.**

Paragraph 179 and its sub-paragraphs contain conclusions of law, and thus Defendant is not required to answer these allegations. To the extent an answer is required, Defendant admits that the Q2 2015 Performance Summary speaks for itself and denies any allegations regarding the content of the Performance Summary that are inconsistent with it. Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 179 and its sub-paragraphs and therefore denies these allegations.

**180.**

Paragraph 180 and its sub-paragraphs contain conclusions of law, and thus Defendant is not required to answer these allegations. To the extent an answer is required, Defendant admits that the Q3 2015 Performance Summary speaks for itself and denies any allegations regarding the content of the Performance Summary that are inconsistent with it. Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 180 and its sub-paragraphs and therefore denies these allegations.

/ / /

/ / /

**181.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 181 and therefore denies those allegations.

**182.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 182 and therefore denies those allegations.

**183.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 183 and therefore denies those allegations.

**184.**

Paragraph 184 contains conclusions of law, and thus Defendant is not required to answer these allegations. To the extent an answer is required, Defendant admits that the February 2, 2016 letter referenced in Paragraph 184 speaks for itself and denies any allegations regarding the content of the letter that are inconsistent with it. Defendant lacks sufficient information to form a belief as to the truth of the remaining allegations in Paragraph 184 and therefore denies these allegations.

**185.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 185 and therefore denies these allegations.

**186.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 186 and therefore denies these allegations.

/ / /

**187.**

Defendant admits that the SEC filed a lawsuit and that the SEC's complaint speaks for itself. Defendant denies any allegations regarding the content of that complaint that are inconsistent with it.

**188.**

Defendant admits that the court appointed Ronald Greenspan of FTI as receiver in the SEC lawsuit. Defendant lacks sufficient information to form a belief as to the truth of the remaining allegations in Paragraph 188 and therefore denies these allegations.

**189.**

Paragraph 189 and its sub-paragraphs contain conclusions of law, and thus Defendant is not required to answer these allegations. Paragraph 189 and its sub-paragraphs also contain allegations regarding another defendant. As such, Defendant is not required to answer these allegations. To the extent an answer is required, Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 189 and its sub-paragraphs and therefore denies those allegations.

**190.**

Paragraph 190 and its sub-paragraphs contain conclusions of law, and thus Defendant is not required to answer these allegations. Paragraph 190 and its sub-paragraphs also contain allegations regarding another defendant. As such, Defendant is not required to answer these allegations. To the extent an answer is required, Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 190 and its sub-paragraphs and therefore denies those allegations.

/ / /

**191.**

Paragraph 191 and its sub-paragraphs contain conclusions of law, and thus Defendant is not required to answer these allegations. Paragraph 191 and its sub-paragraphs also contain allegations regarding another defendant. As such, Defendant is not required to answer these allegations. To the extent an answer is required, Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 191 and its sub-paragraphs and therefore denies those allegations.

**192.**

Paragraph 192 and its sub-paragraphs contain conclusions of law, and thus Defendant is not required to answer these allegations. Paragraph 192 and its sub-paragraphs also contain allegations regarding another defendant. As such, Defendant is not required to answer these allegations. To the extent an answer is required, Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 192 and its sub-paragraphs and therefore denies those allegations.

**193.**

Paragraph 193 and its sub-paragraphs contain conclusions of law, and thus Defendant is not required to answer these allegations. To the extent an answer is required, Defendant admits the existence of its AdvisorDirect program through which it referred certain customers to various independent registered investment advisers. Defendant admits TD Ameritrade acted as a custodian for certain Aequitas securities at certain times not specified in these allegations. Defendant denies all remaining allegations against TD Ameritrade in Paragraph 193.

a. Defendant admits that it had an AdvisorDirect program through which it referred certain customers to various independent registered investment advisers. Defendant

admits that it has a process to onboard investment advisers to AdvisorDirect. Defendant admits that it receives a fee from the independent registered investment adviser if the customer chooses to retain that adviser. That fee is calculated based on a certain percentage of advisory fees that the independent registered investment adviser receives from a referred customer. Defendant admits that it may receive a fee if there is a transfer of assets from TD Ameritrade's custody to the custody of another financial institution at the suggestion of the investment adviser. Defendant admits that advisors participating in AdvisorDirect agree to pay TD Ameritrade a minimum of $10,000 in fees each year. Defendant admits that for a certain period of time Strategic Capital Group participated in its AdvisorDirect program. Defendant denies the remaining allegations contained in Paragraph 193(a).

b. Defendant denies all allegations against TD Ameritrade in Paragraph 193(b).

c. Defendant admits TD Ameritrade acted as a custodian for certain Aequitas securities at certain times not specified in these allegations. Defendant denies all remaining allegations against TD Ameritrade in Paragraph 193(c).

d. Defendant admits TD Ameritrade acted as a custodian for certain Aequitas securities at certain times not specified in these allegations. Defendant denies all remaining allegations in Paragraph 193(d).

e. Defendant admits TD Ameritrade ceased to permit additional investments in Aequitas securities to be held in its customer accounts in or around January 2015 and ceased to provide custodial services for Aequitas securities in or around October 2015. Defendant denies all remaining allegations in Paragraph 193(e).

/ / /

**194.**

Paragraph 194 and its sub-paragraphs contain conclusions of law, and thus Defendant is not required to answer these allegations. Paragraph 194 and its sub-paragraphs also contain allegations regarding another defendant. As such, Defendant is not required to answer these allegations. To the extent an answer is required, Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 194 and its sub-paragraphs and therefore denies those allegations.

**195.**

Paragraph 195 and its sub-paragraphs contain conclusions of law, and thus Defendant is not required to answer these allegations. Paragraph 195 and its sub-paragraphs also contain allegations regarding another defendant. As such, Defendant is not required to answer these allegations. To the extent an answer is required, Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 195 and its sub-paragraphs and therefore denies those allegations.

**196.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 196 and its sub-paragraphs and therefore denies those allegations.

**197.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 197 and therefore denies those allegations.

**198.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 198 and its sub-paragraphs and therefore denies those allegations.

**199.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 199 and its sub-paragraphs and therefore denies those allegations.

**200.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 200 and its sub-paragraphs and therefore denies those allegations.

**201.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 201 and its sub-paragraphs and therefore denies those allegations.

**202.**

Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 202 and its sub-paragraphs and therefore denies those allegations.

**203.**

Paragraph 203 contains Plaintiffs' contentions and conclusions of law, and thus Defendant is not required to answer these allegations. To the extent an answer is required, Defendant denies the allegations in Paragraph 203 except that Defendant admits that Plaintiffs seek to certify the class action described in Paragraph 203.

**204.**

Paragraph 204 contains conclusions of law, and thus Defendant is not required to answer these allegations. To the extent an answer is required, Defendant denies all allegations in Paragraph 204 and specifically denies that class treatment is appropriate.

/ / /

/ / /

**205.**

Paragraph 205 contains conclusions of law, and thus Defendant is not required to answer these allegations. To the extent an answer is required, Defendant denies all allegations in Paragraph 205 and specifically denies that class treatment is appropriate.

**206.**

Paragraph 206 and its sub-paragraphs contain conclusions of law, and thus Defendant is not required to answer these allegations. To the extent an answer is required, Defendant denies all allegations in Paragraph 206 and its sub-paragraphs and specifically denies that class treatment is appropriate.

**207.**

Paragraph 207 contains conclusions of law, and thus Defendant is not required to answer these allegations. To the extent an answer is required, Defendant denies all allegations in Paragraph 207 and specifically denies that class treatment is appropriate.

**208.**

Paragraph 208 contains conclusions of law, and thus Defendant is not required to answer these allegations. To the extent an answer is required, Defendant denies all allegations in Paragraph 208 and specifically denies that class treatment is appropriate.

**209.**

Paragraph 209 contains conclusions of law, and thus Defendant is not required to answer these allegations. To the extent an answer is required, Defendant denies all allegations in Paragraph 209 and specifically denies that class treatment is appropriate.

/ / /

/ / /

**210.**

Defendant denies all allegations in Paragraph 210 and specifically denies that class treatment is appropriate.

**211.**

Defendant incorporates its answers to Paragraphs 1-210 into its answer to Paragraph 211.

**212.**

Paragraph 212 contains conclusions of law, and thus Defendant is not required to answer these allegations. To the extent an answer is required, Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 212 and therefore denies those allegations.

**213.**

Paragraph 213 contains conclusions of law, and thus Defendant is not required to answer these allegations. To the extent an answer is required, Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 213 and therefore denies those allegations.

**214.**

Paragraph 214 contains conclusions of law, and thus Defendant is not required to answer these allegations. To the extent an answer is required, Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 214 and therefore denies those allegations.

**215.**

Paragraph 215 contains conclusions of law, and thus Defendant is not required to answer these allegations. To the extent an answer is required, Defendant lacks sufficient information to

form a belief as to the truth of the allegations in Paragraph 215 and therefore denies those allegations.

**216.**

Paragraph 216 contains conclusions of law, and thus Defendant is not required to answer these allegations. Paragraph 216 also contains allegations regarding other defendants. As such, Defendant is not required to answer these allegations. To the extent an answer is required, Defendant denies the allegations regarding TD Ameritrade in Paragraph 216, and specifically denies that TD Ameritrade participated in or materially aided unlawful sales of securities. Defendant lacks sufficient information to form a belief as to the truth of the remaining allegations in Paragraph 216 and therefore denies those allegations.

**217.**

Paragraph 217 contains conclusions of law, and thus Defendant is not required to answer these allegations. Paragraph 217 also contains allegations regarding other defendants. As such, Defendant is not required to answer these allegations. To the extent an answer is required, Defendant lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 217 and therefore denies those allegations.

**218.**

Paragraph 218 contains conclusions of law, and thus Defendant is not required to answer these allegations. To the extent an answer is required, Defendant denies the allegations regarding TD Ameritrade contained in Paragraph 218, and specifically denies that Defendant is jointly and severally liable. Paragraph 218 also contains allegations regarding other defendants. As such, Defendant is not required to answer these allegations. To the extent an answer is

/ / /

required, Defendant lacks sufficient information to form a belief as to the truth of these allegations and therefore denies these allegations.

**219.**

Paragraph 219 contains conclusions of law, and thus Defendant is not required to answer these allegations. To the extent an answer is required, Defendant denies the allegations regarding TD Ameritrade contained in Paragraph 219, and specifically denies that Plaintiffs are entitled to attorney fees. Paragraph 219 also contains allegations regarding other defendants. As such, Defendant is not required to answer these allegations. To the extent an answer is required, Defendant lacks sufficient information to form a belief as to the truth of these allegations and therefore denies these allegations.

**DEFENDANT'S GENERAL DENIAL**

All allegations of the Second Amended Complaint that have not been expressly admitted, denied, or otherwise responded to are expressly denied, including all headings. Defendant denies that Plaintiffs are entitled to any relief whatsoever, including the relief requested in the Second Amended Complaint.

**FIRST AFFIRMATIVE DEFENSE**

Defendant did not know and in the exercise of reasonable care could not have known that Aequitas sold securities to Plaintiffs by means of untrue statements of material facts or omissions to state material facts, and therefore Defendant is not liable under ORS 59.115.

**SECOND AFFIRMATIVE DEFENSE**

Defendant's sole function in connection with the sale of Aequitas securities was to provide custodial services in accordance with applicable law, and therefore, pursuant to ORS

/ / /

59.115(4), Defendant is not liable because it did not participate or materially aid in the sale and purchase of securities sold by Aequitas.

**THIRD AFFIRMATIVE DEFENSE**

Defendant did not—by its actions or inactions—participate or materially aid in the sale and purchase of securities sold by Aequitas.

**FOURTH AFFIRMATIVE DEFENSE**

Plaintiffs' extraterritorial application of ORS 59.115 to regulate conduct in other states is an unconstitutional violation of the dormant Commerce Clause and the Due Process Clause.

**FIFTH AFFIRMATIVE DEFENSE**

Plaintiffs fail to allege the necessary connection to Oregon required to permit this court to exercise personal jurisdiction over Defendant within the stricture of due process.

**SIXTH AFFIRMATIVE DEFENSE**

Plaintiffs fail to state a cause of action upon which relief may be granted, including, but not limited to, the extent that ORS 59.115 is applicable to the claims of non-Oregon resident Plaintiffs.

**SEVENTH AFFIRMATIVE DEFENSE**

Plaintiffs' claims are barred by the applicable statute of limitations.

**EIGHTH AFFIRMATIVE DEFENSE**

Plaintiffs' claims are barred, in whole or in part, by the equitable doctrines of laches, by estoppel, or by other related equitable doctrines.

**NINTH AFFIRMATIVE DEFENSE**

Plaintiffs authorized, directed, or ratified all of the investments at issue.

/ / /

**TENTH AFFIRMATIVE DEFENSE**

Plaintiffs, by their actions and inactions, waived the right to pursue a claim.

**ELEVENTH AFFIRMATIVE DEFENSE**

At all times mentioned in the Complaint, TD Ameritrade maintained an adequate and reasonable system of supervision and controls over its employees, and Defendant at all times acted in good faith.

**TWELFTH AFFIRMATIVE DEFENSE**

The loss, if any, was sustained by Plaintiffs' own negligence and/or contributory negligence as Plaintiffs failed to use the requisite due care in researching, monitoring, trading, managing, and handling their investments.

**THIRTEENTH AFFIRMATIVE DEFENSE**

Any and all damages claimed by each Plaintiff must be reduced, diminished, and/or barred in proportion to the wrongful or negligent conduct of parties other than TD Ameritrade, under the principles of comparative fault.

**FOURTEENTH AFFIRMATIVE DEFENSE**

Any and all damages claimed by each Plaintiff must be reduced, diminished, and/or barred in proportion to the wrongful or negligent conduct of persons and entities with whom Plaintiffs have settled, including Tonkon Torp LLP, under the principles of comparative fault.

**FIFTEENTH AFFIRMATIVE DEFENSE**

Plaintiffs' claims, if any, are barred, in whole or in part, by the doctrine of set-off.

**SIXTEENTH AFFIRMATIVE DEFENSE**

Plaintiffs' claims are barred, in whole or in part, based upon Plaintiffs' failure to mitigate damages.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

Plaintiffs' claims are barred, in whole or in part, because any alleged statements of material fact, alleged omissions of material fact, or other challenged statements were contained or were made in the context of sufficient cautionary language or risk disclosures, and thus are rendered non-actionable under the "bespeaks-caution" doctrine.

**EIGHTEENTH AFFIRMATIVE DEFENSE**

Defendant owed no fiduciary or other applicable duty to Plaintiffs concerning the alleged claims.

**NINETEENTH AFFIRMATIVE DEFENSE**

Plaintiffs' alleged losses were due to market conditions over which Defendant had no control, not anything Defendant did or was obligated to do and failed to do.

**TWENTIETH AFFIRMATIVE DEFENSE**

Plaintiffs' alleged losses were due to actions by other persons and entities over which Defendant had no control, not anything Defendant did or was obligated to do and failed to do.

**TWENTY-FIRST AFFIRMATIVE DEFENSE**

The claims of Plaintiffs that were not TD Ameritrade's customers are barred with respect to Defendant because Defendant could not have participated or materially aided in the sale of Aequitas securities to non-customers.

**TWENTY-SECOND AFFIRMATIVE DEFENSE**

This suit may not be properly maintained as a class action because: (1) Plaintiffs have failed to plead, and cannot establish, the necessary procedural elements for class treatment; (2) a class action is not an appropriate method for the fair and efficient adjudication of the claims described in the Complaint; (3) common issues of fact or law do not predominate; to the

contrary, individual issues predominate; (4) Plaintiffs' claims are not representative or typical of the claims of the putative class; (5) Plaintiffs are not proper class representatives; (6) counsel for Plaintiffs and the putative class are not adequate representatives; (7) Plaintiffs cannot satisfy any of the requirements for class action treatment, and class action treatment is neither appropriate nor constitutional; (8) there is not a well-defined community of interest in the questions of law or fact affecting Plaintiffs and the members of the putative class; and (9) the putative class is not ascertainable, nor are its members identifiable.

**TWENTY-THIRD AFFIRMATIVE DEFENSE**

Defendant opposes class certification and disputes the propriety of class treatment.

**TWENTY-FOURTH AFFIRMATIVE DEFENSE**

Defendant hereby adopts and incorporates by reference any and all other defenses asserted, or that may hereafter be asserted, by any other defendant to the extent such defense may be applicable to TD Ameritrade.

* * *

Defendant reserves the right to amend this answer to allege additional defenses that may become apparent during the course of discovery.

WHEREFORE, having fully answered Plaintiffs' Second Amended Complaint, Defendant prays for judgment against Plaintiffs as follows:

(a) Dismissing Plaintiffs' claims with prejudice;

/ / /

/ / /

/ / /

/ / /

(b) Awarding Defendant its costs, disbursements and attorney fees, including pursuant to ORS 59.115(10) and the Oregon securities laws;

(c) For such other and further relief as the Court deems just, equitable, and proper.

Dated this 19th day of November, 2018.

Respectfully submitted,

*/s/ Matthew J. Kalmanson*

Matthew J. Kalmanson, OSB No. 041280
Lindsay Howk Duncan, OSB No. 120974
HART WAGNER LLP
1000 SW Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Facsimile: (503) 222-2301
mjk@hartwagner.com
lhd@hartwagner.com

-And-

Bruce M. Bettigole (admitted *pro hac vice*)
Nicholas T. Christakos (admitted *pro hac vice*)
Gail L. Westover (admitted *pro hac vice*)
Adam C. Pollet (admitted *pro hac vice*)
EVERSHEDS SUTHERLAND (US) LLP
700 Sixth Street NW, Suite 700
Washington, DC 20001
Telephone: (202) 383-0100
Facsimile: (202) 637-3593
brucebettigole@eversheds-sutherland.com
nicholaschristakos@eversheds-sutherland.com
gailwestover@eversheds-sutherland.com
adampollet@eversheds-sutherland.com

Attorneys for Defendant TD Ameritrade, Inc.