**Robert C. Weaver, Jr.**, OSB #801350
E-Mail: rweaver@gsblaw.com
**Gary I. Grenley**, OSB #751380
E-Mail: ggrenley@gsblaw.com
Garvey Schubert Barer, P.C.
121 SW Morrison Street, Eleventh Floor
Portland, Oregon 97204-3141
Telephone: (503) 228-3939
Facsimile: (503) 226-0259

**Peter A. Wald (admitted *pro hac vice*)**
E-Mail: peter.wald@lw.com
**Gavin M. Masuda (admitted *pro hac vice*)**
E-Mail: gavin.masuda@lw.com
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 391-0600

Attorneys for Defendant Deloitte & Touche LLP
(*Additional Counsel Listed on Signature Page*)

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| LAWRENCE P. CIUFFITELLI, for himself and as Trustee of CUFFITELLI REVOCABLE TRUST, *et al.*,<br><br>        Plaintiffs,<br>   v.<br><br>DELOITTE & TOUCHE LLP; EISNERAMPER LLP; SIDLEY AUSTIN LLP, and TONKON TORP LLP, TD AMERITRADE, INC.; INTEGRITY BANK & TRUST; and DUFF & PHELPS, LLC.<br><br>        Defendants. | Case No. 3:16-cv-00580-AC<br><br>**DEFENDANT DELOITTE & TOUCHE LLP'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO OBJECT TO THE ORDER ON DEFENDANT'S MOTIONS TO COMPEL (ECF NO. 421)** |

**<u>LR 7-1 CERTIFICATION</u>**

       Pursuant to LR 7-1, counsel for Defendant Deloitte & Touche LLP ("Deloitte") certifies

that the parties have conferred and Plaintiffs do not oppose this request for an extension of time.

///

DEFENDANT DELOITTE & TOUCHE LLP'S UNOPPOSED MOTION FOR
EXTENSION OF TIME

-1-

## **MOTION**

Deloitte respectfully moves the Court for an order enlarging the time within which to file an objection to the Order on Defendant's Motions to Compel (ECF No. 421), until January 3, 2019.  Fed. R. Civ. P. 6(b)(1)(A).

The Court's Order on Defendant's Motions to Compel was filed on December 10, 2018. A party's objections to pretrial orders by a magistrate judge are to be filed within 14 days after being served with a copy of the order.  Fed. R. Civ. P. 72(a).  Deloitte's objections, if any, are therefore due on December 24, 2018.  Deloitte requests additional time to file its objections, if any, because of the Christmas holidays and related attorney and staff absences which were planned prior to the Court's December 10 ruling.  Additionally, Deloitte's offices are closed during the week between December 25, 2018 and January 1, 2019, necessitating an extension until after the New Year.  Plaintiffs do not oppose this extension of time.

This Motion is made in good faith and not for any improper purpose or delay.  No prejudice will result to any party of the Court grants this Motion.

///

///

///

///

///

///

///

///

///

///

DEFENDANT DELOITTE & TOUCHE LLP'S UNOPPOSED MOTION FOR
EXTENSION OF TIME

DATED this 18th day of December, 2018.

Respectfully submitted,

GARVEY SCHUBERT BARER, P.C.

By  *s/ Robert C. Weaver, Jr.*

**Robert C. Weaver, Jr.,** OSB No. 801350
**Gary I. Grenley**, OSB No. 751380
**Paul H. Trinchero**, OSB No. 014397
**Eryn Karpinski Hoerster**, OSB No. 106126
**Daniel L. Keppler**, OSB No. 923537
121 SW Morrison Street, 11th Floor
Portland, OR 97204
Telephone: (503) 228-3939
Facsimile: (503) 226-0259
E-Mail:  rweaver@gsblaw.com
         ggrenley@gsblaw.com
         ptrinchero@gsblaw.com
         ehoerster@gsblaw.com
         dkeppler@gsblaw.com

- And-

LATHAM & WATKINS LLP

By  *s/  Peter A. Wald*

**Peter A. Wald (admitted *pro hac vice*)**
**Gavin M. Masuda (admitted *pro hac vice*)**
**Nicole C. Valco (admitted *pro hac vice*)**
**Marcy C. Priedeman (admitted *pro hac vice*)**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone:  (415) 391-0600
E-Mail:  peter.wald@lw.com
         gavin.masuda@law.com
         nicole.valco@lw.com
         marcy.priedeman@lw.com

- And-

DEFENDANT DELOITTE & TOUCHE LLP'S UNOPPOSED MOTION FOR
EXTENSION OF TIME

**Nicholas J. Siciliano (admitted *pro hac vice*)**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email:  nicholas.siciliano@lw.com

**Attorneys for Defendant Deloitte & Touche LLP**

GSB:9862206.1

DEFENDANT DELOITTE & TOUCHE LLP'S UNOPPOSED MOTION FOR
EXTENSION OF TIME