**Robert C. Weaver, Jr.**, OSB #801350
E-Mail: rweaver@gsblaw.com
**Gary I. Grenley**, OSB #751380
E-Mail: ggrenley@gsblaw.com
**Paul H. Trinchero**, OSB #014397
E-Mail: ptrinchero@gsblaw.com
**Eryn Karpinski Hoerster**, OSB #106126
E-Mail: ehoerster@gsblaw.com
**Daniel L. Keppler**, OSB #923537
E-Mail: dkeppler@gsblaw.com
Garvey Schubert Barer
121 SW Morrison Street, Eleventh Floor
Portland, Oregon 97204-3141
Telephone: (503) 228-3939

**Peter A. Wald (admitted *pro hac vice*)**
E-Mail: peter.wald@lw.com
**Gavin M. Masuda (admitted *pro hac vice*)**
E-Mail: gavin.masuda@lw.com
**Nicole C. Valco (admitted *pro hac vice*)**
E-Mail: nicole.valco@lw.com
**Marcy C. Priedeman (admitted *pro hac vice*)**
E-Mail: marcy.priedeman@lw.com
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 391-0600

**Attorneys for Defendant Deloitte & Touche LLP**
*(Additional Counsel Listed on Signature Page)*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| LAWRENCE P. CIUFFITELLI, for himself and as Trustee of CIUFFITELLI REVOCABLE TRUST, *et al.*,<br><br>                    Plaintiffs,<br>          v.<br><br>DELOITTE & TOUCHE LLP; EISNERAMPER LLP; SIDLEY AUSTIN LLP; TONKON TORP LLP; TD AMERITRADE, INC.; INTEGRITY BANK & TRUST; and DUFF & PHELPS, LLC<br><br>                    Defendants. | Case No. 3:16-cv-00580-AC<br><br>**MOTION FOR LEAVE TO SUPPLEMENT THE RECORD REGARDING PLAINTIFFS' AMENDED MOTION FOR PRELIMINARY APPROVAL OF PARTIAL SETTLEMENT BY DEFENDANTS DELOITTE & TOUCHE LLP, TD AMERITRADE, INC., EISNERAMPER LLP, AND DUFF & PHELPS, LLP**<br><br>**Expedited Consideration Requested** |

DEFENDANTS' MOTION FOR LEAVE
TO SUPPLEMENT THE RECORD

## LR 7-1 CERTIFICATION

Pursuant to LR 7-1, it is certified that the parties made a good faith effort to resolve this dispute and have been unable to do so.

Counsel for Deloitte also conferred with counsel for Plaintiffs and Tonkon Torp LLP ("Tonkon") regarding Defendants' request for expedited consideration of this Motion for Leave to Supplement the Record ("Motion for Leave"). Tonkon represented that it "does not oppose the expedited schedule the non-settling defendants have proposed, but in doing so, . . . does not admit that the motion is timely." Plaintiffs do not consent to the request for expedited consideration or briefing of this Motion for Leave.

## MOTION

Defendants Deloitte, TD Ameritrade, Inc. ("TD Ameritrade"), EisnerAmper LLP, and Duff & Phelps, LLC (collectively, the "Non-Settling Defendants"), hereby request leave to supplement the record related to Plaintiffs' Amended Motion for Preliminary Approval of Partial Settlement (Dkt. 350) ("Motion") between Plaintiffs and Defendant Tonkon (the "Proposed Tonkon Settlement"). Specifically, Non-Settling Defendants seek to submit briefing filed by Deloitte and TD Ameritrade in the Multnomah County Circuit Court (the "Circuit Court"), addressing legal issues as to which that Court has now deferred to this Court. *See* Declaration of Gavin M. Masuda in Support of Motion for Leave ("Masuda Decl."), at Exs. 1, 2.[1]

Non-Settling Defendants also request that this Motion for Leave be considered on an expedited basis because the hearing on Plaintiffs' Motion for Preliminary Approval of Partial Settlement is scheduled for February 27, 2019. Non-Settling Defendants propose the following

---

[1] For purposes of this Motion, Non-Settling Defendants have submitted a redacted copy of the opposition brief to the Proposed Tonkon Settlement filed in the Circuit Court as Exhibit 1 to the Masuda Declaration. The information redacted therein has already been presented to this Court under seal in Non-Settling Defendants' Response to Motion for Preliminary Approval of Settlement with Tonkon. *See* Dkt. 370, at 29-30. If the Court grants the Motion for Leave, Non-Settling Defendants will file unredacted versions of their briefs and all supporting exhibits with the Court, under seal as necessary to protect Tonkon's financial information and to comply with the terms of confidentiality agreements between Tonkon and the Non-Settling Defendants.

briefing schedule for this Motion for Leave:  Plaintiffs/Tonkon file opposition briefs by February 14, and Non-Settling Defendants file their reply brief by February 20.

## MEMORANDUM

As the Court is aware, the Proposed Tonkon Settlement is part of a "global" resolution of claims asserted against Tonkon in this action, the *Albers, et al. v. Deloitte & Touche LLP* action, Case No. 3:16-cv-02239-AC, also pending before this Court, and the *Wurster*, *Pommier*, *Ramsdell*, *Layton* and *Cavanagh* actions pending before Judge Kathleen Dailey of the Circuit Court.[2]  The Proposed Tonkon Settlement is conditioned upon both this Court and the Circuit Court entering orders barring non-settling defendants from asserting claims for contribution against Tonkon while providing those defendants with only a dollar-for-dollar ("*pro tanto*") reduction of any judgment against them.  If either court does not enter the bar order Plaintiffs and Tonkon request, Plaintiffs will exercise their option to withdraw from the Proposed Tonkon Settlement.  *See* Dkt. 350, at 9-10.

Plaintiffs moved this Court for preliminary approval of the Proposed Tonkon Settlement on August 21, 2018.  That Motion asks the Court to preliminarily approve the entry of the requested bar order based on an interim order issued by Multnomah County Circuit Judge David Rees in *Merrihew v. Charles Schwab, et al.*, No. 0907-10596 (the "Interim *Merrihew* Order"). As the parties' briefing regarding the Motion demonstrates, the parties disagree as to (i) whether *Merrihew* states the correct rule of law, and (ii) whether Tonkon can in any event invoke that rule based on the financial information it has produced in this litigation to-date.  Briefing on the Motion was completed on October 19, 2018, and this Court took the Motion under advisement on October 22, 2018.

---

[2] The following five state court actions are pending before Judge Dailey:  *Wurster, et al. v. Deloitte & Touche LLP* (Case No. 16CV25920), *Pommier, et al. v. Deloitte & Touche LLP* (Case No. 16CV36439), *Ramsdell, et al. v. Deloitte & Touche LLP* (Case No. 16CV40659), *Layton, et al. v. Deloitte & Touche LLP* (Case No. 17CV42915), and *Cavanagh, et al. v. Deloitte & Touche LLP* (Case No. 18CV09052).

Tonkon elected not to move for approval of its settlement with the plaintiffs in the state court cases until December 20, 2018.  At that time, Tonkon and the state court plaintiffs filed Joint Motions for Entry of Limited Judgment of Dismissal ("State Court Motions") with the Circuit Court.  Like the Motion in this Court, the State Court Motions asked the Circuit Court to follow the Interim *Merrihew* Order.  However, unlike the Motion, which focused largely on whether the Court should preliminarily approve the settlement, certify a settlement class, and whether the Proposed Tonkon Settlement is "fair, reasonable and adequate," the State Court Motions focus exclusively on the legal and factual merits of the bar order that Tonkon seeks to have entered in all cases pending against it.  Among other things, the State Court Motions advance arguments regarding the Interim *Merrihew* Order that were either not made or not fully discussed in the Motion.  Deloitte's response to the State Court Motions, attached as Exhibit 1 to the Masuda Declaration, and TD Ameritrade's response, attached as Exhibit 2 to the Masuda Declaration, respond to these arguments.[3]

On January 31, 2019, Judge Dailey informed counsel that she will defer to this Court's ruling on the "legality and fairness of" the Proposed Tonkon Settlement—meaning that this Court's ruling on the Motion will inevitably impact the rights of parties to the state court actions, including Non-Settling Defendants.  *See* Masuda Decl. Ex. 3.  Therefore, to enable this Court to obtain a complete picture—and as a matter of fairness and due process— Non-Settling Defendants urge this Court to consider the full record, including the positions taken by Tonkon and Non-Settling Defendants in both actions.  *See S.E.C. v. McCarthy*, 322 F.3d 650, 659 (9th Cir. 2003) (holding that fairness and due process require an opportunity to be heard "before the

---

[3] For example, the State Court Motions contain an extensive discussion of certain Oregon trial court orders that Tonkon claims support application of the Interim *Merrihew* Order to the facts of its proposed settlement.  None of these trial court orders are even mentioned in the Motion.  *See* Dkt. 350, at 16 (stating that a *pro tanto* credit is "appropriate under the circumstances" without discussion of how Oregon trial courts have addressed the question).  The Non-Settling Defendants' response brief also explains why no Oregon court actually has followed the Interim *Merrihew* Order, and why the other Oregon orders upon which Plaintiffs rely do not support their position.  *See* Masuda Decl. Ex. 1, at 12-15.

district court issues a judgment impacting [] rights and property"). Tonkon refused Deloitte's request to submit to this Court the full record presented to the Circuit Court on these issues. Accordingly, Non-Settling Defendants request leave to supplement the record before this Court with their respective response briefs and supporting exhibits filed in the Circuit Court. In the interest of providing the Court with a complete record, Non-Settling Defendants stipulate that Tonkon may submit its State Court Motion and any related reply brief to this Court, should it so choose.[4]

Dated: February 7, 2019

Pursuant to L.R. 11-1(d), counsel listed below consent to the inclusion of their electronic signatures on this submission.

THE FERRANTI FIRM LLC

By: _s/ William P. Ferranti_____
**William P. Ferranti,** OSB No. 160069
1819 SW 5th Avenue, Suite 403
Portland, OR 97201
Telephone: (503) 877-9220
Email: wpf@ferrantiappeals.com

-And –

**Linda T. Coberly (admitted *pro hac vice*)**
**Joanna Rubin Travalini (admitted *pro hac vice*)**
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Telephone:(312) 558-5600
Email: lcoberly@winston.com
jtravalini@winston.com

**Attorneys for Defendant EisnerAmper LLP**

LATHAM & WATKINS LLP

By: s/ Peter A. Wald_____
**Peter A. Wald (admitted *pro hac vice*)**
**Gavin M. Masuda (admitted *pro hac vice*)**
**Nicole C. Valco (admitted *pro hac vice*)**
**Marcy C. Priedeman (admitted *pro hac vice*)**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Email: peter.wald@lw.com
gavin.masuda@lw.com
nicole.valco@lw.com
marcy.priedeman@lw.com

–And–

**Nicholas J. Siciliano (admitted *pro hac vice*)**
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700

---

[4] Judge Dailey wrote the parties to inform them that she would defer to this Court's ruling on the Proposed Tonkon Settlement before Tonkon's reply in support of the Joint Motions was due. In conferring about this Motion, Deloitte offered to agree that Tonkon could file a reply brief in Judge Dailey's court, for purposes of completing the record before Judge Dailey. Tonkon refused this invitation as well. *See* Masuda Decl. Ex. 4; ¶ 6-7.

Page 4 – DEFENDANTS' MOTION FOR LEAVE
TO SUPPLEMENT THE RECORD

Email: nicholas.siciliano@lw.com

–And–

**Robert C. Weaver, Jr.**, OSB No. 801350
**Gary I. Grenley**, OSB No. 751380
**Paul H. Trinchero**, OSB No. 014397
**Eryn Karpinski Hoerster**, OSB No. 106126
**Daniel L. Keppler**, OSB No. 923537
GARVEY SCHUBERT BARER, P.C.
121 SW Morrison Street, 11th Floor
Portland, OR 97204
Telephone: (503) 228-3939
Email: rweaver@gsblaw.com
ggrenley@gsblaw.com
ptrinchero@gsblaw.com
ehoerster@gsblaw.com
dkeppler@gsblaw.com

**Attorneys for Defendant Deloitte & Touche LLP**

HARRANG LONG GARY RUDNICK P.C.

By: s/ Sharon A. Rudnick
**William F. Gary,** OSB No. 770325
**Sharon A. Rudnick,** OSB No. 830835
360 E. 10th Avenue, Suite 300
Eugene, OR 97401-3273
Telephone: (541) 485-0220
Email:  william.f.gary@harrang.com
sharon.rudnick@harrang.com

-And –

**Stephen V. D'Amore (admitted *pro hac vice*)**
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-6468
Email: sdamore@winston.com

**Attorneys for Defendant Duff & Phelps, LLC**

HART WAGNER, LLP

By: s/ Matthew J. Kalmanson
**Matthew J. Kalmanson,** OSB No. 041280
**Lindsay Howk Duncan,** OSB No. 120974
1000 SW Broadway, Twentieth Floor
Portland, OR 97205
Telephone: (503) 222-4499
Email: mjk@hartwagner.com
lhd@hartwagner.com

-And –

**Bruce M. Bettigole (admitted *pro hac vice*)**
**Nicholas Christakos (admitted *pro hac vice*)**
EVERSHEDS SUTHERLAND (US), LLP
700 Sixth Street NW, Suite 700
Washington, D.C. 20001-3980
Telephone: (202) 383-0100
Email: brucebettigole@eversheds-sutherland.com
nicholaschristakos@eversheds-sutherland.com

**Attorneys for Defendant TD Ameritrade, Inc.**