**Paul C. Southwick**, OSB #095141
Email: paulsouthwick@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 SW Fifth Avenue, Suite 2400
Portland, Oregon 97201
Telephone:   (503) 778-5266
Facsimile:   (503) 276-5766

**Michael Jaeger** (*pro hac vice*)
Email: michael.jaeger@FaegreBD.com
**FAEGRE BAKER DANIELS, LLP**
11766 Wilshire Boulevard, Suite 750
Los Angeles, California 90025
Telephone:   (310) 500-2090
Facsimile:   (310) 500-2091

Attorneys for Non-Party CliftonLarsonAllen Wealth Advisors, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

AT PORTLAND

| | |
|---|---|
| **LAWRENCE P. CIUFFITELLI, for himself and as Trustee of CIUFFITELLI REVOCABLE TRUST; et al.,**<br><br>      **Plaintiffs,**<br><br>  v.<br><br>**DELOITTE & TOUCHE LLP; EISNERAMPER LLP; SIDLEY AUSTIN LLP; TONKON TORP LLP; TD AMERITRADE, INC.; INTEGRITY BANK & TRUST; and DUFF & PHELPS, LLC,**<br><br>      **Defendants.** | Case No. 3:16-cv-00580-AC<br><br>**NON-PARTY CLIFTONLARSONALLEN WEALTH ADVISORS, LLC'S JOINDER IN PLAINTIFFS' MOTION FOR PROTECTIVE ORDER (DELOITTE SUBPOENAS) (DKT. NOS. 545, 546)**<br><br>**Oral Argument Requested** |

Page 1 – NON-PARTY CLIFTONLARSONALLEN WEALTH ADVISORS, LLC'S JOINDER
4812-6590-1975v.1 0113483-000001

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main ∙ (503) 778-5299 fax

## **LR 7-1 CERTIFICATION**

Counsel for Non-Party CliftonLarsonAllen Wealth Advisors, LLC ("CLAWA") conferred with counsel for Deloitte & Touche LLP ("Deloitte") by telephone on May 21, 2019 regarding the basis for the Plaintiffs' motion and CLAWA's joinder, but the parties were unable to resolve their dispute.

## **JOINDER**

CLAWA hereby joins Plaintiffs' Motion for Protective Order filed on May 5, 2019 to the extent described below.

## **DISCUSSION**

Deloitte issued a subpoena for documents to non-party CLAWA, pursuant to which CLAWA produced over 6,100 pages of documents. Deloitte has nevertheless continued to pursue non-party CLAWA's compliance with the remainder of Deloitte's overbroad, irrelevant, and disproportionate requests, which are the subject of Deloitte's pending motion to compel. Dkt. 506.

CLAWA supports the arguments and authorities set out in Plaintiffs' Motion for Protective Order to the extent that they seek to deny Deloitte the overbroad discovery requested in Request Nos. 6 and 10-13 of Deloitte's subpoena to CLAWA. Compliance with Deloitte's

Page 2 – NON-PARTY CLIFTONLARSONALLEN WEALTH ADVISORS, LLC'S JOINDER
4812-6590-1975v.1 0113483-000001

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
(503) 241-2300 main · (503) 778-5299 fax

subpoena would unduly burden CLAWA by subjecting it to wasteful third-party discovery practices that do not advance the parties' claims or defenses.

## CONCLUSION

To the extent described above, CLAWA joins in the arguments presented in the Plaintiffs' Motion for Protective Order. CLAWA therefore respectfully requests that the Court grant the Motion for Protective Order as to the above issues.

Dated this 22nd day of May, 2019.

**DAVIS WRIGHT TREMAINE LLP**

By   *s/ Paul C. Southwick*
Paul C. Southwick, OSB #095141
paulsouthwick@dwt.com
Tel: 503-241-2300

Michael Jaeger, *Pro Hac Vice*
michael.jaeger@FaegreBD.com
FAEGRE BAKER DANIELS LLP

Attorneys for Non-Party CliftonLarsonAllen Wealth Advisors, LLC

Page 3 – NON-PARTY CLIFTONLARSONALLEN WEALTH ADVISORS, LLC'S JOINDER
4812-6590-1975v.1 0113483-000001

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main ∙ (503) 778-5299 fax