IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LAWRENCE P. CIUFFITELLI, for himself and as a Trustee of CIUFFITELLI REVOCABLE TRUST, et al.,

        Plaintiffs

        v.

DELOITTE & TOUCHE LLP, et al.

        Defendants

No. 3:16-cv-00580-AC

ORDER

HERNANDEZ, District Judge:

    Magistrate Judge Acosta issued a Findings & Recommendation (#481) in which he recommends the Court grant Plaintiffs' Amended Motion for Preliminary Approval of the Partial Settlement and Notice. Certain Defendants timely filed objections to the Findings & Recommendation. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

    When any party objects to any portion of the Magistrate Judge's Findings & Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th

1 - ORDER

Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

I have carefully considered Defendants' objections and conclude there is no basis to modify the Findings & Recommendation. I have also reviewed the pertinent portions of the record *de novo* and find no other errors in the Magistrate Judge's Findings & Recommendation.

CONCLUSION

The Court ADOPTS Magistrate Judge Acosta's Findings & Recommendation [481], and therefore, Plaintiffs' Amended Motion for Preliminary Approval of the Partial Settlement and Notice [350] is granted. It is further Ordered that: (1) the "Class" as defined in Exhibit 1 (ECF 389-1) is provisionally certified; (2) the Order Preliminarily Approving Settlement and Providing for Notice (ECF 389-2) shall be entered; (3) the Plan of Allocation (ECF 389-3) is approved; (4) the Notice of Pendency and Proposed Settlement of Class Action (ECF 389-4) and the Summary Notice (ECF 389-5) are approved; (5) the Claims Administrator is approved; (6) the Court appoints Hagens Berman Sobol Shapiro LLP and Stoll Stoll Berne Lokting & Schlacter P.S. as Class Co-Lead counsel; and (7) the Proposed Schedule of Events set forth in the Amended Motion is to be followed.

IT IS SO ORDERED.

DATED this 29 day of May, 2019.

MARCO A. HERNANDEZ
United States District Judge