**Robert C. Weaver, Jr.**, OSB #801350
E-Mail: rweaver@gsblaw.com
**Gary I. Grenley**, OSB #751380
E-Mail: ggrenley@gsblaw.com
**Paul H. Trinchero**, OSB #014397
E-Mail: ptrinchero@gsblaw.com
**Eryn Karpinski Hoerster**, OSB #106126
E-Mail: ehoerster@gsblaw.com
**Daniel L. Keppler**, OSB #923537
E-Mail: dkeppler@gsblaw.com
Garvey Schubert Barer
121 SW Morrison Street, Eleventh Floor
Portland, Oregon 97204-3141
Telephone: (503) 228-3939

**Peter A. Wald (admitted *pro hac vice*)**
E-Mail: peter.wald@lw.com
**Gavin M. Masuda (admitted *pro hac vice*)**
E-Mail: gavin.masuda@lw.com
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 391-0600

**Attorneys for Defendant Deloitte & Touche LLP**
*(Additional Counsel Listed on Signature Page)*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| LAWRENCE P. CIUFFITELLI, for himself and as Trustee of CIUFFITELLI REVOCABLE TRUST, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DELOITTE & TOUCHE LLP; EISNERAMPER LLP; SIDLEY AUSTIN LLP; TONKON TORP LLP; TD AMERITRADE, INC.; INTEGRITY BANK & TRUST; and DUFF & PHELPS, LLC<br><br>Defendants. | Case No. 3:16-cv-00580-AC<br><br>**UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF PARTIAL SETTLEMENT (INTEGRITY BANK)** |

UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO
PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL

### LR 7-1 CERTIFICATION

Pursuant to Local Rule 7-1, counsel for Defendants Deloitte & Touche LLP, Sidley Austin, LLP, EisnerAmper LLP, Duff & Phelps, LLC, and TD Ameritrade, Inc. (collectively, the "Non-Settling Defendants"), certify that the parties have conferred with Plaintiffs and with Integrity Bank, who do not oppose this request for an extension of time.

### MOTION

The Non-Settling Defendants move the Court for an order extending the deadline for them to respond to Plaintiffs' Motion for Preliminary Approval of Partial Settlement (Integrity Bank) (the "Integrity Settlement Motion") by two additional weeks, from June 3, 2019 to June 17, 2019.

### MEMORANDUM

The Non-Settling Defendants request a further two-week extension to file any response to the Integrity Settlement Motion. Plaintiffs and Integrity Bank do not oppose this brief extension. This Joint Motion is made in good faith and not for any improper purpose or delay. No prejudice will result to any party if the Court grants this Joint Motion.

Dated: May 31, 2019                                      Respectfully submitted,

THE FERRANTI FIRM LLC                                    GARVEY SCHUBERT BARER, P.C.

By: s/ William P. Ferranti                               By: s/ Robert C. Weaver, Jr.
**William P. Ferranti,** OSB No. 160069                  **Robert C. Weaver, Jr.**, OSB No. 801350
1819 SW 5th Avenue, Suite 403                            **Gary I. Grenley**, OSB No. 751380
Portland, OR 97201                                       **Paul H. Trinchero**, OSB No. 014397
Telephone: (503) 877-9220                                **Eryn Karpinski Hoerster**, OSB No. 106126
Email: wpf@ferrantiappeals.com                           **Daniel L. Keppler**, OSB No. 923537
                                                         121 SW Morrison Street, 11th Floor
–And–                                                    Portland, OR 97204
                                                         Telephone: (503) 228-3939
                                                         Email: rweaver@gsblaw.com

Page 2 – UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO
PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL

**Linda T. Coberly (admitted** *pro hac vice***)**
**Joanna Rubin Travalini (admitted** *pro hac vice***)**
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Telephone:(312) 558-5600
Email: lcoberly@winston.com
jtravalini@winston.com

*Attorneys for Defendant EisnerAmper LLP*

ggrenley@gsblaw.com
ptrinchero@gsblaw.com
ehoerster@gsblaw.com
dkeppler@gsblaw.com

–And–

**Peter A. Wald (admitted** *pro hac vice***)**
**Gavin M. Masuda (admitted** *pro hac vice***)**
**Nicole C. Valco (admitted** *pro hac vice***)**
**Marcy C. Priedeman (admitted** *pro hac vice***)**
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Email: peter.wald@lw.com
gavin.masuda@lw.com
nicole.valco@lw.com
marcy.priedeman@lw.com

–And–

**Nicholas J. Siciliano (admitted** *pro hac vice***)**
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email: nicholas.siciliano@lw.com

*Attorneys for Defendant Deloitte & Touche LLP*

HARRANG LONG GARY RUDNICK P.C.

By: s/ Sharon A. Rudnick
**William F. Gary,** OSB No. 770325
**Sharon A. Rudnick,** OSB No. 830835
360 E. 10th Avenue, Suite 300
Eugene, OR 97401-3273
Telephone: (541) 485-0220
Email:  william.f.gary@harrang.com
sharon.rudnick@harrang.com

–And–

MARKOWITZ HERBOLD PC

By: s/ Chad M. Colton
**Chad M. Colton**
**David B. Markowitz**
**Jeffrey M. Edelson**
1211 SW Fifth Avenue, Suite 3000
Portland, OR 97204
Email: chadcolton@markowitzherbold.com
davidmarkowitz@markowitzherbold.com
jeffedelson@markowitzherbold.com

–And–

| | |
|---|---|
| **Stephen V. D'Amore (admitted *pro hac vice*)**<br>**Scott M. Ahmad (admitted *pro hac vice*)**<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL 60601<br>Telephone: (312) 558-6468<br>Email: sdamore@winston.com<br>Scott.ahmad@wisnton.com<br><br>**Andrew C. Nichols (admitted *pro hac vice*)**<br>WINSTON & STRAWN LLP<br>1700 K Street NW<br>Washington, D.C. 20006-3817<br>Email: anichols@winston.com<br><br>*Attorneys for Defendant Duff & Phelps, LLC* | **Bruce A. Abbott (admitted *pro hac vice*)**<br>**Brad D. Brian (admitted *pro hac vice*)**<br>**Zachary M. Briers (admitted *pro hac vice*)**<br>**Trevor N. Templeton (admitted *pro hac vice*)**<br>**Michael R. Doyen (admitted *pro hac vice*)**<br>**Lauren M. Harding (admitted *pro hac vice*)**<br>**Alexander S. Gorin (admitted *pro hac vice*)**<br>MUNGER TOLLES & OLSON LLP<br>350 South Grand Avenue, 50th Floor<br>Los Angeles, CA 90071<br>Email: bruce.abbott@mto.com<br>brad.brian@mto.com<br>zachary.briers@mto.com<br>trevor.templeton@mto.com<br>michael.doyen@mto.com<br>lauren.harding@mto.com<br>alex.gorin@mto.com<br><br>*Attorneys for Defendant Sidley Austin LLP* |

HART WAGNER LLP

By: s/ Matthew J. Kalmanson
**Matthew J. Kalmanson**, OSB No. 041280
**Lindsay H. Duncan**, OSB No. 120974
1000 SW Broadway, Twentieth Floor
Portland, OR 97205
Telephone: (503) 222-4499
Email: mjk@hartwagner.com
lhd@hartwagner.com

**Bruce M. Bettigole (admitted pro hac vice)**
**Nicholas T. Christakos (admitted pro hac vice)**
**Adam C. Pollet (admitted pro hac vice)**
**Gail L. Westover (admitted pro hac vice)**
EVERSHEDS SUTHERLAND (US) LLP
700 Sixth Street, NW, Suite 700
Washington, DC 20001
Telephone: (202) 383-0100
Email: brucebettigole@eversheds-sutherland.com
nicholaschristakos@eversheds-sutherland.com
adampollet@eversheds-sutherland.com
gailwestover@eversheds-sutherland.com

*Attorneys for Defendant TD Ameritrade, Inc.*