**Keith A. Ketterling,** OSB No. 913368
Email: kketterling@stollberne.com
**Timothy S. DeJong,** OSB No. 940662
Email: tdejong@stollberne.com
**Jennifer S. Wagner**, OSB No. 024470
Email: jwagner@stollberne.com
**Nadia H. Dahab,** OSB No. 125630
Email:ndahab@stollberne.com
STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 SW Oak Street, Suite 500
Portland, Oregon 97204
Telephone:  (503) 227-1600
Facsimile:   (503) 227-6840

**Steve W. Berman** (admitted *pro hac vice*)
Email: steve@hbsslaw.com
**Karl P. Barth** (admitted *pro hac vice*)
Email: karlb@hbsslaw.com
**Jeniphr Breckenridge** (admitted *pro hac vice*)
Email: jeniphr@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone:  (206) 623-7292
Facsimile:   (206) 623-0594

**Attorneys For Plaintiffs**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| LAWRENCE P. CIUFFITELLI, for himself and as Trustee of CIUFFITELLI REVOCABLE TRUST; GREG and ANGELA JULIEN; JAMES and SUSAN MACDONALD, as Co-Trustees of the MACDONALD FAMILY TRUST; R.F. MACDONALD CO.; ANDREW NOWAK, for himself and as Trustee of the ANDREW NOWAK REVOCABLE LIVING TRUST U/A 2/20/2002; WILLIAM RAMSTEIN; and | Case No. 3:16-cv-00580-AC<br><br>**DECLARATION OF TIMOTHY S. DEJONG IN SUPPORT OF PLAINTIFFS' <u>UNOPPOSED</u> MOTION FOR PRELIMINARY APPROVAL OF GLOBAL SETTLEMENT AND MEMORANDUM IN SUPPORT** |

GREG WARRICK, for himself and, with
SUSAN WARRICK, as Co-Trustees of the
WARRICK FAMILY TRUST, individually
and on behalf of all others similarly situated,

        Plaintiffs,

  v.

DELOITTE & TOUCHE LLP;
EISNERAMPER LLP; SIDLEY AUSTIN
LLP; TONKON TORP LLP; TD
AMERITRADE, INC.; INTEGRITY BANK &
TRUST; and DUFF & PHELPS, LLC,

        Defendants.

I, Timothy S. DeJong, declare under penalty of perjury that the following statements are true and correct.

1. I am a shareholder of Stoll Stoll Berne Lokting & Shlachter P.C. ("Stoll Berne"), and I represent Plaintiffs in this matter. I have personal knowledge of the facts set forth herein, and if called as a witness, could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of the fully executed Stipulation and Agreement of Compromise, Settlement, and Release dated July 8, 2019, including exhibits.

3. Attached hereto as Exhibit B is a true and correct copy of the proposed Plan of Allocation of the Net Settlement Proceeds from this Settlement. The Plan of Allocation is identical to the description in the Notice.

4. To date, Defendants and third parties other than the Receiver and have produced more than 5.7 million pages of documents in response to Requests for Production.

5. To date, Class Counsel have reviewed more than 3 million pages of documents collectively produced by Defendants, third parties, and the Receiver.

Page 1 -  **DECLARATION OF TIMOTHY S. DEJONG IN SUPPORT OF PLAINTIFFS'
           UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF GLOBAL
           SETTLEMENT AND MEMORANDUM IN SUPPORT**

6.  In March, April, and May 2019, each of the proposed Class Representatives sat for depositions by Defendants. R.F. MacDonald Co. was not deposed pursuant to Fed. R. Civ. P. 30(b)(6). However, its chief executive and co-owner, James MacDonald, was deposed and was questioned about R.F. MacDonald Co.'s Aequitas investments.

7.  Plaintiffs, Defendants Deloitte & Touche LLP, EisnerAmper LLP, Sidley Austin LLP, TD Ameritrade, Inc., and Duff & Phelps LLC (collectively the "Global Settling Defendants"), and the Aequitas Receiver retained the services of mediator Judge Daniel Weinstein (retired) for a mediation of Plaintiffs' pending claims against Global Settling Defendants. Judge Weinstein was assisted by co-mediator David Carden, Esq. The mediator conducted pre-mediation telephone calls with all participating parties (the "Global Settling Parties"). The Global Settling Parties participated in a four-day in-person mediation from May 20-23, 2019. The in-person mediation was not successful, and the mediation continued by telephone and email until a settlement in principle was reached on June 5, 2019. The Global Settling Defendants agreed to collectively pay $220,000,000.00 to settle the Plaintiffs' claims against them. The Global Settling Parties were unable to resolve several non-monetary terms. The Global Settling Parties agreed to negotiate those terms and to present any unresolved issues to Judge Weinstein for binding resolution. The Global Settling Parties were unable to resolve several non-monetary terms, and the Parties subsequently resolved the remaining terms with the assistance of Judge Weinstein and through additional negotiations. Ultimately, the Global Settling Parties reached agreement on all terms (the "Settlement") on July 8, 2019.

8.  Stoll Berne has extensive experience handling large-scale, financial fraud and class action litigation. A copy of our current firm resume detailing our experience in these areas is attached hereto as Exhibit C.

Page 2 -  **DECLARATION OF TIMOTHY S. DEJONG IN SUPPORT OF PLAINTIFFS' <u>UNOPPOSED</u> MOTION FOR PRELIMINARY APPROVAL OF GLOBAL SETTLEMENT AND MEMORANDUM IN SUPPORT**

9.	In light of the obstacles the Class faces in obtaining a judgment at trial, as well as the substantial recovery, I believe the proposed Settlement to be fair, reasonable, adequate and in the best interests of the Settlement Class members. I also believe the Settlement was the product of serious, informed, non-collusive negotiations.  Accordingly, I recommend the proposed Settlement to Class Members.

10.	I personally discussed the Settlement with each of the Class Representatives and obtained their approval to accept the terms of this Settlement and present this motion to the Court for approval of the Settlement.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated this 9th day of July, 2019.


				s/Timothy S. DeJong
				Timothy S. DeJong, OSB No. 940662
				Email: tdejong@stollberne.com

Page 3 -	**DECLARATION OF TIMOTHY S. DEJONG IN SUPPORT OF PLAINTIFFS'	<u>UNOPPOSED</u> MOTION FOR PRELIMINARY APPROVAL OF GLOBAL SETTLEMENT AND MEMORANDUM IN SUPPORT**