**Keith A. Ketterling,** OSB No. 913368
Email: kketterling@stollberne.com
**Timothy S. DeJong,** OSB No. 940662
Email: tdejong@stollberne.com
**Jennifer S. Wagner,** OSB No. 024470
Email: jwagner@stollberne.com
**Nadia H. Dahab,** OSB No. 125630
Email:ndahab@stollberne.com
**Lydia Anderson-Dana,** OSB No. 166167
Email: landersondana@stollberne.com
STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 SW Oak Street, Suite 500
Portland, Oregon 97204
Telephone: (503) 227-1600
Facsimile:  (503) 227-6840

**Steve W. Berman** (admitted *pro hac vice*)
Email: steve@hbsslaw.com
**Karl P. Barth** (admitted *pro hac vice*)
Email: karlb@hbsslaw.com
**Jeniphr Breckenridge** (admitted *pro hac vice*)
Email: jeniphr@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594

**Attorneys For Plaintiffs**
[Additional Counsel of Record Listed on Signature Page]

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| LAWRENCE P. CIUFFITELLI, for himself and as Trustee of CIUFFITELLI REVOCABLE TRUST; GREG and ANGELA JULIEN; JAMES and SUSAN MACDONALD, as Co-Trustees of the MACDONALD FAMILY TRUST; R.F. MACDONALD CO.; ANDREW NOWAK, for himself and as Trustee of the ANDREW NOWAK REVOCABLE LIVING TRUST U/A 2/20/2002; WILLIAM RAMSTEIN; and | Case No. 3:16-cv-00580-AC<br><br>**DECLARATION OF HON. DANIEL WEINSTEIN (RET.) IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF GLOBAL SETTLEMENT** |

GREG WARRICK, for himself and, with SUSAN WARRICK, as Co-Trustees of the WARRICK FAMILY TRUST, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

DELOITTE & TOUCHE LLP; EISNERAMPER LLP; SIDLEY AUSTIN LLP; TONKON TORP LLP; TD AMERITRADE, INC.; INTEGRITY BANK & TRUST; and DUFF & PHELPS, LLC,

    Defendants.

    I, Daniel Weinstein, declare under penalty of perjury that the following statements are true and correct.

    1.    I am a retired judge and full-time mediator with JAMS Mediation, Arbitration and ADR Services ("JAMS"). I have personal knowledge of the facts set forth herein, and if called as a witness, could and would testify competently thereto.

    2.    I have extensive experience as a mediator of complex civil disputes. I have successfully mediated numerous high stakes securities cases, including cases involving Enron, Homestore, Qwest, Adelphia, Dynegy, Providian, Clarent and other major NYSE and NASDAQ corporations. Since 1997, I have mediated cases with aggregate values of billions of dollars annually.

    3.    I submit this declaration in my capacity as the lead mediator assisting Plaintiffs and Defendant Deloitte & Touche, EisnerAmper, Sidley Austin, TD Ameritrade and Duff & Phelps in the above-captioned action. Because of the number of parties, including insurance companies, involved in the mediation, I was assisted in the mediation by David Carden, Esq.

PAGE 1 -    **DECLARATION OF HON. DANIEL WEINSTEIN (RET.) IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF GLOBAL SETTLEMENT**

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600  FAX (503) 227-6840

4.  Prior to the mediation, I spoke by telephone to one or more representatives of each party.

5.  From May 20-23, 2019, Mr. Carden and I met with representatives of all parties for a four-day, in-person, confidential mediation session to assist in their efforts to reach a settlement.

6.  I believe that counsel for all parties are experienced and highly competent, and were well informed about the factual and legal issues surrounding Plaintiffs' claims against Defendants.

7.  The parties spent four days in adversarial and arm's length negotiations. I saw no evidence of any collusion or fraud between the parties in their negotiations. The parties did not reach a settlement during the four-day, in-person mediation session.

8.  Between May 24 and June 5, 2019, Mr. Carden and I continued our mediation efforts by telephone with the parties. On June 5, 2019, the parties reached a settlement. However, there were several non-monetary terms that required additional negotiation between the parties. The parties agreed that Mr. Carden and I would make a binding resolution of any of those non-monetary terms that the parties could not resolve through negotiations. On June 21, 2019, Mr. Carden and I issued binding resolutions of several non-monetary terms that the parties were unable to resolve through negotiations.

//

//

//

PAGE 2 -   **DECLARATION OF HON. DANIEL WEINSTEIN (RET.) IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF GLOBAL SETTLEMENT**

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 25 day of June, 2019.

_____
Hon. Daniel H. Weinstein (Ret.)

PAGE 3 -   **DECLARATION OF HON. DANIEL WEINSTEIN (RET.) IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF GLOBAL SETTLEMENT**