**Robert C. Weaver, Jr.**, OSB #801350
E-Mail: rweaver@gsblaw.com
**Gary I. Grenley**, OSB #751380
E-Mail: ggrenley@gsblaw.com
**Paul H. Trinchero**, OSB #014397
E-Mail: ptrinchero@gsblaw.com
**Eryn Karpinski Hoerster**, OSB #106126
E-Mail: ehoerster@gsblaw.com
**Daniel L. Keppler**, OSB #923537
E-Mail: dkeppler@gsblaw.com
Garvey Schubert Barer
121 SW Morrison Street, Eleventh Floor
Portland, Oregon 97204-3141
Telephone: (503) 228-3939

**Peter A. Wald (admitted** *pro hac vice*)
E-Mail: peter.wald@lw.com
**Gavin M. Masuda (admitted** *pro hac vice*)
E-Mail: gavin.masuda@lw.com
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 391-0600

**Attorneys for Defendant Deloitte & Touche LLP**
*(Additional Counsel Listed on Signature Page)*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| LAWRENCE P. CIUFFITELLI, for himself and as Trustee of CIUFFITELLI REVOCABLE TRUST, *et al.*,<br><br>          Plaintiffs,<br>     v.<br><br>DELOITTE & TOUCHE LLP; EISNERAMPER LLP; SIDLEY AUSTIN LLP; TONKON TORP LLP; TD AMERITRADE, INC.; INTEGRITY BANK & TRUST; and DUFF & PHELPS, LLC<br><br>          Defendants. | Case No. 3:16-cv-00580-AC<br><br>**DEFENDANTS' STATEMENT OF NON-OBJECTION TO MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS PRELIMINARILY APPROVING SETTLEMENTS AND PROVIDING NOTICE** |

STATEMENT OF NON-OBJECTION TO MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATIONS PRELIMINARILY APPROVING SETTLEMENTS
AND PROVIDING NOTICE

By and through their undersigned counsel, Defendants Deloitte & Touche, LLP, EisnerAmper LLP, Sidley Austin LLP, TD Ameritrade, Inc., Duff & Phelps, LLC, Tonkon Torp LLP and Integrity Bank & Trust hereby state their non-objection to the Honorable John V. Acosta's Findings and Recommendation Preliminarily Approving Tonkon Torp LLP Settlement and Providing Notice (Dkt. 579), Findings and Recommendation Preliminarily Approving Integrity Settlement and Providing Notice (Dkt. 580), and Findings and Recommendation Preliminarily Approving Global Settlement and Providing Notice (Dkt. 581) (together, "the Findings and Recommendations") and agree, if it please the Court, that the Findings and Recommendations may be adopted, and Orders granting Preliminary Approval and Providing Notice be entered, without review by District Judge Marco A. Hernandez or any other judge appointed to the United States District Court for the District of Oregon pursuant to Article III of the United States Constitution.

Dated: July 17, 2019                                    Respectfully submitted,

THE FERRANTI FIRM LLC                                   LATHAM & WATKINS LLP
                                                        By: /s/ Peter A. Wald
By: /s/ Linda T. Coberly                                **Peter A. Wald (admitted *pro hac vice*)**
**William P. Ferranti,** OSB No. 160069                 **Gavin M. Masuda (admitted *pro hac vice*)**
1819 SW 5th Avenue, Suite 403                           **Nicole C. Valco (admitted *pro hac vice*)**
Portland, OR 97201                                      **Marcy C. Priedeman (admitted *pro hac vice*)**
Telephone: (503) 877-9220                               LATHAM & WATKINS LLP
Email: wpf@ferrantiappeals.com                          505 Montgomery Street, Suite 2000
                                                        San Francisco, CA 94111-6538
–And–                                                   Telephone: (415) 391-0600
                                                        Email: peter.wald@lw.com
**Linda T. Coberly (admitted *pro hac vice*)**          gavin.masuda@lw.com
**Joanna Rubin Travalini (admitted *pro hac vice*)**    nicole.valco@lw.com
WINSTON & STRAWN LLP                                    marcy.priedeman@lw.com
35 West Wacker Drive
Chicago, IL 60601
Telephone:(312) 558-5600                                –And–
Email: lcoberly@winston.com
jtravalini@winston.com                                  **Nicholas J. Siciliano (admitted *pro hac vice*)**
                                                        LATHAM & WATKINS LLP
*Attorneys for Defendant EisnerAmper*                   330 North Wabash Avenue, Suite 2800
*LLP*                                                   Chicago, IL 60611
                                                        Telephone: (312) 876-7700
                                                        Email: nicholas.siciliano@lw.com

Page 1 –STATEMENT OF NON-OBJECTION TO MAGISTRATE
JUDGE'S FINDINGS AND RECOMMENDATIONS PRELIMINARILY
APPROVING SETTLEMENTS AND PROVIDING NOTICE

|  |  |
|---|---|
| | –And– |
| | **Robert C. Weaver, Jr.**, OSB No. 801350<br>**Gary I. Grenley**, OSB No. 751380<br>**Paul H. Trinchero**, OSB No. 014397<br>**Eryn Karpinski Hoerster**, OSB No. 106126<br>**Daniel L. Keppler**, OSB No. 923537<br>GARVEY SCHUBERT BARER, P.C.<br>121 SW Morrison Street, 11th Floor<br>Portland, OR 97204<br>Telephone: (503) 228-3939<br>Email: rweaver@gsblaw.com<br>ggrenley@gsblaw.com<br>ptrinchero@gsblaw.com<br>ehoerster@gsblaw.com<br>dkeppler@gsblaw.com |
| | *Attorneys for Defendant Deloitte & Touche LLP* |
| HARRANG LONG GARY RUDNICK P.C.<br><br>By: /s/ Scott M. Ahmad<br>**William F. Gary,** OSB No. 770325<br>**Sharon A. Rudnick,** OSB No. 830835<br>360 E. 10th Avenue, Suite 300<br>Eugene, OR 97401-3273<br>Telephone: (541) 485-0220<br>Email: william.f.gary@harrang.com<br>sharon.rudnick@harrang.com | K&L GATES LLP<br><br>By: /s/ Philip Van Der Weele<br>**Philip Van Der Weele**, OSB No. 863650<br>One SW Columbia Street, Suite 1900<br>Portland, OR 97258<br>Telephone: (503) 228-3200<br>Email: phil.vanderweele@klgates.com |
| | *Attorneys for Defendant Tonkon Torp LLP* |
| –And–<br><br>**Stephen V. D'Amore (admitted** *pro hac vice***)**<br>**Scott M. Ahmad (admitted** *pro hac vice***)**<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL 60601<br>Telephone: (312) 558-6468<br>Email: sdamore@winston.com<br>Scott.ahmad@wisnton.com | LANE POWELL PC<br><br>By: /s/ Milo Petranovich<br>**Milo Petranovich**, OSB No. 813376<br>**Peter D. Hawkes**, OSB No. 071986<br>**SreeVamshi C. Reddy**, OSB No. 140560<br>601 SW Second Avenue, Suite 2100<br>Portland, Oregon 97204-3158<br>Telephone: (503) 778-2114<br>Facsimile: (503) 778-2200<br>Email: petranovichm@lanepowell.com<br>hawkesp@lanepowell.com<br>reddyv@lanepowell.com |
| **Andrew C. Nichols (admitted** *pro hac vice***)**<br>WINSTON & STRAWN LLP<br>1700 K Street NW<br>Washington, D.C. 20006-3817<br>Email: anichols@winston.com | *Attorneys for Defendant Integrity Bank & Trust*<br><br>By: /s/ Trevor N. Templeton<br>**Chad M. Colton**<br>**David B. Markowitz**<br>**Jeffrey M. Edelson**<br>1211 SW Fifth Avenue, Suite 3000<br>Portland, OR 97204 |
| *Attorneys for Defendant Duff & Phelps, LLC* | |

Page 2 –STATEMENT OF NON-OBJECTION TO MAGISTRATE
  JUDGE'S FINDINGS AND RECOMMENDATIONS PRELIMINARILY
  APPROVING SETTLEMENTS AND PROVIDING NOTICE

HART WAGNER LLP

By: /s/ Nicholas T. Christakos
**Matthew J. Kalmanson**, OSB No. 041280
**Lindsay H. Duncan**, OSB No. 120974
1000 SW Broadway, Twentieth Floor
Portland, OR 97205
Telephone: (503) 222-4499
Email: mjk@hartwagner.com
lhd@hartwagner.com

**Bruce M. Bettigole (admitted *pro hac vice*)**
**Nicholas T. Christakos (admitted *pro hac vice*)**
**Adam C. Pollet (admitted *pro hac vice*)**
**Gail L. Westover (admitted *pro hac vice*)**
EVERSHEDS SUTHERLAND (US) LLP
700 Sixth Street, NW, Suite 700
Washington, DC 20001
Telephone: (202) 383-0100
Email: brucebettigole@eversheds-sutherland.com
nicholaschristakos@eversheds-sutherland.com
adampollet@eversheds-sutherland.com
gailwestover@eversheds-sutherland.com

*Attorneys for Defendant TD Ameritrade, Inc.*

Email: chadcolton@markowitzherbold.com
davidmarkowitz@markowitzherbold.com
jeffedelson@markowitzherbold.com

–And–

**Bruce A. Abbott (admitted *pro hac vice*)**
**Brad D. Brian (admitted *pro hac vice*)**
**Zachary M. Briers (admitted *pro hac vice*)**
**Trevor N. Templeton (admitted *pro hac vice*)**
**Michael R. Doyen (admitted *pro hac vice*)**
**Lauren M. Harding (admitted *pro hac vice*)**
**Alexander S. Gorin (admitted *pro hac vice*)**
MUNGER TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Email: bruce.abbott@mto.com
brad.brian@mto.com
zachary.briers@mto.com
trevor.templeton@mto.com
michael.doyen@mto.com
lauren.harding@mto.com
alex.gorin@mto.com

*Attorneys for Defendant Sidley Austin LLP*