IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LAWRENCE P. CIUFFITELLI, for himself
and as a Trustee of CIUFFITELLI
REVOCABLE TRUST, et al.,

No. 3:16-cv-00580-AC

      Plaintiffs

v.

DELOITTE & TOUCHE LLP, et al.

ORDER

      Defendants

HERNANDEZ, District Judge:

    Magistrate Judge Acosta issued three separate Findings & Recommendations (#579, 580, 581) in which he recommends the Court grant separate motions for preliminary approval of settlement. All Defendants have indicated that they have no objections to any of the Findings & Recommendations (#583). The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840

1 - ORDER

F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

CONCLUSION

The Court ADOPTS Magistrate Judge Acosta's Findings & Recommendations [579, 580, 581], and therefore, Plaintiffs' Unopposed Motion for Preliminary Approval of Global Settlement [573], and Plaintiffs' Motion for Preliminary Approval of Partial Settlement with Integrity Bank [537] are granted. In a May 29, 2019 Order [566], the Court previously granted Plaintiffs' Amended Motion for Preliminary Approval of Partial Settlement with Tonkon Torp [350].

Contemporaneously with this Order, the Court enters formal Orders Preliminarily Approving of the three settlements which were previously docketed as proposed orders at ECF 389-2, 537-1, and 573-1. The terms of those Orders are effective upon filing and govern all aspects of the settlement going forward.

IT IS SO ORDERED.

DATED this 7 day of Aug, 2019.

_____
MARCO A. HERNANDEZ
United States District Judge

2 - ORDER