UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| LAWRENCE P. CIUFFITELLI, for himself and as Trustee of CIUFFITELLI REVOCABLE TRUST, *et al.*, | Case No. 3:16-cv-00580-AC |
| Plaintiffs, | |
| v. | **DECLARATION OF JORDAN BROKER REGARDING NOTICE DISSEMINATION, PUBLICATION, AND REQUESTS FOR EXCLUSION RECEIVED** |
| DELOITTE & TOUCHE LLP; EISNERAMPER LLP; SIDLEY AUSTIN LLP; TONKON TORP LLP; TD AMERITRADE, INC.; INTEGRITY BANK & TRUST; and DUFF& PHELPS, LLC, | |
| Defendants. | |

I, JORDAN BROKER, declare as follows:

1.     I am a Project Manager for Epiq Class Action & Claims Solutions, Inc. ("Epiq"). The following statements are based on my personal knowledge and information provided to me by other Epiq employees and, I could and would competently testify to these facts if called upon to do so.

2.     Pursuant to the Court's August 7, 2019 Order Preliminarily Approving Global Settlement and Providing for Notice ("Order"),[1] Epiq was appointed as the Claims Administrator to supervise and administer the notice procedure in connection with the proposed Settlements of the above-captioned action (the "Action").

---

[1] All capitalized terms not otherwise defined in this document shall have the same meaning ascribed to them as set forth in the three Settlements in this Action. The three Settlements are those reached with (1) Defendant Tonkon Torp LLP, (2) Defendant Integrity Bank & Trust, and (3) Defendants Deloitte & Touche LLP; EisnerAmper LLP; Sidley Austin LLP; TD Ameritrade, Inc.; and Duff & Phelps, LLC.

3.      I submit this declaration in order to provide the Court with information regarding: (i) the mailing of the Court-approved Notice of Pendency and Proposed Settlements of Class Action (the "Notice"); (ii) the publication of the Summary Notice; (iii) the establishment of the website and toll-free telephone number dedicated to this Settlements; and (iv) the number of requests for exclusion from the Class or objections received to date.

## DISSEMINATION OF THE NOTICE PACKAGE

4.      Pursuant to the Order, Epiq is responsible for disseminating the Notice to all Persons who purchased Covered Aequitas Securities on or after June 9, 2010, and suffered losses thereby.  A copy of the Notice is attached hereto as **Exhibit A**.

5.      On August 23, 2019, the Receiver provided Epiq with the names, addresses, and transactional data for potential Class Members who purchased Covered Aequitas Securities on or after June 9, 2010 ("Class Data").  The Class Data included 24,512 transactions for 1,849 accounts belonging to 1,440 potential Class Members. Based on the Class Data provided by the Receiver and excluding certain individuals as directed by Class Counsel, the current preliminary estimated Net Loss of the Class Members is $285,060,961.72.[2]

6.      On September 4, 2019, Epiq mailed, by First-Class Mail, Notices to the 1,849 potential Class Member accounts.  In addition, at the time of this declaration, Epiq has re-mailed 16 Notices to persons whose original mailing was returned by the U.S. Postal Service and for whom updated addresses were provided to Epiq by the Postal Service.

---

[2] Please note that this preliminary estimated Net Loss of the Class Members includes those Class Members whose have a gain on their account.  This figure is subject to change after Epiq's final reviews and audits, adjustments made as a result of documented Class Member loss challenges, and any further discussions with Class Counsel.

## PUBLICATION OF THE SUMMARY NOTICE

7.      The Order also directed that the Summary Notice be published once in *The Wall Street Journal,* once in *The Oregonian*, and be disseminated once over a national newswire service within thirty-five calendar days after the date of the Order.  Accordingly, on September 11, 2019, Epiq caused the Summary Notice to be published in both *The Wall Street Journal* and *The Oregonian* and transmitted over the *Business Wire*. A copy of the Summary Notice and the confirmations of publication are attached hereto as **Exhibit B**.

## TELEPHONE HELPLINE AND WEBSITE

8.      On September 4, 2019, Epiq established and continues to maintain a case-specific, toll-free telephone helpline, 1-855-474-3896, to accommodate Class Members' inquiries.  The toll-free number was set forth in the Notice and on the case website.  Epiq has been and will continue to promptly respond to all inquiries to the toll-free telephone helpline.

9.      On September 4, 2019, Epiq also established and continues to maintain a website dedicated to these Settlements (www.AequitasSettlements.com) to provide additional information to Class Members and to provide answers to frequently asked questions.  The website address was set forth in the Notice and the Summary Notice.  The website includes information regarding the Action and Settlements, including the exclusion, objection, and the date, time, and location of the Court's Settlement Hearing.  Copies of the Notice, Stipulations, and other court documents are posted on the website and are available for downloading.

## REQUESTS FOR EXCLUSION AND OBJECTIONS RECEIVED TO DATE

10.      The Notice informs potential Class Members that written requests for exclusion from the Class must be mailed to *Aequitas Settlements*, c/o Epiq, P.O. Box 10450 Dublin, OH

43017-4050, such that they are postmarked no later than October 29, 2019.  The Notice also sets forth the information that must be included in each request for exclusion.  Epiq has monitored and will continue to monitor all mail delivered to this address.  To date, Epiq has received no requests for exclusion.

11.    The Notice also informed potential Class Members that objections to the Settlements must be mailed or delivered such that they are received by the Court and Lead Counsel for the Class no later than October 29, 2019.  The Notice set forth the information that must be included in an objection to the Settlements.  Epiq has been informed by Class Counsel, that as of October 14, 2019, no objections have been received.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on October 15, 2019 in Seattle, Washington.

_____

JORDAN BROKER

# EXHIBIT A

**NOTICE OF PENDENCY AND PROPOSED SETTLEMENTS OF CLASS ACTION**

*IF YOU PURCHASED COVERED AEQUITAS SECURITIES ON OR AFTER JUNE 9, 2010, YOU MAY BE ENTITLED TO A PAYMENT FROM THE CLASS ACTION SETTLEMENTS.[1]*

**A federal court authorized this Notice.  This is not a solicitation from a lawyer.**

The purpose of this Notice is to inform you of: (i) the pendency of this class action (the "Action"); (ii) the proposed Settlements of the Action with the Defendants in the Action (the "Settlements," as defined below); and (iii) the hearing to be held by the Court to consider: (a) whether the Settlements should be approved; and (b) Class Counsel's application for attorneys' fees and expenses (the "Settlement Hearing").  This Notice describes important rights you may have and what steps you must take if you wish to be excluded from the Class (defined below).

The proposed Settlements have been reached with Defendants Deloitte & Touche LLP ("Deloitte"); EisnerAmper LLP ("EisnerAmper"); Sidley Austin LLP ("Sidley"); TD Ameritrade, Inc. ("Ameritrade"); Duff & Phelps, LLC ("Duff"); Tonkon Torp LLP ("Tonkon"); and Integrity Bank & Trust ("Integrity") (the "Defendants").  The Settlements resolve all claims in the Action.

**Terms of the Settlements:**  The Settlements provide for $234,613,000, collectively, in cash (the "Settlement Funds") paid pursuant to the terms of each settlement agreement.  Deloitte, EisnerAmper, Sidley, Ameritrade and Duff entered into a Stipulation and Agreement of Settlement, dated as of July 8, 2019 (the "Global Settlement"), that provides for $220,000,000 in cash (the "Global Settlement Fund").  Tonkon Torp entered into a Stipulation and Agreement of Compromise, Settlement and Release, dated May 31, 2018 (the "Tonkon Settlement"), that provides for $12,913,000 in cash (the "Tonkon Settlement Fund").  Integrity entered into a Stipulation and Agreement of Compromise, Settlement and Release, dated April 24, 2019 (the "Integrity Settlement"), that provides for $1,700,000 in cash (the "Integrity Settlement Fund").  The Global, Tonkon, and Integrity Settlements are collectively referenced herein as the "Settlements."  The proceeds from these Settlements will be distributed to Class Members on a proportionate basis calculated by determining each Class Member's Net Loss (defined below) as a percentage of all Class Member Net Losses.  See the answer to question 9 (page 7) for more information regarding the allocation of the proceeds from these Settlements.

**Eligible Securities, Class and Class Period:**  The eligible securities included in this Action (the "Covered Aequitas Securities") include all securities issued by: 1) Aequitas Commercial Finance, LLC ("ACF"); 2) Aequitas Income Opportunity Fund, LLC ("AIOF"); 3) Aequitas Income Opportunity Fund II, LLC ("AIOF-II"); 4) Aequitas Capital Opportunities Fund, LP ("ACOF"); 5) Aequitas Income Protection Fund, LLC ("AIPF"); 6) Aequitas Enhanced Income Fund, LLC ("AEIF"); 7) Aequitas ETC Founders Fund, LLC ("AETC"); and 8) MotoLease Financial, LLC ("AMLF").  The "Class" consists of all persons who purchased Covered Aequitas Securities on or after June 9, 2010 (the "Class Period") and who had an account balance related to any Covered Aequitas Securities as of March 31, 2016.  The Class excludes: (a) Defendants; (b) the past and present officers and directors of the Aequitas affiliated companies, including without limitation Robert Jesenik, Brian Oliver, Craig Froude, Scott Gillis, Andrew MacRitchie, Olaf Janke, Brian Rice, William Ruh, Steve Hedberg, Brett Brown, Tom Goila, Patricia Brown, Bill Malloy, and Thomas Szabo, and their respective families and affiliates; (c) the past and present members of the Aequitas Advisory Board, including without limitation William McCormick, L. Martin Brantley, Patrick Terrell, Edmund Jensen, Donna Miles, William Glasgow, Keith Barnes, Bob Zukis, and their respective families and affiliates; (d) registered investment advisors and investment advisor representatives; (e) any investor who received finder's fees or other consideration from Aequitas in connection with referring investors to Aequitas; and (f) plaintiffs in certain individual actions (which actions are detailed below).[2]

---

[1] This Notice incorporates by reference the definitions in the Stipulations of Settlement for each of the Settlements, and all capitalized terms used, but not defined herein, shall have the same meanings as in the Stipulations.  The three Stipulations can be obtained at www.AequitasSettlements.com.

[2] The Tonkon, Integrity and Global Settlements each detail the list of individual actions whose plaintiffs are excluded from the Class.  The Tonkon and Integrity Settlements exclude the plaintiffs in the following actions:  *Wurster, et. al. v. Deloitte & Touche  LLP, et al.*, Case No. 16CV25920, Multnomah County Circuit Court; *Pommier, et al. v. Deloitte & Touche, LLP, et al.*, Case No. 16CV36439, Multnomah County Circuit Court; *Ramsdell, et al. v. Deloitte & Touche, LLP, et al.*, Case No. 16CV40659, Multnomah County Circuit Court; *Albers, et al. v. Deloitte & Touche, LLP, et al.*, Case No. 2:16CV02239 (USDC D. Or.); *Layton, et al. v. Deloitte & Touche LLP, et al.*, Case No. 17CV42915, Multnomah County Circuit Court; and *Cavanagh, et al. v. Deloitte & Touche LLP, et al.*, Case No. 18CV09052, Multnomah County Circuit Court.  The Global Settlement excludes plaintiffs in the prior listed individual actions, and further excludes the plaintiffs in *Royal Fund LP, et al. v. Deloitte & Touche, et al.*, Case No. 19CV22914, Multnomah County Circuit Court ("*Royal Fund*").  Therefore, the *Royal Fund* plaintiffs are eligible to participate in the Tonkon and Integrity Settlements, but not the Global Settlement.  Further, notwithstanding the foregoing exclusions from the Tonkon Settlement, the following individuals are eligible to participate in the Tonkon Settlement (but remain excluded from the Integrity and Global Settlements):  Jeanette Lao, as trustee of the Jeanette Lao Rollover IRA, Claire Lin, as trustee of Claire Yan Lin Roth IRA, and Calmar Optcom, Inc.  Plaintiffs in *Royal Fund*, Jeanette Lao, as trustee of the Jeanette Lao Rollover IRA, Claire Lin, as trustee of Claire Yan Lin Roth IRA, and Calmar Optcom, Inc., are referenced collectively herein as the "Partially Covered Class Members."

**Reasons for Settlements[3]:**  The Settlements provide a substantial recovery for the Class.  In addition to the total settlement amount of $234,613,000, the court-appointed Aequitas Receiver estimates that the Class will receive 64% of the Receiver's total distribution to Aequitas investors, or $64-77 million.  Combined, the total settlement amount and the total distribution from the Receiver exceed the total "out-of-pocket" losses of the Class (principal investments less payments of principal and interest), which are estimated to be $263.8 million. The Settlements avoid the costs, delay and risks associated with continued litigation, including the danger of no recovery.  Continuing with the case could have resulted in loss at summary judgment or trial or on appeal.  The parties vigorously disagree on both liability and the amount of money that could have been won if the Class Representatives prevailed at trial.  Defendants expressly deny all of the claims and allegations of wrongdoing or liability made against them arising out of any of the conduct alleged in the Action.  Defendants' asserted legal and factual defenses pose a significant risk to the ability of the Class Representatives to obtain a larger judgment at trial.  Furthermore, Tonkon Torp and Integrity have limited resources and their financial ability to pay a judgment is limited.  The insurance policies represent some Defendants' most substantial assets to pay a judgment and, in the absence of a settlement, the available insurance will be diminished or depleted entirely by attorney fees incurred to defend those Defendants through trial and appeal.  The Class Representatives and Class Counsel believe that this substantial benefit, payable upon final approval of the Settlements by the Court, is preferable to the risks of continued litigation and the possibility of a smaller recovery, or no recovery, years into the future after a trial and any appeals.

**Attorneys' Fees and Expenses:**  Court-appointed Class Counsel will ask the Court for attorneys' fees up to 25% of the Global Settlement Fund, up to 20% of the Tonkon Settlement Fund and up to 20% of the Integrity Settlement Fund, and reimbursement of litigation expenses to be paid from the Settlement Funds.  Class Counsel have not received any payment for their work investigating the facts, prosecuting this Action, and negotiating these Settlements on behalf of the Class Representatives and the Class.

**Deadlines:**

| | |
|---|---|
| Request Exclusion: | October 29, 2019 |
| File Objection: | October 29, 2019 |
| **Court Hearing on Fairness of Settlements:** | November 26, 2019 |

**More Information:**

| Claims Administrator: | Representatives of Class Counsel: | |
|---|---|---|
| Aequitas Settlements<br>c/o Epiq<br>P.O. Box 10450<br>Dublin, OH 43017-4050<br>(855) 474-3896<br>www.AequitasSettlements.com | Steve W. Berman<br>Karl P. Barth<br>Hagens Berman Sobol Shapiro LLP<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>(206) 623-7292<br>AequitasSettlements@hbsslaw.com | Keith A. Ketterling<br>Timothy S. DeJong<br>Jennifer S. Wagner<br>Stoll Stoll Berne Lokting & Shlachter P.C.<br>209 SW Oak Street, Suite 500<br>Portland, OR 97204<br>(503) 227-1600<br>AequitasSettlements@stollberne.com |

**Your legal rights are affected whether you act or do not act.  Read this Notice carefully.**

**DO NOT CALL THE COURT WITH QUESTIONS ABOUT THE SETTLEMENTS**

---

[3] The estimates set forth herein are estimates only that are based on certain assumptions and are not guarantees.

| YOUR LEGAL RIGHTS AND OPTIONS IN THESE SETTLEMENTS | |
|---|---|
| **DO NOTHING** | If you agree to the Settlements and wish to participate in the distribution of the proceeds from these Settlements, you do not need to do anything. |
| **EXCLUDE YOURSELF** | Get no payment.  This is the only option that allows you to pursue your own lawsuit against Defendants or the released parties for the legal claims in this Action or any other released claims.[4] |
| **GO TO THE HEARING** | You may ask to speak in Court about the fairness of the Settlements, the request for attorneys' fees, charges, and expenses, or the Plan of Allocation. |
| **OBJECT** | You may write to the Court if you do not like any aspect of the Settlements, the request for attorneys' fees, charges, and expenses, or the Plan of Allocation.  If you exclude yourself, you cannot also object to the Settlements. |

- These rights and options, *and the deadlines to exercise them,* are explained in this Notice.

- The Court in charge of this case must decide whether to approve the Settlements.  Payments will be made if the Court approves the Settlements and after objections or appeals, if any, are resolved.  Please be patient.

**BASIC INFORMATION**

**1.      Why Did I Get This Notice Package?**

This Notice is being sent to you pursuant to an order of the United States District Court for the District of Oregon (the "Court") because you may have purchased Covered Aequitas Securities on or after June 9, 2010, and suffered losses thereby.  The Court directed that you be sent this Notice because, as a potential member of the Class, you have a right to know about the proposed Settlements with the Defendants in this class action lawsuit, and about all of your options, before the Court decides whether to approve the Settlements.

The United States District Court for the District of Oregon is the Court in charge of the case, and the case is known as *Ciuffitelli, et al. v. Deloitte & Touche LLP, et al.*, No. 3:16-cv-00580-AC (the "Action").  The following plaintiffs brought this case on behalf of themselves and others similarly situated:  Lawrence P. Ciuffitelli (on behalf of himself and as Trustee of the Ciuffitelli Revocable Trust U/A 5/1/1996); Greg and Angela Julien (as Trustees of the Gregory and Angela Julien Revocable Trust U/A 7/2/2012); R.F. MacDonald Co.; James and Susan MacDonald (as co-Trustees of the MacDonald Family Trust U/A 12/05/2000); William Ramstein; Greg Warrick (on behalf of himself and as co-Trustee of the Warrick Family Trust); and Susan Warrick (as co-Trustee of the Warrick Family Trust) (collectively referred to as the "Class Representatives").  The Class Representatives and Defendants that have been sued have entered into proposed Settlements.  The Settlements are only effective if they are approved by the Court.

This package explains the lawsuit, the terms of the Settlements, your legal rights, what benefits are available, who is eligible for those benefits, and how to obtain them.  The purpose of this Notice is to inform you of this Action, that it is a proposed class action, how you might be affected, and how to exclude yourself from the Settlements if you wish to do so.  It is also being sent to you to inform potential members of the Class of a hearing to be held by the Court to consider the fairness and reasonableness of the Settlements and the Plan of Allocation and to consider Class Counsel's motion for attorneys' fees and for the reimbursement of litigation expenses (the Settlement Hearing).

---

[4]  As discussed in footnote 2, the Partially Covered Class Members are excluded from the Tonkon, Integrity and/or Global Settlement(s). Notwithstanding anything else to the contrary herein, the Partially Covered Class Members (*and only the Partially Covered Class Members*) may participate in the settlement(s) in which they are eligible to participate without being bound by the releases in the settlement(s) from which they are excluded.  For clarity, plaintiffs in *Royal Fund* may participate in the Tonkon and Integrity Settlements, without being bound by the releases in the Global Settlement from which they are excluded.  Jeanette Lao, as trustee of the Jeanette Lao Rollover IRA, Claire Lin, as trustee of Claire Yan Lin Roth IRA, and Calmar Optcom, Inc. may participate in the Tonkon Settlement, without being bound by the releases in the Integrity and Global Settlements from which they are excluded.

The Settlement Hearing will be held before the Honorable John V. Acosta on November 26, 2019, in Courtroom 11B of the United States District Court for the District of Oregon, Mark O. Hatfield U.S. Courthouse, 1000 SW Third Ave., Portland, OR 97204. At the Settlement Hearing, the Court will determine:

(i)     whether the Settlements are fair, reasonable, and adequate, and should be finally approved by the Court;

(ii)    whether the judgments provided for under the Settlements should be entered, dismissing the claims against Defendants, and whether the releases set forth in the Settlements should be ordered;

(iii)   whether the Plan of Allocation is fair and reasonable, and should be approved by the Court; and

(iv)   whether Class Counsel's motion for an award of attorneys' fees and reimbursement of litigation expenses should be approved.

This Notice does not express any opinion by the Court concerning the merits of any claim in the Action, and the Court still has to decide whether to approve the Settlements.  If the Court approves the Settlements, and after any objections or any appeals are resolved, the Claims Administrator appointed by the Court will make the payments that the Settlements allow.

| 2. | What Is This Lawsuit About, and What Has Happened in the Lawsuit So Far? |
|---|---|

On April 4, 2016, the Class Representatives filed a proposed class action. The Class Representatives, on behalf of themselves and all other similarly situated investors, assert claims under the Oregon Securities Law based on their purchases of Covered Aequitas Securities. Aequitas Capital Management, LLC and related entities ("Aequitas"), prior to their failure in 2016, raised hundreds of millions of dollars from more than 1,500 investors by selling securities. The Class Representatives allege that the Covered Aequitas Securities were sold in violation of the Oregon Securities Law because Aequitas: 1) did not register the securities; and 2) sold the securities by means of untrue statements and omissions of material adverse facts regarding: a) undisclosed prior business failures; b) the use of investor funds and the inability to purchase receivables assets; c) undisclosed dependence on renewals of short-term notes; d) misleading asset valuations; and (e) various other misrepresentations. The lawsuit alleges that, as a result of these violations of the Oregon Securities Law, the Class Representatives and other investors lost hundreds of millions of dollars.  The lawsuit further alleges that the Defendants are jointly and severally liable for the violations of the Oregon Securities Law because they participated or materially aided in the allegedly illegal securities sales.  Defendants deny liability.

Deloitte and EisnerAmper are accounting firms that provided auditing services to certain Aequitas entities.  Tonkon and Sidley are law firms that provided legal services to certain Aequitas entities. Integrity is a commercial bank that facilitated sales of more than $100 million of Aequitas securities and acted as custodian for those securities.  Ameritrade acted as a custodian for Aequitas securities and recommended and referred investors to financial advisors participating in Ameritrade's "Advisor Direct" program, and investors purchased more than $100 million of Aequitas securities through those advisors.  Duff performed valuation services and prepared appraisal reports for Aequitas.  The Class Representatives allege that the Covered Aequitas Securities were sold with the participation and material aid of Defendants.

| 3. | Why Is This Action a Class Action? |
|---|---|

In a class action, one or more people called class representatives (in this case the Class Representatives identified above) sue on behalf of people who have similar claims.   All of these people and/or entities together are called a "Class" or "Class Members."   One court resolves the issues for all Class Members, except for those who exclude themselves from the Class.

| 4. | Why Is There a Settlement? |
|---|---|

The parties disagree about numerous issues in this Action, including: (1) whether the Covered Aequitas Securities were required to be registered; (2) whether the Covered Aequitas Securities were sold by means of false statements or omissions; (3) whether the Defendants can be held liable for the sale of the Covered Aequitas Securities; (4) whether the applicable statute of limitations bars the Class Representatives' claims; and (5) whether the Action can properly be maintained as a class action.

The Court did not decide in favor of the Class Representatives or Defendants.  Instead, the lawyers for all parties to the Action and Defendants' insurers, with the assistance of experienced mediators, have negotiated settlements that they believe are in the best interests of their respective clients. The Settlements allow all parties to avoid the risks and cost of lengthy and uncertain litigation and the uncertainty of a trial and appeals, and permit Class Members to be compensated without further delay.

Had the case proceeded, the Class faced numerous difficult and complex legal and factual issues that presented significant risks to the case.  Had Defendants prevailed on any one of these issues, the Class would have received nothing.  Furthermore, some Defendants have limited ability to pay.

In light of the risks of continued litigation, the Class Representatives and Class Counsel believe that the Settlements are fair, adequate, and reasonable, and in the best interest of all Class Members.  The Class Representatives and Class Counsel also believe that Settlements provide a substantial benefit, namely the payment of $234,613,000 before court-awarded attorney's fees and reimbursement of costs, as compared to the risk that the claims would produce a similar, smaller, or no recovery after summary judgment, trial, and any appeals, possibly years in the future.

## WHO IS IN THE SETTLEMENTS

To see if you will get money from the Settlements, you first have to determine if you are a Class Member.

| 5. | How Do I Know if I Am Part of the Settlements? |
|---|---|

The Class includes all persons who purchased Covered Aequitas Securities on or after June 9, 2010 and had an account balance related to any Covered Aequitas Securities as of March 31, 2016.

You are a Class Member only if you purchased Covered Aequitas Securities on or after June 9, 2010 and had an account balance related to any Covered Aequitas Securities as of March 31, 2016.

| 6. | What Are the Exceptions to Being Included? |
|---|---|

You are not a Class Member if you submit a valid and timely request for exclusion from the Class or if you are (a) a defendant in this Action; (b) a past or present officer or director of an Aequitas-affiliated company; (c) a past or present member of the Aequitas Advisory Board; (d) a registered investment advisor or investment advisor representative; (e) an investor who received finder's fees or other consideration from Aequitas in connection with referring investors to Aequitas; or (f) a plaintiff in other litigation that has been filed against any of the Defendants in this Action (as further discussed in footnote 2).

| 7. | I'm Still Not Sure if I Am Included. |
|---|---|

If you are still not sure whether you are included, you can ask for free help.  You can call the Claims Administrator (Epiq Class Action & Claim Solutions or "Epiq") at 1-855-474-3896, or Class Counsel listed in the answer to Question 26 for more information.

## THE SETTLEMENT BENEFITS — WHAT YOU GET

| 8. | What Do the Settlements Provide? |
|---|---|

Defendants have agreed to pay $234,613,000 in cash pursuant to the Settlements. These payments, less all Taxes, Tax Expenses, costs of administration of the Settlements, and attorneys' fees and litigation expenses awarded to Class Counsel shall constitute the "Net Settlement Fund" available for distribution to Class Members pursuant to the Plan of Allocation discussed below.  The Net Settlement Fund is separate from, and in addition to, any distribution you may receive from the Aequitas Receiver.

| 9. | How Will the Settlements Be Allocated (the "Plan of Allocation")? |
|---|---|

The Claims Administrator will issue a check to each Class Member based upon losses on Covered Aequitas Securities purchased during the Class Period. The Claims Administrator will determine the amount of each Class Member's loss based upon the amount of Covered Aequitas Securities purchased during the Class Period, minus any principal or interest payments received on those Covered Aequitas Securities. That amount will be the Class Member's "Net Loss." Based upon information available to the Claims Administrator from Aequitas records, you will receive notice of your Net Loss from the Claims Administrator. If you agree with that number, you need not take any further action to receive the payment. If you believe there was an error in calculating your Net Loss, then you may write to the Claims Administrator enclosing copies of documents showing the amount of your purchases of Covered Aequitas Securities during the Class Period, and, if applicable, the amount of each payment you received on those investments, and the Claims Administrator will review your submission and make any necessary adjustment.

The Claims Administrator will pay each Class Member on a proportional basis calculated by determining each Class Member's Net Loss as a percentage of all Class Member Net Losses.[5]

It is not possible to determine how much any individual Class Member may receive from the Net Settlement Fund at this time. The calculation of a Net Loss is not intended to be an estimate of, nor does it indicate, the amount that a Class Member might have been able to recover after a trial. Nor is the calculation of a Net Loss an estimate of the amount that will be paid to a Class Member from the Net Settlement Fund. The Plan of Allocation provides a formula for proportionately allocating the Net Settlement Fund to Class Members. That computation is only a method to weigh Class Members' claims against one another. Each Class Member will receive a pro rata share of the Net Settlement Fund based on his, her, or its Net Loss.

Payment pursuant to the Plan of Allocation set forth above shall be conclusive against all Class Members. No person shall have any claim against the Class Representatives, Class Counsel, Defendants, any claims administrator or other person designated by Class Counsel or Defendants and/or the other released parties and/or their counsel based on distributions made substantially in accordance with the Settlements, the Plan of Allocation, or further orders of the Court. The Plan of Allocation is separate from the Settlements and any decision by the Court regarding the Plan of Allocation will not affect the finality of approval of the Settlements.

## HOW YOU GET A PAYMENT

| 10. | How Will I Get a Payment? |
|-----|---------------------------|

If the Court grants final approval of the Settlements, Class Members will receive a check in the mail from the Claims Administrator.

| 11. | When Will I Get My Payment? |
|-----|------------------------------|

The Court will hold the Settlement Hearing on November 26, 2019, to decide whether to approve the Settlements. If the Court approves the Settlements, there may be appeals. It is always uncertain whether these appeals can be resolved favorably, and resolving them can take time, perhaps several years. Please be patient.

| 12. | What Am I Giving Up to Get a Payment or Stay in the Class? |
|-----|-------------------------------------------------------------|

Unless you exclude yourself, you are staying in the Class, and that means that you cannot sue, continue to sue, or be part of any other lawsuit against any Defendant about the claims asserted in this Action or that could have been asserted in this Action.[6] It also means that all of the Court's orders will apply to you and legally bind you and you will release your released claims against the released parties as outlined below.

### a. Terms of the Global Settlement Release

The "Global Released Parties" include (1) Deloitte, EisnerAmper, Sidley, Ameritrade and Duff (the "Global Released Defendants"), (2) the Global Released Defendants' predecessors, successors, affiliates, Subsidiaries, divisions, assignors and assigneds, (3) individuals and entities (such as officers, directors, and employees) associated with the foregoing as more fully detailed in the Global Settlement; and (4) each of the Global Released Defendants' insurers, reinsurers, excess insurers, underwriters and claims administrators.

The "Global Releasing Class Members" include (1) the Class Representatives, (2) all members of the Class, and (3) each of the foregoing's agents, representatives, attorneys, heirs, administrators, executors, assigns, predecessors and successors in interest, and any other person or entity claiming by, through, on behalf of, or for the benefit of any of them.

---

[5] In the event that certain of the Partially Covered Class Members discussed in footnotes 2 and 4 do not opt out, the Claims Administrator will perform a separate allocation calculation for the Global, Tonkon and Integrity Settlements. In that event, the Claims Administrator will calculate each eligible Class Member's Net Loss as a percentage of all eligible Class Member Net Losses separately for the Global, Tonkon and Integrity Settlements. The Claims Administrator will then determine the proportional payment to which each eligible Class Member is entitled from the Global, Tonkon and/or Integrity Settlements, and will pay each Class Member the aggregate payment to which they are entitled.

[6] As discussed in footnotes 2 and 4, the Partially Covered Class Members (and only the Partially Covered Class Members) may participate in the settlement(s) in which they are eligible to participate without being bound by the releases in the settlement(s) from which they are excluded.

Upon the Effective Date of the Global Settlement, and without any further action, each of the Global Releasing Class Members releases each of the Global Released Parties from all known and unknown claims in any way relating to the Action, including without limitation all claims that are based upon, arise out of, or are related in any way to: (1) the conduct, transactions, or occurrences set forth in any pleading in the Action; (2) the Action; (3) the purchase, issuance, sale, or solicitation of the sale of any securities or financial instruments issued by any Aequitas Entity (as defined in the Global Settlement); (4) the Defendants' provision of any accounting, legal, or other services to any Aequitas Entity or to or for the benefit of any purchaser or holder of any securities or financial instruments issued by any Aequitas Entity; and (5) the conduct of the settlement negotiations and the negotiation of the Global Settlement (except for representations or obligations expressly included therein).

**b.    Terms of the Integrity Settlement Release**

The "Integrity Released Parties" include Integrity, its directors, officers, employees and shareholders, and Integrity's insurers.

Upon the Effective Date of the Integrity Settlement, and without any further action, the Class Representatives and each member of the Class releases the Integrity Released Parties, and Integrity releases the Class Representatives and each member of the Class, from:

a) All claims which any member of the Class and the Integrity Released Parties had, has, or may in the future have against one another, regardless of whether any such claim is direct or indirect, known or unknown, contingent or absolute, suspected or unsuspected, disclosed or undisclosed, liquidated or unliquidated, matured or unmatured, accrued or unaccrued, apparent or unapparent, now existing or hereafter arising, provided that any such claim:

   (i)    arises out of the conduct, transactions, or occurrences set forth or attempted to be set forth in the pleadings, including future pleadings, in the Action, including such claims that have been asserted or could have been asserted, as well as claims that might be able to be asserted in the future; or

   (ii)    relates in any other way to the purchase, issuance, sale, or solicitation of the sale of any Aequitas Securities (as defined in the Integrity Settlement);

b) Contribution Claims, whether now existing or hereafter arising, even if arising after the effective date of the Integrity Settlement, and even if arising after final court approval(s) thereof;

   and:

c) With respect to any claims under a) or b), any claim regardless of the form of relief sought, including, but not limited to, claims for damages, attorneys' fees, costs, interest, and any other sums of money whatsoever, restitution, accounting, and also for any other form of legal or equitable relief.

**c.    Terms of the Tonkon Settlement Release**

The "Tonkon Released Parties" include Tonkon, all of its current attorneys (whether employees or partners); all attorneys who were either employed by, or partners in, Tonkon from January 1, 2006 to the present but who are no longer employed by Tonkon or partners in Tonkon; any of the foregoing attorneys who may have acted through professional corporations and those professional corporations; any contract attorneys who contracted with Tonkon during the period from January 1, 2006 to the present; all of Tonkon's employees; the agents or heirs of any of the foregoing individuals; Tonkon's successors and assigns; and Tonkon's insurers.

Upon the Effective Date of the Tonkon Settlement, and without any further action, the Class Representatives and each member of the Class releases the Tonkon Released Parties, and Tonkon releases the Class Representatives and each member of the Class, from:

a) All claims which any member of the Class and the Tonkon Released Parties had, has, or may in the future have against one another, regardless of whether any such claim is direct or indirect, known or unknown, contingent or absolute, suspected or unsuspected, disclosed or undisclosed, liquidated or unliquidated, matured or unmatured, accrued or unaccrued, apparent or unapparent, now existing or hereafter arising, provided that any such claim:

   (i)    arises out of the conduct, transactions, or occurrences set forth or attempted to be set forth in the pleadings, including future pleadings, in the Action, including such claims that have been asserted or could have been asserted, as well as claims that might be able to be asserted in the future; or

   (ii)    relates in any other way to the purchase, issuance, sale, or solicitation of the sale of any Aequitas Securities (as defined in the Tonkon Settlement); or

(iii)    relates to or arises out of any legal services Tonkon performed for any entity within the Receivership
Entity (as defined in the Tonkon Settlement);

b)    Contribution Claims, whether now existing or hereafter arising, even if arising after the effective date of the
Tonkon Settlement, and even if arising after final court approval(s) thereof;

and:

c)    With respect to any claims under a) or b), any claim regardless of the form of relief sought, including, but not
limited to, claims for damages, attorneys' fees, costs, interest, and any other sums of money whatsoever,
restitution, accounting, and also for any other form of legal or equitable relief.


## EXCLUDING YOURSELF FROM THE SETTLEMENTS

If you do not want a payment from the Settlements, but you want to keep any right you may have to sue or continue to sue
Defendants and the released parties on your own for any released claims, then you must take steps to get out of the
Class. This is called excluding yourself or is sometimes referred to as opting out of the Class.

| 13. | How Do I Get Out of the Class? |
| --- | --- |

To exclude yourself from the Class, you must send a letter by U.S. Mail stating that you want to be excluded from
*Ciuffitelli, et al. v. Deloitte & Touche LLP, et al.*, No. 3:16-cv-00580-AC.  You must include your name, address, and
telephone number.  You must sign and mail your exclusion request so that it is received no later than October 29,
2019 to:

Aequitas Settlements
c/o Epiq
P.O. Box 10450
Dublin, OH 43017-4050
www.AequitasSettlements.com

You cannot exclude yourself on the phone or by e-mail.  Your request must be in writing and signed by you.  If you ask to
be excluded, you are not eligible to get any Settlement payment, and you cannot object to the Settlements.  By excluding
yourself from the Class, you are also excluding yourself from any participation in the Action. You will not be legally bound
by anything that happens in Action, and will not receive any benefit from the Action.  Requests for exclusion may only be
signed and submitted by the beneficial owner of the Covered Aequitas Securities, or their authorized agent.

| 14. | If I Do Not Exclude Myself, Can I Sue Defendants for the Same Claim Later? |
| --- | --- |

No. Unless you exclude yourself, you give up any right to sue Defendants and the released parties for the released
claims.[7]  If you have a pending lawsuit against Defendants or the released parties, speak to your lawyer in that case
immediately.  Remember, the exclusion deadline is October 29, 2019.

| 15. | If I Exclude Myself, Can I Get Money from the Settlements? |
| --- | --- |

No.  If you exclude yourself, you will not be entitled to any recovery under the Settlements described here.  But, you may
sue, continue to sue, or be part of a different lawsuit against Defendant or the released parties asserting a released claim.

## THE LAWYERS REPRESENTING YOU

| 16. | Do I Have a Lawyer in This Case? |
| --- | --- |

The Court appointed the law firms of Hagens Berman Sobol Shapiro LLP and Stoll Stoll Berne Lokting & Shlachter P.C.
as Class Counsel to represent you and other Class Members.  Attorney Robert S. Banks is working with Class Counsel to
represent the Class.  These lawyers will apply to the Court for payment from the Settlement Funds; you will not otherwise
be charged for their work.  If you want to be represented by your own lawyer, you may hire one at your own expense.

---

[7] As discussed in footnotes 2 and 4, the Partially Covered Class Members (and only the Partially Covered Class Members) may participate in
the settlement(s) in which they are eligible to participate without being bound by the releases in the settlement(s) from which they are excluded.

| 17. | How Will the Lawyers Be Paid? |
|---|---|

At the Settlement Hearing, Class Counsel will request the Court to award attorneys' fees up to 25% of the Global Settlement Fund, up to 20% of the Tonkon Settlement Fund and up to 20% of the Integrity Settlement Fund and for reimbursement of charges and expenses that were incurred in connection with the Action.  If approved, this compensation will be paid from the Settlement Funds.  Class Members are not personally liable for any such fees or expenses.  To date, Class Counsel have not received any payment for their services in conducting this Action on behalf of the Class Representatives and the Class, nor have counsel been paid for their charges or expenses.  The fee requested will compensate Class Counsel for their work in achieving the Settlement Funds and will be within the range of fees awarded to class counsel under similar circumstances in other cases of this type.  The Court may award less than these amounts.

| 18. | Can I Make an Appearance in this Action? |
|---|---|

Yes.  Any Class Member may make an appearance in this Action through their own counsel, at their own expense.

## OBJECTING TO THE SETTLEMENTS

You can tell the Court that you do not agree with the Settlements, the Plan of Allocation, or Class Counsel's request for an award of attorneys' fees, charges, and expenses.

| 19. | How Do I Tell the Court that I Do Not Agree with the Settlements, the Plan of Allocation, or Class Counsel's Request for an Award of Attorneys' Fees and Expenses? |
|---|---|

If you are a Class Member (and have not excluded yourself from the Class), you can object to the Settlements, the Plan of Allocation, or Class Counsel's request for an award of attorneys' fees, charges, and expenses in representing the Class.  Any objection must be in writing and must include all grounds for the objection.  The Court will consider your views.  To object, you must send a letter saying that you object to the Settlements in *Ciuffitelli, et al. v. Deloitte & Touche LLP, et al.*, No. 3:16-cv-00580-AC; whether your objection(s) applies only to you, to a specific subset of the class, or to the entire class; and the reasons for your objection(s).  Be sure to include your name, address, telephone number, and your signature. Any objection must be mailed or delivered such that it is received by each of the following no later than October 29, 2019:

| *Court*: | *Class Counsel*: | |
|---|---|---|
| Clerk of the Court<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF OREGON<br>Mark O. Hatfield United States Courthouse<br>1000 SW Third Avenue<br>Portland, OR 97204 | Steve W. Berman<br>Karl P. Barth<br>Hagens Berman Sobol Shapiro LLP<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101 | Keith A. Ketterling<br>Timothy S. DeJong<br>Jennifer S. Wagner<br>Lydia Anderson-Dana<br>Stoll Stoll Berne Lokting &<br>Shlachter P.C.<br>209 SW Oak Street, Suite 500<br>Portland, OR 97204 |

| 20. | What Is the Difference Between Objecting and Excluding? |
|---|---|

Objecting is simply telling the Court that you do not like something about the Settlements.  You can object only if you stay in the Class.  Excluding yourself is telling the Court that you do not want to be part of the Class.  If you exclude yourself, you have no basis to object because the Settlements no longer affect you.

## THE COURT'S SETTLEMENT HEARING

The Court will hold a hearing to decide whether to approve the Settlements.  You may attend and you may ask to speak, but you do not have to.

| 21. | When and Where Will the Court Decide Whether to Approve the Settlements? |
|---|---|

The Court will hold the Settlement Hearing at 9:00 a.m., on November 26, 2019, in Courtroom 11B of the United States District Court for the District of Oregon, Mark O. Hatfield United States Courthouse, 1000 SW Third Ave., Portland, OR 97204. At this hearing, the Court will consider whether the Settlements are fair, reasonable, and adequate. If there are objections, the Court will consider them. The Judge will listen to people who have asked to speak at the hearing. The Court will also consider whether to approve Class Counsel's request for an award of attorneys' fees, charges, and expenses, and the Plan of Allocation. The Court may decide these issues at the hearing or take them under consideration.

We do not know how long these decisions will take. The Court may adjourn or continue the Settlement Hearing without further notice to the Class.

| 22. | Do I Have to Come to the Hearing? |
|---|---|

No.  Class Counsel will answer any questions that the Court may have.  But, you are welcome to come at your own expense.  If you send an objection, you do not have to come to Court to talk about it.  As long as your written objection is received on time, the Court will consider it.   You may also pay your own lawyer to attend, but it is not necessary.

| 23. | May I Speak at the Hearing? |
|---|---|

You may ask the Court for permission to speak at the Settlement Hearing.  To do so, you must send a letter saying that it is your intention to appear in *Ciuffitelli, et al. v. Deloitte & Touche LLP, et al*., No. 3:16-cv-00580-AC.  Be sure to include your name, address, telephone number, and signature.  Your notice of intention to appear must be received no later than October 29, 2019, by the Clerk of the Court and Class Counsel.  You cannot speak at the hearing if you exclude yourself from the Class because the Settlements no longer affect you.  You also cannot speak at the hearing if you have not provided written notice of your intention to speak at the Settlement Hearing, unless the Court orders otherwise.

**IF YOU DO NOTHING**

| 24. | What Happens If I Do Nothing at All? |
|---|---|

You do not have to do anything to participate in the Settlements.  If the Court grants final approval of the Settlements, you will be bound by the Settlements (including the releases provided in the Settlements) and will receive a payment based on the Plan of Allocation discussed above.

**GETTING MORE INFORMATION**

| 25. | Are There More Details About the Settlements? |
|---|---|

This Notice summarizes the proposed Settlements, but does not contain all of the details included in the Settlements.  You can get a copy of the Settlement Agreements at www.AequitasSettlements.com or by contacting the Claims Administrator or Class Counsel at the contact information provided below. You can also get a copy of the Settlement Agreements from the Clerk's office at the United States District Court for the District of Oregon, 1000 SW Third Ave., Portland, OR 97204 during regular business hours.

| 26. | How Do I Get More Information? |
|---|---|

You can call the Claims Administrator toll-free at (855) 474-3896, or visit the Claims Administrator's website at www.AequitasSettlements.com.  You can also contact Class Counsel:

Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101 (206) 623-7292
AequitasSettlements@hbsslaw.com

Timothy S. DeJong
Stoll Stoll Berne Lokting & Shlachter P.C.
209 SW Oak Street, Suite 500
Portland, OR 97204 (503) 227-1600
AequitasSettlements@stollberne.com


***DO NOT TELEPHONE THE COURT REGARDING THIS NOTICE***


DATED: August 7, 2019

BY ORDER OF THE COURT
UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

# EXHIBIT B

B8 | Wednesday, September 11, 2019

THE WALL STREET JOURNAL.

## BUSINESS NEWS

# Electric-Truck Maker Gets Fresh Funds

By Mike Colias



The vehicles use a skateboard layout with a battery under the floor and motors powering each wheel.

**Rivian Automotive,** an electric pickup-truck startup backed by automotive and technology companies including Amazon.com Inc., has landed $350 million from privately held **Cox Enterprises** as it prepares to launch its first vehicle next year.

Cox and Rivian will look to partner in areas such as vehicle maintenance and digital sales, Rivian Chief Executive RJ Scaringe said in an interview. Atlanta-based Cox operates its namesake cable company as well as dozens of auto-related businesses, including consumer website Kelley Blue Book and car-auction company Manheim Group.

Cox's investment gives Rivian's valuation to about $3.5 billion, a person familiar with the matter said. The companies declined to comment.

Founded a decade ago, the suburban Detroit-based startup has drawn attention in automotive circles since late 2018 after revealing a futuristic-looking electric pickup truck and a boxy electric sport-utility vehicle. The vehicles are expected to go on sale in the U.S. by the end of 2020, each priced around $70,000 before electric-vehicle tax credits.

The latest financing adds to the more than $1 billion Rivian already has raised from investors this year. **Ford Motor** Co. in April invested $500 million in Rivian and said it would co-de-

velop an electric vehicle using the startup's technology. That deal came after discussions between General Motors Co. and Rivian unraveled, people familiar with the matter have said.

Amazon this year led a $700 million financing round in Rivian. Amazon has a prototype delivery vehicle slated to use Rivian's electric system, people familiar with the project said. The companies declined to comment.

Traditional auto companies are pouring investment money into battery-powered vehicles, prompted in part by tightening tailpipe emissions regulations in China, Europe and elsewhere. Auto makers globally have committed more than $200 billion to develop hundreds of electric models in coming years, consulting firm AlixPartners estimates.

The shift has spawned dozens of electric-vehicle startups, many patterned after **Tesla** Inc.'s success with pricey electric sports cars. But relatively few startups have taken aim at electric pickup trucks and large SUVs, heavier vehicles that will require larger batteries. Detroit's auto makers generate the bulk of their profits from big pickup trucks and SUVs.

Rivian's trucks use a skateboard layout, with a large battery under the floor and electric motors powering each wheel, enabling the vehicle to travel around 400 miles a charge. The "lifestyle" vehicles are aimed at outdoors-minded buyers and will have off-road capability lacking in today's electric vehicles, Mr. Scaringe said.

"We have to reset expectations" of what electric vehicles are capable of, he said.

The company plans to assemble its trucks at a former Mitsubishi Motors Corp. plant in Normal, Ill., which it bought for about $16 million in 2017.

Rivian will have competition. Tesla has said it also will target the lucrative market for big American pickup trucks. In a tweet Saturday, Tesla Chief Executive Elon Musk said the company likely will unveil an electric pickup truck in November.

Ford is developing a battery-powered version of its F-150 pickup truck separate from its project with Rivian. GM has said it has an electric pickup truck in the works.

Mr. Scaringe said Rivian plans to sell its trucks directly to consumers, without a network of dealerships. It may lean on Cox or others for expertise in areas like vehicle maintenance and logistics, he said.

Cox's Manheim division operates a large auction network where dealers buy and sell used cars. Working with an upstart like Rivian will give the company a better view into future automotive trends, said Sandy Schwartz, president of Cox Automotive.

"We provide services from the time [cars] come off the assembly line to the time they go to the junkyard," Mr. Schwartz said in an interview. "We need to understand what that's going to look like five, 10, 15 years from now."

## Competition Looms for GameStop

By Micah Maidenberg

**GameStop** Corp. continues to struggle to hold on to customers as some of the biggest technology companies prepare to lure in gamers with new subscription services.

The videogame retailer on Tuesday reported sales in its fiscal second quarter of $1.29 billion, down 14% compared with a year earlier and less than the $1.34 billion that Wall Street analysts predicted, according to FactSet.

Shares of GameStop fell 16% in after-hours trading and are down 60% so far this year through Tuesday's close.

The company has been grappling with major shifts in the videogame market as consumers increasingly download games and skip purchases of packaged software.

On Tuesday, **Apple** Inc. said it would launch a videogame subscription service on Sept. 19 that costs $4.99 a month. Google, part of **Alphabet** Inc., plans to roll out a cloud-based gaming site in November that offers a $10-a-month option.

Comparable-store sales were down almost 12% in the quarter. GameStop's net loss expanded to $415.3 million, or $4.15 a share, from a loss of $24.9 million, or 24 cents a share, last year.

---

ADVERTISEMENT

## The Marketplace

To advertise: 800-366-3975 or WSJ.com/classifieds

### CLASS ACTION

**SUMMARY NOTICE OF PENDENCY AND PROPOSED SETTLEMENTS OF CLASS ACTION**

**SUMMARY NOTICE OF PENDENCY AND PROPOSED SETTLEMENTS OF CLASS ACTION**
**TO A PAYMENT FROM THE CLASS ACTION SETTLEMENTS:**

[Class action legal notice text]

### CAREERS

# A MISSION LIKE NO OTHER

**The Central Intelligence Agency**

The Central Intelligence Agency seeks high-performing, patriotic professionals with a diverse range of backgrounds, skill sets, and life experiences to serve the United States by advancing the Agency's mission as the nation's first line of defense. We are interested in candidates available for full-time, part-time, and consulting opportunities both at home and overseas.

For the intellectually curious adventurer looking for an unparalleled, high-impact international opportunity, we offer a way of life that challenges the deepest resources of an individual's intellect, resilience, and judgment. While no specific work background is required, candidates with experience in business, entrepreneurship, sales, marketing, real estate, and program management are highly desirable.

**Competitive candidates should possess the following:**
• US citizenship, dual US citizenship, or US Lawful Permanent Resident (LPR) status
• 3+ years of international experience
• The desire to live, travel, and work abroad
• Foreign language ability
• The ability to successfully complete medical and security processing

**Individuals must be physically located in the US to apply.**

Take the next step. Mail your résumé with a cover letter to:
Recruitment Center
Box 26
Dept. D-46
Washington, DC 20505

THE WORK OF A NATION.
THE CENTER OF INTELLIGENCE.

The CIA is an equal opportunity employer and a drug-free workforce.

### BUSINESS OPPORTUNITIES

**PRODUCER OF GLASS FIBER MATERIALS AND PRODUCTS**

Company in Chapter 11, sale process underway. Proprietary fiberglass furnace and needle mat operation. Combined 446,000 sq.ft. of manufacturing space on 95 acres, 2 hours southeast of Atlanta. Both operations can operate as standalone facilities, assets to be sold free and clear, together or separately.

Equity Partners HG
Ph: 866-969-1115 x 6    DBeall@EquityPartnersHG.com
U.S. Bankruptcy Court, Northern District of Georgia
Case No. 19-59440

**LOOKING FOR A NEW OPPORTUNITY?**
We need former biz owners, former executives or professionals adding on to their practice. Since there are significant changes with individuals into lucrative consulting practices. Start your capital required
Call 877-826-2998 or email us at consult888@gmail.com

**INDUSTRIAL TRANSPORTATION & PORTABLE STORAGE BUSINESS**
Rentals & Sales ▮ New & Used
Multi-million $ in profitable annual revenue.
Audited xls. Immediate Opportunity
Acquisiononopp@gmail.com

### BUSINESS OPPORTUNITIES

**INVEST IN FIRST MORTGAGES**
EARN 8-15% ANNUALLY ON WELL SECURED, SHORT TERM 1ST MORTGAGE LOANS.
MONTHLY DIVIDENDS
Last 6 years avg. return of 10.87%
*Past performance not an indicator of future results. Visit website for details & disclosures*
www.LYNKCapital.com
844-489-8454

### BUSINESS OPPORTUNITIES

**Patent Pending Business Method**
Service and Manufacturing
Land and Building included in southeast New Mexico.
Over $2.1 million revenue per year.
huge growth opportunities and great staff.
Owner's highly motivated to retire.
614-717-3215    doug.goh@gmail.com

**Low risk start-up seeks 1st investors.**

**$15,000,000**
PRIVATE LOAN WANTED
10 YEAR TERM, FIXED APR
100% SECURED
PRIVATE INVESTORS ONLY
NO BROKERS
INFO@LVAZ.ORG

**REDUCE INCOME TAXES**
Tax Deductions Available Through
Conservation Easements
256-680-3360
1-855-TAX-CUT-0
Call Holt 1-863-430-3698

### BUSINESS OPPORTUNITIES

**DON'T MISS OUT!**
Apartment business innovation enables working class to own apartments – with major advantages over investment class.
Shrinks wealth gap–changes the world
614-717-3215    doug.goh@gmail.com

**TOP DOMAINS FOR SALE**
OTFI.COM — 2.5M
DIGITALONE.COM — 350K
WEBUYUSDAARS.COM — 250K
GOLDENELIXIRS.COM — 175K
BROCHURES.COM — 150K
REDHONDINGDRESS@WEBUY.COM

**WWW.CAMBRIDGE.COM FOR SALE**
Prestigious, easily available URL.
Highly searchable, provides instant credibility with a strong, positive branding association.
$395,000
Contact 1-855-530-3698

### CAREERS

**Phelps Health**
in Rolla MO,
has an opening for
neurology physician.
Contact Beth Hedrick
ehedrick@phelpshealth.org

### NOTICE OF SALE

**Public Asset Sale of Collateral under Article 9 of the Uniform Commercial Code**

### TRAVEL

**Save Up To 60%**
First & Business
INTERNATIONAL
Major Airlines, Corporate Travel
Never Fly Coach Again!
www.cooktravel.net
(888)-473-3941



# AFFIDAVIT

STATE OF NEW JERSEY                )
                                   ) ss:
CITY OF MONMOUTH JUNCTION, in the COUNTY OF MIDDLESEX )

I, Andrew Introne, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher

of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout

the United States, and that the notice attached to this Affidavit has been regularly

published in THE WALL STREET JOURNAL for Pacific Northwest distribution for

1   insertion(s) on the following date(s):

SEP-11-2019;

ADVERTISER: Aequitas;

and that the foregoing statements are true and correct to the best of my knowledge.

Sworn to before me this
11   day of    September   2019

Notary Public



## PUBLIC NOTICES GENERAL




**Miracles Central Apartments**
1306 NE 2nd Avenue
Portland, Oregon 97232
Phone: (503) 206-4798
TTY: 711

The Miracles Central Waiting list will be Opening and accepting applications

Starting
Monday, September 16, 2019

Contact us to apply or you can submit an application at

www.miraclescentral.com

This institution is an equal opportunity provider and employer.

Professionally Managed by Guardian Management LLC

## PUBLIC NOTICES GENERAL

**PORT OF ASTORIA**
West Marina Dredging
Bids due 4:00 PM, October 8, 2019
INVITATION TO BID (ITB)

The Port of Astoria, Oregon ("Port") seeks to engage a qualified dredging contractor to remove 75,000 cubic yards of material from its West Basin Marina over the course of the next three fiscal years. The project includes dredging and conveyance of dredge materials via hydraulic/flow-lane disposal.

Sealed bids must be submitted to Matt McGrath, Director of Operations, or designee, at Port Conference Room located at 10 Pier One Suite 304, Astoria, Oregon, up to the hour of 4 p.m., Pacific Local Time, Tuesday, October 8th, 2019. Bids will be publicly opened and read aloud at that time. Late bids will not be accepted.

A mandatory pre-bid meeting and site visit will be held Tuesday, September 24th, 2019 at 1 p.m.

This is a public works project subject to Oregon prevailing wage requirements (ORS 279C.800 et seq.).

The full invitation to Bid, plans, specifications, bid documents and addenda for this project will be available online at the Port of Astoria website: www.portofastoria.com/Public_Notice.aspx

**CLASSIFIED ADS ARE TIMELY**
In print and online OREGONLIVE.COM/placead

## PUBLIC NOTICES GENERAL

**SALEM POLICE DEPARTMENT**
September 4, 2019
NOTICE OF UNCLAIMED PROPERTY
The Salem Police Department has in its physical possession the unclaimed property described below. If you have any ownership interest in any of this unclaimed property, you must file a claim with the Salem Police Department, before Wednesday, October 2, 2019 or you will lose your interest in this property.

Firearms, computers and electronics, misc jewelry, domestic and foreign money, sports memorabilia and equipment, and misc toys and gaming equipment, musical instruments, cameras, misc tools, bicycles, misc clothes and accessories, construction tools and power equipment.

You will be required to describe the item and provide legitimate proof of purchase and/or ownership. To inquire or file a claim, please contact:
Salem Police Evidence Unit
555 Liberty St SE, Suite 130
Salem, OR 97301
or call (503) 588-6104

**Franchise Review**
The City of Beaverton is now reviewing existing franchise applications for the collection of solid waste and recycling. For any questions or comments, please contact the Solid Waste and Recycling Program at recyclingmail@BeavertonOregon.gov or by mail to Solid Waste and Recycling, PO Box 4755, Beaverton, OR 97076 by 4 p.m., September 20, 2019.

## PUBLIC NOTICES GENERAL

**Sole  Source/Special  Procurement:** Salem-Keizer School District 24J is providing notice of the intent to establish a contract with John Van Dreal Consulting, LLC as the only known provider of consulting services specific to safety and education related supports for students within the District. The value of the contract is less than $150,000. Interested parties wishing to comment or request inclusion, must provide written notification to the District's Procurement & Contracting Services department, attention LaVon Maskell no later than 3:00 p.m., Tuesday, September 17, 2019. Submit comments via US Mail, hand delivery or via email to maskell_lavon@salkeiz.k12.or.us

**INVITATION TO BID**
Abandoned property of The Estate of Timothy Harding and All Others. For Sale, a 1974 Hornette, Serial #039101541, Home ID #183913. The mobile home is located at 6900 SW 195th Ave., #254, Beaverton, OR 97007 in Pine Ridge Park. This will be a private sale with a minimum bid of $4,150.00 and the home must be removed from the park after purchase. Bids accepted until September 26, 2019. Send/submit bids to 18150 SW Boones Ferry Road, Portland, OR 97224, Attn: Susan. Please call Isabel at 503-649-5146 for appointment to see home.

**Extend Your Reach**
Print and online ads with The Oregonian.
Visit OREGONLIVE.COM/placead
or Call 503-221-8000

## PUBLIC NOTICES GENERAL

The Milwaukie City Council will hold a public hearing at 6:00 p.m. on Tuesday, September 17 at Milwaukie City Hall, 10722 SE Main St, to consider a proposal to declare as surplus the real property owned by the City of Milwaukie located at 2215 SE Harrison St (Fond House) for the purposes of a sale of real estate. For more information about the proposal, please contact Leila Aman, Community Development Director at 503-786-7616 or amanl@milwaukieoregon.gov

**COLUMBIA SELF STOR**
19488 Molalla Ave, Tualatin 97062
503-692-3435 - Storage Auction
Public Sale will take place via
BID13.com
September 18, 2019 at 10:00 a.m.
A30  Priscilla Mayer
B195  Gordon Rains

**PLACING AN AD IS EASY.**
Find out how on OREGONLIVE.
OREGONLIVE.COM/placead

## SHERIFF'S SALES WASHINGTON COUNTY

**MULTNOMAH COUNTY SHERIFF'S OFFICE SHERIFF'S OFFICE NOTICE OF SALE**
On October 8, 2019 at 12:00 PM at the Multnomah County Sheriff's Office, 4735 E Burnside St., Portland, OR, I will sell, subject to redemption, subject property legally described as: 16731 SOUTHEAST STEPHENS ST, PORTLAND, OR 97233. The court case number is 17CV20778. The case is entitled: U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2007-7, ASSET-BACKED CERTIFICATES, SERIES 2007-7, Plaintiff v. RANDY A. BELL/ CAPITAL ONE (USA) N.A.; PORTFOLIO RECOVERY ASSOCIATES and ALL OTHER PERSONS OR PARTIES UNKNOWN CLAIMING ANY RIGHT, TITLE, LIEN, OR INTEREST IN THE REAL PROPERTY COMMONLY KNOWN AS 16731 SOUTHEAST STEPHENS ST, PORTLAND, OR 97233, Defendants. The sale is a public auction to the highest bidder for cash or cashier's checks, in hand, made payable to Multnomah County Sheriff's Office. For more information on this sale go to: http://www.oregonsheriffs.org/
Sept. 11, 18, 25 & Oct. 2, 2019

**Classifieds Are Timely**
You can choose your schedule and sell your items at your convenience.
Visit OREGONLIVE.COM/placead
or Call 503-221-8000

---

## SUMMARY NOTICE OF PENDENCY AND PROPOSED SETTLEMENTS OF CLASS ACTION

**IF YOU PURCHASED COVERED AEQUITAS SECURITIES, YOU MAY BE ENTITLED TO A PAYMENT FROM THE CLASS ACTION SETTLEMENTS.[1]**

Proposed settlements have been reached in a class action lawsuit alleging violations of the Oregon Securities Laws. The Court in charge of the case is the United States District Court for the District of Oregon, and the case is known as *Ciuffitelli, et al. v. Deloitte & Touche LLP, et al.*, Case No. 3:16-cv-00580-AC (the "Action"). The plaintiffs that sued and represent the Class in the Action (Lawrence P. Ciuffitelli (on behalf of himself and as Trustee of the Ciuffitelli Revocable Trust U/A 5/1/1996); Greg and Angela Julien Living Trust U/A 7/2/2012); R.F. MacDonald Co.; James and Susan MacDonald (as co-Trustees of the MacDonald Family Trust U/A 12/05/2000); William Ramstein; Greg Warrick (on behalf of himself and as co-Trustee of the Warrick Family Trust); and Susan Warrick (as co-Trustee of the Warrick Family Trust) (collectively, the "Class Representatives") and Defendants Deloitte & Touche LLP ("Deloitte"); EisnerAmper LLP ("EisnerAmper"); Sidley Austin LLP ("Sidley"); TD Ameritrade, Inc. ("Ameritrade"); Duff & Phelps, LLC ("Duff"); Tonkon Torp LLP ("Tonkon"); and Integrity Bank & Trust ("Integrity") (the "Defendants") have entered into three proposed settlements (the "Settlements"). The Defendants deny all of the allegations, and deny that they did anything wrong. The Court did not decide in favor of the Class Representatives or the Defendants. Instead, the lawyers for the Class Representatives, and the Defendants and their insurers, with the assistance of experienced mediators, have negotiated Settlements that they believe are in the best interests of their respective clients.

**How Do I Know If I Am Part of the Settlements?**
The Settlements include a "Class" of all persons who purchased any Covered Aequitas Securities on or after June 9, 2010 (the "Class Period") and who had an account balance related to any Covered Aequitas Securities as of March 31, 2016.

"Covered Aequitas Securities" means any security issued by the following entities: 1) Aequitas Commercial Finance, LLC ("ACF"); 2) Aequitas Income Opportunity Fund, LLC ("AIOF"); 3) Aequitas Income Opportunity Fund II, LLC ("AIOF-II"); 4) Aequitas Capital Opportunities Fund, LP ("ACOF"); 5) Aequitas Income Protection Fund, LLC ("AIPF"); 6) Aequitas Enhanced Income Fund, LLC ("AEIF"); 7) Aequitas ETC Founders Fund, LLC ("AETC"); and 8) MotoLease Financial, LLC ("AMLF").

The Class excludes: (a) Defendants; (b) the past and present officers and directors of the Aequitas-affiliated companies, including without limitation, Robert Jesenik, Brian Oliver, Craig Froude, Scott Gillis, Andrew MacRitchie, Olaf Janke, Brian Rice, William Ruh, Steve Hedberg, Brett Brown, Tom Goila, Patricia Brown, Bill Malloy, and Thomas Szabo, and their respective families and affiliates; (c) the past and present members of the Aequitas Advisory Board, including without limitation, William McCormick, L. Martin Brantley, Patrick Terrell, Edmund Jensen, Donna Miles, William Glasgow, Keith Barnes, Bob Zukis, and their respective families and affiliates; (d) registered investment advisors and investment advisor representatives; (e) any investor who received finder's fees or other consideration from Aequitas in connection with referring investors to Aequitas; and (f) plaintiffs in certain individual actions against the Defendants and related parties. As detailed in the Settlements, certain parties who have filed individual actions are included in some, but not all, of the Settlements (the "Partially Covered Class Members"). The Partially Covered Class Members have the opportunity to participate in any of the three Settlements from which they are not excluded.

**What Do the Settlements Provide?** The Settlements provide for $234,613,000 in cash to be paid pursuant to the Settlement agreements. A Class Member's recovery will be based upon the amount of Covered Aequitas Securities purchased during the Class Period, minus any dividends or interest received on those Covered Aequitas Securities. That amount will be the Class Member's "Net Loss." Class Members will receive

payment from the Settlement proceeds on a proportional basis calculated by determining each person's Net Loss as a percentage of all eligible Class Member Net Losses.

**How Do I Get a Payment?** You do not have to do anything to participate in the Settlements. If the Court grants final approval of the Settlements and you do not exclude yourself, you will be bound by the Settlements (including the releases of all known and unknown claims provided in the Settlements) and will receive a payment according to the Plan of Allocation.

**What Are My Other Rights and Options?** Unless you exclude yourself, you will remain in the Class, and that means that you cannot sue, continue to sue, or be part of any other lawsuit against the Defendants about the issues that have been asserted in this Action or that could have been asserted in this Action. All of the Court's orders will apply to you and legally bind you and you will release the Defendants and related parties from the released claims, including any and all known and unknown claims and causes of action of every nature and description, whether arising under federal, state, statutory, regulatory, common, foreign, or other law, that arise in any way from or relate to the Action. If you do not want a payment from the Settlements, but you want to keep any right you may have to sue or continue to sue the Defendants and related parties on your own about the legal claims released by the Settlements, you must exclude yourself from the Class. The Partially Covered Class Members *(and only the Partially Covered Class Members)* may participate in the settlement(s) in which they are eligible to participate without being bound by the releases in the settlement(s) from which they are excluded. Exclusion requests must be received no later than October 29, 2019. If you are a Class Member (and have not excluded yourself from the Class), you can object to the Settlements, the Plan of Allocation, or Class Counsel's request for an award of attorneys' fees, charges, and expenses in representing the Class. You may also ask the Court for permission to speak at the Settlement hearing. Objections and requests to appear and speak at the Settlement hearing must be received no later than October 29, 2019. Specific information regarding these rights and options, and how to exercise them, are provided in the Notice and Settlement Agreements, all of which are available at www.AequitasSettlements.com. The Notice will be mailed to all known members of the Class.

**When and Where Will the Court Decide Whether to Approve the Settlements?** The Court will hold the Settlement hearing at 9:00 a.m., on November 26, 2019, in Courtroom 11B of the United States District Court for the District of Oregon, 1000 SW Third Ave., Portland, OR 97204. At this hearing, the Court will consider whether the Settlements are fair, reasonable, and adequate. The Court will also consider whether to approve the Plan of Allocation and Class Counsel's request for an award of attorneys' fees in the amount of 20-25% of the settlement funds and reimbursement of litigation expenses (to be paid from the settlement funds).

**How Do I Get More Information?** You may visit the Claims Administrator's website at www.AequitasSettlements.com or call the Claims Administrator toll-free at (855) 434-3896. You can also contact Class Counsel: Steve W. Berman, by mail at Hagens Berman Sobol Shapiro, LLP, 1301 Second Ave., Suite 2000, Seattle, WA 98101, by telephone at (206) 623-7292, or by email at AequitasSettlements@hbsslaw.com; or Timothy S. DeJong, by mail at Stoll Stoll Berne Lokting & Shlachter P.C., 209 SW Oak Street, Suite 500, Portland, Oregon 97204, by telephone at (503) 227-1600, or by email at AequitasSettlements@stollberne.com.

[1] This Summary Notice incorporates by reference the definitions in the Stipulations of Settlement reached for the Settlements, and all capitalized terms used, but not defined herein, shall have the same meanings as in the Stipulations. The three Stipulations can be obtained at www.AequitasSettlements.com.

---

## NOTICE OF PUBLIC SALE

To satisfy the owner's storage lien, PS Orange Co. Inc. will sell at public lien sale the personal property in the below-listed units, which may include but are not limited to: household and personal items, office and other equipment. The public sale of these items will begin at 09:30 AM on the below website dates and continue until all units are sold.

[The remainder of this notice consists of extensive fine-print listings of public storage unit sales by location, date, and occupant names.]

**The Oregonian**

**LEGAL AFFIDAVIT**



OREGONLIVE.COM

The Oregonian
OREGONIAN MEDIA GROUP

AD#: 0009316917

State of Oregon,) ss
County of Multnomah)

Justin Eubanks being duly sworn, deposes that he/she is principal clerk of Oregonian Media Group; that The Oregonian is a public newspaper published in the city of Portland, with general circulation in Oregon, and this notice is an accurate and true copy of this notice as printed in said newspaper, was printed and published in the regular edition and issue of said newspaper on the following date(s):

**The Oregonian 09/11/2019**

_____
Principal Clerk of the Publisher

OFFICIAL STAMP
KIMBERLEE WRIGHT O'NEILL
NOTARY PUBLIC-OREGON
COMMISSION NO. 979329
MY COMMISSION EXPIRES SEPTEMBER 24, 2022

Sworn to and subscribed before me this 11th day of September 2019

_____
Notary Public

---

### SUMMARY NOTICE OF PENDENCY AND PROPOSED SETTLEMENTS OF CLASS ACTION

#### IF YOU PURCHASED COVERED AEQUITAS SECURITIES, YOU MAY BE ENTITLED TO A PAYMENT FROM THE CLASS ACTION SETTLEMENTS.[1]

Proposed settlements have been reached in a class action lawsuit alleging violations of the Oregon Securities Laws. The Court in charge of the case is the United States District Court for the District of Oregon, and the case is known as *Ciuffitelli, et al. v. Deloitte & Touche LLP, et al.*, Case No. 3:16-cv-00580-AC (the "Action"). The plaintiffs that sued and represent the Class in the Action (Lawrence P. Ciuffitelli (on behalf of himself and as Trustee of the Ciuffitelli Revocable Trust U/A 5/1/1996); Greg and Angela Julien (as Trustees of the Gregory and Angela Julien Revocable Trust U/A 7/2/2012); R.F. MacDonald Co.; James and Susan MacDonald (as co-Trustees of the MacDonald Family Trust U/A 12/05/2000); William Ramstein; Greg Warrick (on behalf of himself and as co-Trustee of the Warrick Family Trust); and Susan Warrick (as co-Trustee of the Warrick Family Trust)) (collectively, the "Class Representatives") and Defendants Deloitte & Touche LLP ("Deloitte"); EisnerAmper LLP ("EisnerAmper"); Sidley Austin LLP ("Sidley"); TD Ameritrade, Inc. ("Ameritrade"); Duff & Phelps, LLC ("Duff"); Tonkin Torp LLP ("Tonkon"); and Integrity Bank & Trust ("Integrity") (the "Defendants") have entered into three proposed settlements (the "Settlements"). The Defendants deny all of the allegations, and deny that they did anything wrong. The Court did not decide in favor of the Class Representatives or the Defendants. Instead, the lawyers for the Class Representatives, and the Defendants and their insurers, with the assistance of experienced mediators, have negotiated Settlements that they believe are in the best interests of their respective clients.

**How Do I Know If I Am Part of the Settlements?** The Settlements include a "Class" of all persons who purchased any Covered Aequitas Securities on or after June 9, 2010 (the "Class Period") and who had an account balance related to any Covered Aequitas Securities as of March 31, 2016.

"Covered Aequitas Securities" means any security

payment from the Settlement proceeds on a proportional basis calculated by determining each person's Net Loss as a percentage of all eligible Class Member Net Losses.

**How Do I Get a Payment?** You do not have to do anything to participate in the Settlements. If the Court grants final approval of the Settlements and you do not exclude yourself, you will be bound by the Settlements (including the releases of all known and unknown claims provided in the Settlements) and will receive a payment according to the Plan of Allocation.

**What Are My Other Rights and Options?** Unless you exclude yourself, you will remain in the Class, and that means that you cannot sue, continue to sue, or be part of any other lawsuit against the Defendants about the issues that have been asserted in this Action or that could have been asserted in this Action. All of the Court's orders will apply to you and legally bind you and you will release the Defendants and related parties from the released claims, including any and all known and unknown claims and causes of action of every nature and description, whether arising under federal, state, statutory, regulatory, common, foreign, or other law, that arise in any way from or relate to the Action. If you do not want a payment from the Settlements, but you want to keep any right you may have to sue or continue to sue the Defendants and related parties on your own about the legal claims released by the Settlements, you must exclude yourself from the Class. The Partially Covered Class Members (*and only the Partially Covered Class Members*) may participate in the settlement(s) in which they are eligible to participate without being bound by the releases in the settlement(s) from which they are excluded. Exclusion requests must be received no later than October 29, 2019. If you are a Class Member (and have not excluded yourself from the Class), you can object to the Settlements, the Plan of Allocation, or Class Counsel's request for an award of attorneys' fees, charges, and expenses in representing the Class. You may also ask the Court for permission

issued by the following entities: 1) Aequitas Commercial Finance, LLC ("ACF"); 2) Aequitas Income Opportunity Fund, LLC ("AIOF"); 3) Aequitas Income Opportunity Fund II, LLC ("AIOF-II"); 4) Aequitas Capital Opportunities Fund, LP ("ACOF"); 5) Aequitas Income Protection Fund, LLC ("AIPF"); 6) Aequitas Enhanced Income Fund, LLC ("AEIF"); 7) Aequitas ETC Founders Fund, LLC ("AETC"); and 8) MotoLease Financial, LLC ("AMLF").

The Class excludes: (a) Defendants; (b) the past and present officers and directors of the Aequitas-affiliated companies, including without limitation, Robert Jesenik, Brian Oliver, Craig Froude, Scott Gillis, Andrew MacRitchie, Olaf Janke, Brian Rice, William Ruh, Steve Hedberg, Brett Brown, Tom Goila, Patricia Brown, Bill Malloy, and Thomas Szabo, and their respective families and affiliates; (c) the past and present members of the Aequitas Advisory Board, including without limitation, William McCormick, L. Martin Brantley, Patrick Terrell, Edmund Jensen, Donna Miles, William Glasgow, Keith Barnes, Bob Zukis, and their respective families and affiliates; (d) registered investment advisors and investment advisor representatives; (e) any investor who received finder's fees or other consideration from Aequitas in connection with referring investors to Aequitas; and (f) plaintiffs in certain individual actions against the Defendants and related parties. As detailed in the Settlements, certain parties who have filed individual actions are included in some, but not all, of the Settlements (the "Partially Covered Class Members"). The Partially Covered Class Members have the opportunity to participate in any of the three Settlements from which they are not excluded.

**What Do the Settlements Provide?** The Settlements provide for $234,613,000 in cash to be paid pursuant to the Settlement agreements. A Class Member's recovery will be based upon the amount of Covered Aequitas Securities purchased during the Class Period, minus any dividends or interest received on those Covered Aequitas Securities. That amount will be the Class Member's "Net Loss." Class Members will receive

to speak at the Settlement hearing. Objections and requests to appear and speak at the Settlement hearing must be received no later than October 29, 2019. Specific information regarding these rights and options, and how to exercise them, are provided in the Notice and Settlement Agreements, all of which are available at www.AequitasSettlements.com. The Notice will be mailed to all known members of the Class.

**When and Where Will the Court Decide Whether to Approve the Settlements?** The Court will hold the Settlement hearing at 9:00 a.m., on November 26, 2019, in Courtroom 11B of the United States District Court for the District of Oregon, 1000 SW Third Ave., Portland, OR 97204. At this hearing, the Court will consider whether the Settlements are fair, reasonable, and adequate. The Court will also consider whether to approve the Plan of Allocation and Class Counsel's request for an award of attorneys' fees in the amount of 20-25% of the settlement funds and reimbursement of litigation expenses (to be paid from the settlement funds).

**How Do I Get More Information?** You may visit the Claims Administrator's website at www.AequitasSettlements.com or call the Claims Administrator toll-free at (855) 474-3896. You can also contact Class Counsel: Steve W. Berman, by mail at Hagens Berman Sobol Shapiro, LLP, 1301 Second Ave., Suite 2000, Seattle, WA 98101, by telephone at (206) 623-7292, or by email at AequitasSettlements@hbsslaw.com; or Timothy S. DeJong, by mail at Stoll Stoll Berne Lokting & Shlachter P.C., 209 SW Oak Street, Suite 500, Portland, Oregon 97204, by telephone at (503) 227-1600, or by email at AequitasSettlements@stollberne.com.

[1] This Summary Notice incorporates by reference the definitions in the Stipulations of Settlement for each of the Settlements, and all capitalized terms used, but not defined herein, shall have the same meanings as in the Stipulations. The three Stipulations can be obtained at www.AequitasSettlements.com.

O9316917-01



# Hagens Berman Sobol Shapiro, LLP and Stoll Stoll Berne Lokting & Shlachter P.C. Announce Proposed Settlements in the Aequitas Securities Litigation

September 11, 2019 09:00 AM Eastern Daylight Time

PORTLAND, Ore.--(BUSINESS WIRE)--Hagens Berman Sobol Shapiro, LLP and Stoll Stoll Berne Lokting & Shlachter P.C.:

**SUMMARY NOTICE OF PENDENCY AND PROPOSED SETTLEMENTS OF CLASS ACTION**

**IF YOU PURCHASED COVERED AEQUITAS SECURITIES, YOU MAY BE ENTITLED TO A PAYMENT FROM THE CLASS ACTION SETTLEMENTS.[1]**

Proposed settlements have been reached in a class action lawsuit alleging violations of the Oregon Securities Laws. The Court in charge of the case is the United States District Court for the District of Oregon, and the case is known as *Ciuffitelli, et al. v. Deloitte & Touche LLP, et al.*, Case No. 3:16-cv-00580-AC (the "Action"). The plaintiffs that sued and represent the Class in the Action (Lawrence P. Ciuffitelli (on behalf of himself and as Trustee of the Ciuffitelli Revocable Trust U/A 5/1/1996); Greg and Angela Julien (as Trustees of the Gregory and Angela Julien Revocable Trust U/A 7/2/2012); R.F. MacDonald Co.; James and Susan MacDonald (as co-Trustees of the MacDonald Family Trust U/A 12/05/2000); William Ramstein; Greg Warrick (on behalf of himself and as co-Trustee of the Warrick Family Trust); and Susan Warrick (as co-Trustee of the Warrick Family Trust)) (collectively, the "Class Representatives") and Defendants Deloitte & Touche LLP ("Deloitte"); EisnerAmper LLP ("EisnerAmper"); Sidley Austin LLP ("Sidley"); TD Ameritrade, Inc. ("Ameritrade"); Duff & Phelps, LLC ("Duff"); Tonkon Torp LLP ("Tonkon"); and Integrity Bank & Trust ("Integrity") (the "Defendants") have entered into three proposed settlements (the "Settlements"). The Defendants deny all of the allegations, and deny that they did anything wrong. The Court did not decide in favor of the Class Representatives or the Defendants. Instead, the lawyers for the Class Representatives, and the Defendants and their insurers, with the assistance of experienced mediators, have negotiated Settlements that they believe are in the best interests of their respective clients.

**How Do I Know If I Am Part of the Settlements**? The Settlements include a "Class" of all persons who purchased any Covered Aequitas Securities on or after June 9, 2010 (the "Class Period") and who had an account balance related to any Covered Aequitas Securities as of March 31, 2016.

"Covered Aequitas Securities" means any security issued by the following entities: 1) Aequitas Commercial Finance, LLC ("ACF"); 2) Aequitas Income Opportunity Fund, LLC ("AIOF"); 3) Aequitas Income Opportunity Fund II, LLC ("AIOF-II"); 4) Aequitas Capital Opportunities Fund, LP ("ACOF"); 5) Aequitas Income Protection Fund, LLC ("AIPF"); 6) Aequitas Enhanced Income Fund, LLC ("AEIF"); 7) Aequitas ETC Founders Fund, LLC ("AETC"); and 8) MotoLease Financial, LLC ("AMLF").

The Class excludes: (a) Defendants; (b) the past and present officers and directors of the Aequitas-affiliated companies, including without limitation, Robert Jesenik, Brian Oliver, Craig Froude, Scott Gillis, Andrew MacRitchie, Olaf Janke, Brian Rice, William Ruh, Steve Hedberg, Brett Brown, Tom Goila, Patricia Brown, Bill Malloy, and Thomas Szabo, and their respective families and affiliates; (c) the past and present members of the Aequitas Advisory Board, including without limitation, William McCormick, L. Martin Brantley, Patrick Terrell, Edmund Jensen, Donna Miles, William Glasgow, Keith Barnes, Bob Zukis, and their respective families and affiliates; (d) registered investment advisors and investment advisor representatives; (e) any investor who received finder's fees or other consideration from Aequitas in connection with referring investors to Aequitas; and (f) plaintiffs in certain individual actions against the Defendants and related parties. As detailed in the Settlements, certain parties who have filed individual actions are included in some, but not all, of the Settlements (the "Partially Covered Class Members"). The Partially Covered Class Members have the opportunity to participate in any of the three Settlements from which they are not excluded.

**What Do the Settlements Provide**? The Settlements provide for $234,613,000 in cash to be paid pursuant to the Settlement agreements. A Class Member's recovery will be based upon the amount of Covered Aequitas Securities purchased during the Class Period, minus any dividends or interest received on those Covered Aequitas Securities. That amount will be the Class Member's "Net Loss." Class Members will receive payment from the Settlement proceeds on a proportional basis calculated by determining each person's Net Loss as a percentage of all eligible Class Member Net Losses.

**How Do I Get a Payment?** You do not have to do anything to participate in the Settlements. If the Court grants final approval of the Settlements and you do not exclude yourself, you will be bound by the Settlements (including the releases of all known and unknown claims provided in the Settlements) and will receive a payment according to the Plan of Allocation.

**What Are My Other Rights and Options?** Unless you exclude yourself, you will remain in the Class, and that means that you cannot sue, continue to sue, or be part of any other lawsuit against the Defendants about the issues that have been asserted in this Action or that could have been asserted in this Action. All of the Court's orders will apply to you and legally bind you and you will release the Defendants and related parties from the released claims, including any and all known and unknown claims and causes of action of every nature and description, whether arising under federal, state, statutory, regulatory, common, foreign, or other law, that arise in any way from or relate to the Action. If you do not want a payment from the Settlements, but you want to keep any right you may have to sue or continue to sue the Defendants and related parties on your own about the legal claims released by the Settlements, you must exclude yourself from the Class. The Partially Covered Class Members (*and only the Partially Covered Class Members*) may participate in the settlement(s) in which they are eligible to participate without being bound by the releases in the settlement(s) from which they are excluded. Exclusion requests must be received no later than October 29, 2019. If you are a Class Member (and have not excluded yourself from the Class), you can object to the Settlements, the Plan of Allocation, or Class Counsel's request for an award of attorneys' fees, charges, and expenses in representing the Class. You may also ask the Court for permission to speak at the Settlement hearing. Objections and requests to appear and speak at the Settlement hearing must be received no later

than October 29, 2019. Specific information regarding these rights and options, and how to exercise them, are provided in the Notice and Settlement Agreements, all of which are available at www.AequitasSettlements.com. The Notice will be mailed to all known members of the Class.

**When and Where Will the Court Decide Whether to Approve the Settlements?** The Court will hold the Settlement hearing at 9:00 a.m., on November 26, 2019, in Courtroom 11B of the United States District Court for the District of Oregon, 1000 SW Third Ave., Portland, OR 97204. At this hearing, the Court will consider whether the Settlements are fair, reasonable, and adequate. The Court will also consider whether to approve the Plan of Allocation and Class Counsel's request for an award of attorneys' fees in the amount of 20-25% of the settlement funds and reimbursement of litigation expenses (to be paid from the settlement funds).

**How Do I Get More Information?** You may visit the Claims Administrator's website at www.AequitasSettlements.com or call the Claims Administrator toll-free at (855) 474-3896. You can also contact Class Counsel: Steve W. Berman, by mail at Hagens Berman Sobol Shapiro, LLP, 1301 Second Ave., Suite 2000, Seattle, WA 98101, by telephone at (206) 623-7292, or by email at AequitasSettlements@hbsslaw.com; or Timothy S. DeJong, by mail at Stoll Stoll Berne Lokting & Shlachter P.C., 209 SW Oak Street, Suite 500, Portland, Oregon 97204, by telephone at (503) 227-1600, or by email at AequitasSettlements@stollberne.com.

[1]This Summary Notice incorporates by reference the definitions in the Stipulations of Settlement for each of the Settlements, and all capitalized terms used, but not defined herein, shall have the same meanings as in the Stipulations. The three Stipulations can be obtained at www.AequitasSettlements.com.

## Contacts

Steve W. Berman, Hagens Berman Sobol Shapiro, LLP,
AequitasSettlements@hbsslaw.com

Timothy S. DeJong, Stoll Stoll Berne Lokting & Shlachter P.C.,
AequitasSettlements@stollberne.com