**Keith A. Ketterling,** OSB No. 913368
Email: kketterling@stollberne.com
**Timothy S. DeJong,** OSB No. 940662
Email: tdejong@stollberne.com
**Jennifer S. Wagner**, OSB No. 024470
Email: jwagner@stollberne.com
**Nadia H. Dahab,** OSB No. 125630
Email:ndahab@stollberne.com
**Lydia Anderson-Dana**, OSB No. 166167
Email: landersondana@stollberne.com
STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 SW Oak Street, Suite 500
Portland, Oregon 97204
Telephone:  (503) 227-1600
Facsimile:   (503) 227-6840

**Steve W. Berman** (admitted *pro hac vice*)
Email: steve@hbsslaw.com
**Karl P. Barth** (admitted *pro hac vice*)
Email: karlb@hbsslaw.com
**Jeniphr Breckenridge** (admitted *pro hac vice*)
Email: jeniphr@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone:  (206) 623-7292
Facsimile:   (206) 623-0594

**Attorneys For Plaintiffs**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| LAWRENCE P. CIUFFITELLI, for himself and as Trustee of CIUFFITELLI REVOCABLE TRUST; GREG and ANGELA JULIEN; JAMES and SUSAN MACDONALD, as Co-Trustees of the MACDONALD FAMILY TRUST; R.F. MACDONALD CO.; ANDREW NOWAK, for himself and as Trustee of the ANDREW NOWAK REVOCABLE LIVING TRUST U/A 2/20/2002; WILLIAM RAMSTEIN; and | Case No. 3:16-cv-00580-AC<br><br>**DECLARATION OF STEVE W. BERMAN IN SUPPORT OF: 1) CLASS COUNSEL'S MOTION FOR AWARD OF ATTORNEY FEES AND COSTS; and 2) PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENTS** |

GREG WARRICK, for himself and, with
SUSAN WARRICK, as Co-Trustees of the
WARRICK FAMILY TRUST, individually
and on behalf of all others similarly situated,

        Plaintiffs,

  v.

DELOITTE & TOUCHE LLP;
EISNERAMPER LLP; SIDLEY AUSTIN
LLP; TONKON TORP LLP; TD
AMERITRADE, INC.; INTEGRITY BANK &
TRUST; and DUFF & PHELPS, LLC,

        Defendants.

    I, Steve W. Berman, declare under penalty of perjury that the following statements are true and correct.

    1.    I am Managing Partner of Hagens Berman Sobol Shapiro LLP ("Hagens Berman"). I am one of the attorneys for the Class. I have personal knowledge of the matters set forth in this declaration.

    2.    Through the time of filing this Declaration, no objections or requests for exclusion from the Class has been received by Hagens Berman.

    3.    In my opinion, the Settlements are fair, reasonable and adequate and in the best interests of the Class Members in this Action.

**A. Hagens Berman Lodestar**

    4.    From the inception of the case through October 14, 2019, Hagens Berman recorded 16,488.6 hours of attorney and paralegal time. The total lodestar for Hagens Berman is $ 6,980,175.10. The hourly rates for the attorneys and paralegals shown below are the current rates charged for each individual timekeeper, or, for any timekeeper no longer at the firm, the current rate equivalent for that timekeeper. A breakdown of the lodestar is as follows:

Page 1 -  **DECLARATION OF STEVE W. BERMAN IN SUPPORT OF MOTION FOR AWARD OF ATTORNEY FEES AND MOTION FOR FINAL APPROVAL**

| Timekeeper | Position | Hours | Current Rate | Total |
|---|---|---|---|---|
| Steve Berman | Partner | 134.40 | 1,025.00 | $ 137,760.00 |
| Karl Barth | Of Counsel | 1,758.10 | 650.00 | 1,142,765.00 |
| Jeniphr Breckenridge | Partner | 681.80 | 685.00 | 467,033.00 |
| Chris O'Hara | Partner | 159.00 | 650.00 | 103,350.00 |
| Lee Gordon | Partner | 101.70 | 683.00 | 69,461.10 |
| Sean Matt | Partner | 1.50 | 735.00 | 1,102.50 |
| Dawn Van Diest | Associate | 2,488.70 | 325.00 | 808,827.50 |
| Steve Fimmel | Associate | 3,049.00 | 500.00 | 1,524,500.00 |
| Catherine Gannon | Associate | 164.60 | 425.00 | 69,955.00 |
| Andreas Bojesen | Contract Attorney | 3,301.00 | 350.00 | 1,155,350.00 |
| Ani Sakya | Contract Attorney | 735.40 | 300.00 | 220,620.00 |
| Ace Aldana | Contract Attorney | 220.60 | 350.00 | 77,210.00 |
| Jooyoung Koo | Contract Attorney | 0.50 | 350.00 | 175.00 |
| Karthik Murthy | Contract Attorney | 1,621.20 | 350.00 | 567,420.00 |
| Luis Torres | Contract Attorney | 316.00 | 325.00 | 102,700.00 |
| Randall Elkins | Contract Attorney | 624.10 | 300.00 | 187,230.00 |
| Scott Glieberman | Contract Attorney | 34.30 | 350.00 | 12,005.00 |
| Shivani Malik | Contract Attorney | 503.00 | 300.00 | 150,900.00 |
| Alan Macchiavello | Contract Attorney | 62.80 | 300.00 | 18,840.00 |
| Adam Rainone | Contract Attorney | 358.00 | 350.00 | 125,300.00 |
| Adrian Garcia | Paralegal | 3.80 | 175.00 | 665.00 |
| Chan Lovell | Paralegal | 1.00 | 175.00 | 175.00 |
| Carrie Flexer | Paralegal | 30.00 | 250.00 | 7,500.00 |
| Jennifer Conte | Paralegal | 13.50 | 236.00 | 3,186.00 |
| Joseph Salonga | Paralegal | 24.80 | 225.00 | 5,580.00 |
| Jessica Stevens | Paralegal | 1.90 | 200.00 | 380.00 |
| Leigha Henson | Paralegal | 1.10 | 250.00 | 275.00 |
| Nicolle Grueneich | Paralegal | 52.60 | 200.00 | 10,520.00 |
| Robert Haegele | Paralegal | 1.00 | 200.00 | 200.00 |
| Shelby Taylor | Paralegal | 22.00 | 225.00 | 4,950.00 |
| Sharon Johnson | Paralegal | 21.20 | 200.00 | 4,240.00 |
| Totals | | **16,488.6** | | **$ 6,980,175.10** |

I believe all of the time reflected in the chart was reasonable and necessary to achieve the result in this case.

Page 2 - **DECLARATION OF STEVE W. BERMAN IN SUPPORT OF MOTION FOR AWARD OF ATTORNEY FEES AND MOTION FOR FINAL APPROVAL**

B. **Hagens Berman Expenses**

5.      The hourly rate charges listed above do not include charges for expenses. Expense items are recorded separately and are not duplicated in Hagens Berman's billing rates. Hagens Berman has incurred a total of $46,508.10 in unreimbursed expenses in connection with the prosecution of this action from its inception through the date of this Declaration. These expenses are of the type routinely charged to the firm's hourly paying clients and were necessarily incurred in prosecution of this action. The expenses pertaining to this case are reflected in the books and records of Hagens Berman and consist of the following:

| CATEGORY OF EXPENSES | AMOUNT |
|---|---|
| Airfare | $1,209.80 |
| Photocopies (In-House) | 8,520.50 |
| Outside Photocopy Service | 10.63 |
| Overnight Shipping (UPS/FedEx) | 178.75 |
| Filing Fees | 300.00 |
| Expert Witness Fees | 10,673.75 |
| Hotel | 2,422.00 |
| Lexis/Westlaw | 21,241.76 |
| Meals | 874.66 |
| Messenger/Process Service | 102.00 |
| Transportation/Travel Expenses | 901.75 |
| Parking | 58.00 |
| Records/Clerical | 14.50 |
| **TOTAL** | **$46,508.10** |

Dated this 15th day of October, 2019.

                                */s/ Steve W. Berman*
                                **Steve W. Berman**