**Keith A. Ketterling,** OSB No. 913368
Email: kketterling@stollberne.com
**Timothy S. DeJong,** OSB No. 940662
Email: tdejong@stollberne.com
**Jennifer S. Wagner**, OSB No. 024470
Email: jwagner@stollberne.com
**Nadia H. Dahab,** OSB No. 125630
Email:ndahab@stollberne.com
**Lydia Anderson-Dana**, OSB No. 166167
Email: landersondana@stollberne.com
STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 SW Oak Street, Suite 500
Portland, Oregon 97204
Telephone:  (503) 227-1600
Facsimile:   (503) 227-6840

**Steve W. Berman** (admitted *pro hac vice*)
Email: steve@hbsslaw.com
**Karl P. Barth** (admitted *pro hac vice*)
Email: karlb@hbsslaw.com
**Jeniphr Breckenridge** (admitted *pro hac vice*)
Email: jeniphr@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone:  (206) 623-7292
Facsimile:   (206) 623-0594

**Attorneys For Plaintiffs**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| LAWRENCE P. CIUFFITELLI, for himself and as Trustee of CIUFFITELLI REVOCABLE TRUST; GREG and ANGELA JULIEN; JAMES and SUSAN MACDONALD, as Co-Trustees of the MACDONALD FAMILY TRUST; R.F. MACDONALD CO.; ANDREW NOWAK, for himself and as Trustee of the ANDREW NOWAK REVOCABLE LIVING TRUST U/A 2/20/2002; WILLIAM RAMSTEIN; and | Case No. 3:16-cv-00580-AC<br><br>**DECLARATION OF ROBERT S. BANKS, JR. IN SUPPORT OF CLASS COUNSEL'S MOTION FOR AWARD OF ATTORNEY FEES AND COSTS** |

| |
|---|
| GREG WARRICK, for himself and, with SUSAN WARRICK, as Co-Trustees of the WARRICK FAMILY TRUST, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br> v.<br><br>DELOITTE & TOUCHE LLP; EISNERAMPER LLP; SIDLEY AUSTIN LLP; TONKON TORP LLP; TD AMERITRADE, INC.; INTEGRITY BANK & TRUST; and DUFF & PHELPS, LLC,<br><br>   Defendants. |

  I, Robert S. Banks, Jr., declare under penalty of perjury that the following statements are true and correct.

  1.  I am one of the attorneys for the Plaintiffs in this action. The statements herein are based upon personal knowledge and made under the penalties of perjury.

  2.  I represent many clients who are Aequitas investors. When I learned that Stoll Berne and Hagens Berman intended to file a class action, I decided that it was in my clients' best interests and a better use of court and attorney resources to work with Stoll Berne and Hagens Berman in a support role than to file a separate lawsuit for my clients.

  3.  Because of the large number of Aequitas investor-clients that I had, I was in frequent contact with my clients, providing them with updates and obtaining documents and information pertinent to the Class claims. I also assisted Stoll Berne and Hagens Berman in making strategic decisions, drafting pleadings and briefs, and in settlement negotiations. In part because of my particular expertise in the operations of brokerage firms, I assisted in development of the legal and factual basis for the Class claims against TD Ameritrade.

  4.  My firm at the time, Samuels Yoelin Kantor, LLC ("SYK") and I accepted this case on a contingent fee basis. During this litigation I departed SYK and returned to solo law

Page 1 - **DECLARATION OF ROBERT S. BANKS, JR. IN SUPPORT OF CLASS COUNSEL'S MOTION FOR AWARD OF ATTORNEY FEES AND COSTS**

practice at Banks Law Office, PC. Neither SYK nor I have been compensated for our services performed in this case.

5.      I have reviewed the time records for this matter as retained by SYK and by me after I departed that firm. The chart below sets forth the number of hours worked by professional, and the current hourly rates of those professionals.

| Timekeeper | Position | Total Hours | Current Rate | Total |
|---|---|---|---|---|
| Robert S. Banks, Jr. | Owner | 307.00 | $495 | $151,965 |
| Darlene Pasieczny | Associate | 84.40 | $260 | $21,944 |
| Angela Clark | Paralegal | 17.60 | $215 | $3,784 |
| Victoria Blachly | Partner | 1.00 | $425 | $425 |
| Denise Gorrell | Partner | 1.00 | $350 | $350 |
| Walker R. Clark | Associate | 0.30 | $225 | $67.50 |
| **TOTALS** | | **411.30** | | **$178,535.50** |

6.      I believe all of the time reflected in the chart was reasonable and necessary to achieve the result in this case.

7.      I led the securities practice group at SYK. I have more than 35 years of experience practicing in the area of complex civil litigation, including securities litigation. I am the former Chair of the Oregon State Bar Securities Regulation Section and former President of the Public Investors Arbitration Bar Association. Darlene Pasieczny, is an associate attorney with SYK, has practiced law since 2013, primarily in securities litigation. Angela Clark is a paralegal with 15 years of experience. The other attorneys reflected in the SYK billing records billed less than five hours in this case.

/ / / /

/ / / /

Page 2 -  **DECLARATION OF ROBERT S. BANKS, JR. IN SUPPORT OF CLASS COUNSEL'S MOTION FOR AWARD OF ATTORNEY FEES AND COSTS**

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated this 15th day of October, 2019.

s/Robert S. Banks, Jr.,<br>
**Robert S. Banks, Jr.**, OSB No. 821862<br>
Email: bob@bankslawoffice.com

Page 3 -   **DECLARATION OF ROBERT S. BANKS, JR. IN SUPPORT OF CLASS COUNSEL'S MOTION FOR AWARD OF ATTORNEY FEES AND COSTS**