UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| LAWRENCE P. CIUFFITELLI, for himself and as Trustee of CIUFFITELLI REVOCABLE TRUST, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>DELOITTE & TOUCHE LLP; EISNERAMPER LLP; SIDLEY AUSTIN LLP; TONKON TORP LLP; TD AMERITRADE, INC.; INTEGRITY BANK & TRUST; and DUFF& PHELPS, LLC,<br><br>　　　　　Defendants. | Case No. 3:16-cv-00580-AC<br><br>**DECLARATION OF JORDAN BROKER IN SUPPORT OF REPLY IN SUPPORT OF CLASS COUNSEL'S MOTION FOR AWARD OF ATTORNEY FEES AND COSTS** |

I, JORDAN BROKER, declare as follows:

1. I am a Project Manager for Epiq Class Action & Claims Solutions, Inc. ("Epiq"). The following statements are based on my personal knowledge and information provided to me by other Epiq employees and, I could and would competently testify to these facts if called upon to do so.

2. Pursuant to the Court's August 7, 2019 Order Preliminarily Approving Global Settlement and Providing for Notice ("Order"),[1] Epiq was appointed as the Claims Administrator to supervise and administer the notice procedure in connection with the proposed Settlements of the above-captioned action (the "Action").

---

[1] All capitalized terms not otherwise defined in this document shall have the same meaning ascribed to them as set forth in the three Settlements in this Action. The three Settlements are those reached with (1) Defendant Tonkon Torp LLP, (2) Defendant Integrity Bank & Trust, and (3) Defendants Deloitte & Touche LLP; EisnerAmper LLP; Sidley Austin LLP; TD Ameritrade, Inc.; and Duff & Phelps, LLC.

3.      On October 15, 2019, I executed my initial declaration (the "Mailing Declaration"), testifying to my knowledge of, among other things, the mailing of the Court-approved Notice of Pendency and Proposed Settlements of Class Action ("Notice"); establishment of the website dedicated to the Settlements; and receipt of requests for exclusion as of October 14, 2019. I submit this declaration in order to provide the Court with information regarding the update to the website and receipt of requests for exclusion as of November 11, 2019.

### UPDATE TO WEBSITE

4.      As more fully detailed in the Mailing Declaration, Epiq established and continues to maintain a website dedicated to the Settlements (www.AequitasSettlements.com) to provide additional information to Class Members and to provide answers to frequently asked questions. On October 16, 2019, Epiq posted to the website Class Counsel's Motion For Award Of Attorney Fees and Costs; Memorandum in Support ("Motion"). Since October 16, 2019, Class Members have been able to read and download a copy of the Motion from the website.

### REPORT ON EXCLUSION REQUESTS RECEIVED TO DATE

5.      The Notice informed potential Class Members that any written requests for exclusion from the Class must be mailed to *Aequitas Settlements*, c/o Epiq, P.O. Box 10450 Dublin, OH 43017-4050, and postmarked no later than October 29, 2019. Epiq has been monitoring all mail delivered to the post office box. To date, Epiq has not received any requests for exclusion.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on November 12, 2019, in Seattle, Washington.

_____
JORDAN BROKER