**Keith A. Ketterling**, OSB No. 913368
Email: kketterling@stollberne.com
**Timothy S. DeJong,** OSB No. 940662
Email: tdejong@stollberne.com
**Jennifer S. Wagner**, OSB No. 024470
Email: jwagner@stollberne.com
**Lydia Anderson-Dana**, OSB No. 166167
Email: landersondana@stollberne.com
STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. Oak Street, Fifth Floor
Portland, Oregon 97204
Telephone:    (503) 227-1600
Facsimile:     (503) 227-6840

**Steve W. Berman** (*pro hac vice*)
Email: steve@hbsslaw.com
**Karl P. Barth** (*pro hac vice*)
Email: karlb@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone:    (206) 623-7292
Facsimile:     (206) 623-0594

*Attorneys For Plaintiffs*
[Additional Counsel of Record Listed on Signature Page]

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| LAWRENCE P. CIUFFITELLI, for himself and as Trustee of CIUFFITELLI REVOCABLE TRUST; GREG and ANGELA JULIEN; JAMES and SUSAN MACDONALD, as Co-Trustees of the MACDONALD FAMILY TRUST; R.F. MACDONALD CO.; ANDREW NOWAK, for himself and as Trustee of the <br><br> ANDREW NOWAK REVOCABLE LIVING TRUST U/A 2/20/2002; WILLIAM RAMSTEIN; and GREG WARRICK, for | Case No. 3:16-cv-00580-AC <br><br> **PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENTS AND RESPONSE TO OBJECTIONS** <br><br> **HEARING SCHEDULED** <br> **November 26, 2019 at 9:00 a.m.** |

PAGE 1 -  **PLAINTIFFS' REPLY MEMORANDUM TO MOTION FOR FINAL APPROVAL OF SETTLEMENTS AND RESPONSE TO OBJECTIONS**

himself and, with SUSAN WARRICK, as Co-Trustees of the WARRICK FAMILY TRUST, individually and on behalf of all others similarly situated,

    Plaintiffs,

 v.

DELOITTE & TOUCHE LLP; EISNERAMPER LLP; SIDLEY AUSTIN LLP; TONKON TORP LLP; TD AMERITRADE, INC.; INTEGRITY BANK & TRUST; and DUFF & PHELPS, LLC,

    Defendants.

Plaintiffs' Motion for Final Approval of Settlements (the "Motion") [ECF No. 592] noted that, as of October 14, 2019, no objections or requests for exclusion from the Class had been received by either Class Counsel or the Claims Administrator. Motion at 8. The deadline for objections and exclusions was October 29, 2019. Plaintiffs' submit this reply to inform the Court that, as of the filing of this reply on November 12, 2019, Class Counsel has received no objections or requests for exclusion from any *class members*, but only two objections from *non-class members* that have subsequently been withdrawn. *See* Declaration of Steve W. Berman in Support of Plaintiffs' Reply in Support of Motion for Final Approval of Class Action Settlements and Response to Objections (the "Berman Decl.") ¶¶ 3-4.

The two objections that were received were from *non-class members seeking to gain entry into the Class*, thus further confirming the favorable nature of the Settlements. ECF Nos. 605 (Brantley Objection) and 606 (McCormick Objection). But even these two non-class member objections have subsequently been withdrawn. ECF No. 609 (Brantley Objection); Berman Decl. ¶¶ 3-4. Consistent with the requirements of Rule 23(e)(5), no payment or other

PAGE 2 - **PLAINTIFFS' REPLY MEMORANDUM TO MOTION FOR FINAL APPROVAL OF SETTLEMENTS AND RESPONSE TO OBJECTIONS**

HAGENS BERMAN SOBOL SHAPIRO, LLP
1301 SECOND AVENUE, SUITE 2000
SEATTLE, WASHINGTON 98101
TEL. (206) 623-7292   FAX (206) 623-0594

consideration was provided to either objector in connection with their withdrawal of these objections.  *Id.*  Following the withdrawal of these two objections, not a single class member *or* non-class member has objected to the Settlements and not a single class member has sought to be excluded.  Berman Decl. ¶ 5; Declaration of Jordan Broker in Support of Class Counsel's Motion for Award of Attorney Fees and Costs ¶ 5.

Unlike a class action regarding an inexpensive consumer product where class members might have little incentive or interest in devoting time to preparing an objection or exclusion, the losses suffered by class members and the potential recoveries offered in the Settlements are quite significant.  As described in the Motion, the total recoveries in the Settlements are $234,613,000 related to a maximum of 1,849 class members, or an average of $126,886.43 per class member.  Although recoveries of this magnitude are unquestionably important to class members, not a single objection or exclusion has been made.  The complete absence of objections or exclusions by class members is compelling evidence that the Settlements are fair and reasonable.  Motion at 22 (*citing Arnett v. Bank of Am., N.A.*, No. 3:11-cv-1372-SI, 2014 WL 4672458, at *10 (D. Or. Sept. 18, 2014); *In re Checking Account Overdraft Litig.*, 830 F. Supp. 2d 1330, 1343 (S.D. Fla. 2011) ("[N]ear unanimous approval of the proposed settlements] by the class members is entitled to nearly dispositive weight in this court's evaluation of the proposed settlements.")).

PAGE 3 -  **PLAINTIFFS' REPLY MEMORANDUM TO MOTION FOR FINAL APPROVAL OF SETTLEMENTS AND RESPONSE TO OBJECTIONS**

HAGENS BERMAN SOBOL SHAPIRO, LLP
1301 SECOND AVENUE, SUITE 2000
SEATTLE, WASHINGTON 98101
TEL. (206) 623-7292   FAX (206) 623-0594

Dated: November 12, 2019.

                HAGENS BERMAN SOBOL SHAPIRO LLP

                By: *s/ Steve W. Berman*
                   **Steve W. Berman** (admitted *pro hac vice*)
                   **Karl P. Barth** (admitted *pro hac vice*)
                1301 Second Avenue, Suite 2000
                Seattle, WA 98101
                Telephone: (206) 623-7292
                Facsimile:  (206) 623-0594
                Email:       steve@hbsslaw.com
                             karlb@hbsslaw.com

                          -And-

                **Keith A. Ketterling**, OSB No. 913368
                kketterling@stollberne.com
                **Timothy S. DeJong**, OSB No. 940662
                tdejong@stollberne.com
                **Jennifer S. Wagner**, OSB No. 024470
                Email: jwagner@stollberne.com
                **Lydia Anderson-Dana**, OSB No. 166167
                Email: landersondana@stollberne.com
                STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
                209 SW Oak Street, Suite 500
                Portland, OR 97204
                Telephone: (503) 227-1600
                Facsimile:  (503) 227-6840

                          -And-

                **Robert S. Banks, Jr.**, OSB No. 821862
                Email: bbanks@SamuelsLaw.com
                **Darlene D. Pasieczny,** OSB No. 124172
                Email: darlenep@SamuelsLaw.com
                SAMUELS YOELIN KANTOR LLP
                Attorneys at Law
                111 SW 5th Avenue, Suite 3800
                Portland, OR 97204-3642
                Telephone: (503) 226-2966
                Facsimile:  (503) 222-2937

                **Attorneys For Plaintiffs**

PAGE 4 - **PLAINTIFFS' REPLY MEMORANDUM TO MOTION FOR FINAL APPROVAL OF SETTLEMENTS AND RESPONSE TO OBJECTIONS**

HAGENS BERMAN SOBOL SHAPIRO, LLP
1301 SECOND AVENUE, SUITE 2000
SEATTLE, WASHINGTON 98101
TEL. (206) 623-7292   FAX (206) 623-0594