**Keith A. Ketterling,** OSB No. 913368
Email: kketterling@stollberne.com
**Timothy S. DeJong,** OSB No. 940662
Email: tdejong@stollberne.com
**Jennifer S. Wagner**, OSB No. 024470
Email: jwagner@stollberne.com
STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 SW Oak Street, Suite 500
Portland, Oregon 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840

**Steve W. Berman** (admitted *pro hac vice*)
Email: steve@hbsslaw.com
**Karl P. Barth** (admitted *pro hac vice*)
Email: karlb@hbsslaw.com
**Dawn D. Cornelius** (admitted *pro hac vice*)
Email: dawn@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

**Attorneys For Plaintiffs**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| LAWRENCE P. CIUFFITELLI, for himself and as Trustee of CIUFFITELLI REVOCABLE TRUST; GREG and ANGELA JULIEN; JAMES and SUSAN MACDONALD, as Co-Trustees of the MACDONALD FAMILY TRUST; R.F. MACDONALD CO.; ANDREW NOWAK, for himself and as Trustee of the ANDREW NOWAK REVOCABLE LIVING TRUST U/A 2/20/2002; WILLIAM RAMSTEIN; and | Case No. 3:16-cv-00580-AC<br><br>**ORDER RE: STIPULATION REGARDING THE SETTLEMENT CLASS' MOTION FOR DETERMINATION OF APPROPRIATE PARTY TO RECEIVE A PRO-RATA DISTRIBUTION FROM THE SETTLEMENTS** |

GREG WARRICK, for himself and, with SUSAN WARRICK, as Co-Trustees of the WARRICK FAMILY TRUST, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

DELOITTE & TOUCHE LLP; EISNERAMPER LLP; SIDLEY AUSTIN LLP; TONKON TORP LLP; TD AMERITRADE, INC.; INTEGRITY BANK & TRUST; and DUFF & PHELPS, LLC,

Defendants.

This matter came before this Court on the Settlement Class, OL Group Ltd and Lake Avenue Funding EC V, LLC's (the "Parties") *Joint Motion for Entry of Stipulation Regarding the Settlement Class' Motion for Determination of Appropriate Party to Receive a Pro-Rata Distribution from the Settlements* ("Stipulation"), filed concurrently.

**IT IS HEREBY ORDERED** that:

1. Each of OL Group Ltd and Lake Avenue Funding EC V, LLC may file a Response to the *Settlement Class' Motion for Determination of Appropriate Party to Receive a Pro-Rata Distribution from the Settlements* (ECF No. 625, the "Motion"). Any Response shall be filed no later than August 7, 2020, and shall be limited to 20 pages. Additional evidentiary material, if any, may be submitted with Responses.

2. Each of the Parties may file a Reply to any Response filed by OL Group Ltd or Lake Avenue Funding EC V, LLC. Any Reply shall be filed no later than August 14, 2020, and shall be limited to 10 pages. No evidentiary material may be submitted in Reply without leave of the Court.

**IT IS SO ORDERED.**

DATED this 30th day of July, 2020.

/s/ John V. Acosta

The Honorable John V. Acosta
U.S. Magistrate Judge