IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LAWRENCE P. CIUFFITELLI, et al.,　　　　　　　No. 3:16-cv-00580-AC

　　　　　Plaintiffs,　　　　　　　　　　　　　　ORDER

　　v.

DELOITTE & TOUCHE LLP, et al.,

　　　　　Defendants.

HERNÁNDEZ, District Judge:

　　　　Magistrate Judge Acosta issued a Findings and Recommendation on January 25, 2021, in which he recommends that the Court enter an Order determining Lake Avenue is the appropriate party to receive Northern Lights' pro-rata distribution from the Settlements. F&R, ECF 665. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Acosta's Findings and Recommendation [665] and finds Lake Avenue is the appropriate party to receive Northern Lights' pro-rata distribution from the Settlements.

IT IS SO ORDERED.


DATED: ___February 16, 2021___.


                                                          MARCO A. HERNÁNDEZ
                                                        United States District Judge